**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$2,653,446.21

   1b. **Total personal property:**
Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$75,161,656.52

   1c. **Total of all property:**
Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$77,815,102.73

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

$50,000,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . . .

$12,453,036.15

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

**+** $78,411,731.12

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
Lines 2 + 3a + 3b

$140,864,767.27

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. CASH ON HAND**

NONE

**3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS | PNC BANK | GOV LOCKBOX | $265.00 |
| 3.2. | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS | PNC BANK | NON-GOV LOCKBOX | $273.00 |
| 3.3. | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS | PNC BANK | OPERATING ACCOUNT | $302.00 |
| 3.4. | CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS | PNC BANK | PAYROLL | $281.00 |

**4. OTHER CASH EQUIVALENTS**

NONE

**5. Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80.

$1,121.00

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☒ Yes. Fill in the information below.

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| **7.** | **DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | | |
| | 7.1. CHJ RETAINER/DEPOSIT | | $833.33 |
| **8.** | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | | |
| | 8.1. CHJ DEF FINANCING COST | | $89,000.01 |
| | 8.2. CHJ MISCELLANEOUS PREPAID | | $149,058.61 |
| **9** | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | | $238,891.95 |

## Part 3:    ACCOUNTS RECEIVABLE

**10.  DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | |
| | FACE AMOUNT - 90 DAYS OR LESS | $9,005,260.48 (face amount) − $0.00 (doubtful or uncollectable accounts) = → | $9,005,260.48 |
| | FACE AMOUNT - OVER 90 DAYS | $32,652,438.91 (face amount) − $0.00 (doubtful or uncollectable accounts) = → | $32,652,438.91 |
| **12** | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | $41,657,699.39 |

## Part 4:    INVESTMENTS

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| | Name of entity / % of ownership | | |
| | 15.1. MCCABE AMBULANCE SERVICE, INC.   23.3% | | UNKNOWN |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNDETERMINED |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) 24-12546 |
|---|---|---|
| | (Name) | |

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| **19.** | **RAW MATERIALS** | | | | |
| | NONE | | | | |
| **20.** | **WORK IN PROGRESS** | | | | |
| | NONE | | | | |
| **21.** | **FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| | NONE | | | | |
| **22.** | **OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1. | CHJ OR STOCK INVENTORY | 10/31/2024 | $3,321,150.60 | BOOK VALUE | $3,321,150.60 |
| 22.2. | CHJ PHARMACY INVENTORY | 10/31/2024 | $573,542.92 | BOOK VALUE | $573,542.92 |
| 22.3. | CHJ STOREROOM INVENTORY | 10/31/2024 | $397,117.48 | BOOK VALUE | $397,117.48 |

| **23** | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $4,291,811.00 |
|---|---|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes      Book value _____      Valuation method _____      Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND) |
|---|---|

**27. DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28.** | **CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.** | **FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.** | **FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.** | **FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.** | **OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital                Case number (if known)   24-12546
         (Name)

| 33 | **Total of Part 6.**<br>ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34. Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **OFFICE FURNITURE**<br>NONE | | | |
| 40. | **OFFICE FIXTURES**<br>NONE | | | |
| 41. | **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. | COMPUTER EQUIPMENT | $1,167,522.79 | BOOK VALUE | $1,167,522.79 |
| 41.2. | MISC. OFFICE EQUIPMENT | $11,500,399.45 | BOOK VALUE | $11,500,399.45 |
| 42. | **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES<br>NONE | | | |

| 43 | **Total of Part 7.**<br>ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $12,667,922.24 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case number (if known) 24-12546
(Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | |
| 47.1.   DODGE - WAGON GC  2C4RDGBG4ER405371 | $0.00 | BOOK VALUE | $0.00 |
| 47.2.   FARBER -  WFJ33S  4UZACLDU5ECFS5702 | $0.00 | BOOK VALUE | $0.00 |
| 47.3.   GMC - SIERRA 1GT02ZCG5CZ265732 | $0.00 | BOOK VALUE | $0.00 |
| 47.4.   MRI TRAILER | $0.00 | BOOK VALUE | $0.00 |

**48.** **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

**NONE**

**49.** **AIRCRAFT AND ACCESSORIES**

**NONE**

**50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| 50.1.   MINOR MOVABLE EQUIPMENT | $436,734.28 | BOOK VALUE | $436,734.28 |
| 50.2.   OTHER | $3,977,220.31 | BOOK VALUE | $3,977,220.31 |

**51** **Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.   $4,413,954.59

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **REAL PROPERTY** |

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   CHRIST REAL ESTATE LEASE - 176 PALISADES AVENUE, JERSEY CITY, NJ 07306 | LEASE | UNKNOWN | BOOK VALUE | UNKNOWN |
| 55.2.   LEASE - 142 PALISADE AVE, JERSEY CITY, NJ | LEASE | UNKNOWN | BOOK VALUE | UNKNOWN |
| 55.3.   LEASE - 35 JOURNAL SQUARE, JERSEY CITY, NJ 07306 | LEASE | UNKNOWN | BOOK VALUE | UNKNOWN |
| 55.4.   LEASEHOLD IMPROVEMENTS | | $2,653,446.21 | BOOK VALUE | $2,653,446.21 |

**56** **Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.   $2,653,446.21

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | CHRISTHOSPITAL.COM | UNKNOWN | BOOK VALUE | UNKNOWN |
| 61.2. | CHRISTHOSPITAL.ORG | UNKNOWN | BOOK VALUE | UNKNOWN |
| 61.3. | CHRISTHOSPITALFACTS.COM | UNKNOWN | BOOK VALUE | UNKNOWN |
| 61.4. | CHRISTHOSPITALFACTS.ORG | UNKNOWN | BOOK VALUE | UNKNOWN |
| 61.5. | COVIDINSTITUTEOFNJ.COM | UNKNOWN | BOOK VALUE | UNKNOWN |
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. | ACR LICNESE NUMBER CTAP #52947-01 (TOMOGRAPHY) | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.2. | ACR LICNESE NUMBER CTAP #52947-02 (TOMOGRAPHY) | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.3. | ACR MAMMOGRAPHY - MAP #11621-04DBT#05 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.4. | AMERICAN COLLEGE OF SURGEONS COMMISSION ON CANCER - COMMUNITY CANCER PROGRAM | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.5. | CDS REGISTRATION NUMBER D02505600 - CONTROLLED DANGEROUS SUBSTANCES | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.6. | CLIA NUMBER 31D0004614 - CERTIFICATE OF ACCREDITATION | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.7. | DEA REGISTRATION NUMBER #AC8070613 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.8. | HOSPITAL / SERVICE LICENSE# 10902 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.9. | MRI  LICENSE # 1320 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.10. | NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF PUBLIC HEALTH & ENVIRONMENTAL LABORATORIES - BLOOD BANK LICENSE #10380 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.11. | NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF PUBLIC HEALTH & ENVIRONMENTAL LABORATORIES - CLINICAL LABRATORY LICENSE ID #0006654 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.12. | NJ DEPARTMENT OF HEALTH - CERTIFICATE OF GENERAL ACUTE HOSPITAL LICENSE #10902 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.13. | OFFICE OF CONSTRUCTION OFFICIAL CITY OF JERSEY CITY -CERTIFICATE OF OCCUPANCY PERMIT #58689 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.14. | OLIVER FIRE PROTECTION & SECURITY - CERTIFICATE OF INSPECTION - FIRE ALARM SYSYTEM | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.15. | OUTPATIENT MENTAL HEALTH LICENSE # 101040104 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.16. | OUTPATIENT SUBSTANCE ABUSE TREATMENT FACILITY LIC.# 200468 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.17. | PRIMARY CARE / MOBILE VAN LICENSE # 1447 | UNKNOWN | BOOK VALUE | UNKNOWN |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case number (if known) 24-12546
        (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.18. | STATE OF NEW JERSEY - NEW JERSEY OFFICE OF THE ATTORNEY GENERAL DIVISION OF CONSUMER AFFAIRS - PHARMACY LICENSE NUMBER 28RS00102500 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.19. | STATE OF NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF CERTIFICATE OF NEED & LICENSING - MRI LICENSE NUMBER 1320 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.20. | STATE OF NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF CERTIFICATE OF NEED & LICENSING - OUPATIENT MENTAL HEALTH SERVICES LICENSE NUMBER 101040104 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.21. | STATE OF NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF CERTIFICATE OF NEED & LICENSING - OUPATIENT SUBSTANCE ABUSE TREATMENT FACILITY LICENSE NUMBER 2000468 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.22. | STATE OF NEW JERSEY DEPARTMENT OF HEALTH DIVISION OF CERTIFICATE OF NEED & LICENSING - PRIMARY CARE LICENSE NUMBER 1447 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.23. | STATE OF NEW JERSEY ENGINEER'S LICENSE #AS/BR-58537-01 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.24. | STATE OF NEW JERSEY ENGINEER'S LICENSE #AS/BR-61390-01 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.25. | STATE OF NEW JERSEY ENGINEER'S LICENSE #AS/BR-61390-01 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.26. | STATE OF NEW JERSEY ENGINEER'S LICENSE #AS-59199 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.27. | STATE OF NEW JERSEY ENGINEER'S LICENSE #BS/CR-61567 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.28. | STATE OF NEW JERSEY ENGINEER'S LICENSE #BS/CRNT-60287 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.29. | THE JOINT COMMISSION - ADVANCED THROBMECTOMY CAPABLE STROKE CTR ID #5941 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.30. | THE JOINT COMMISSION - HOSPITAL ACCREDITATION ID #5941 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.31. | THE JOINT COMMISSION - PALLATIVE CARE ID #5941 | UNKNOWN | BOOK VALUE | UNKNOWN |
| 62.32. | US DEPARTMENT OF HEALTH AND HUMAN SERVICES FDA - CERTIFIED MAMMOGRAPHY FACILITY (ID #10475164) | UNKNOWN | BOOK VALUE | UNKNOWN |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| 63.1. | PATIENTS / PATIENTS' FAMILY | UNKNOWN | BOOK VALUE | UNKNOWN |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65.** | **GOODWILL** | | | |
| **66** | **Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☒ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case number (if known)    24-12546
          (Name)

---

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | ALL OTHER ASSETS |
|---|---|

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72.** **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **NONE** | |
| **73.** **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1.   AUTOMOBILE  - AMERICAN AUTOMOBILE (POLICY #SCV012210 24 01) | UNKNOWN |
| 73.2.   CYBER NETWORK SECURITY AND PRIVACY LIABILITY - ALLIANZ UNDERWRITERS INSURANCE (POLICY #CMP1016431-05) | UNKNOWN |
| 73.3.   CYBER NETWORK SECURITY AND PRIVACY LIABILITY - ARCH SPECIALTY INSURANCE CO (POLICY #C-4MFH-238430-C) | UNKNOWN |
| 73.4.   CYBER NETWORK SECURITY AND PRIVACY LIABILITY - ASCOT SPECIALTY INSURANCE (POLICY #CMP1016431-05) | UNKNOWN |
| 73.5.   CYBER NETWORK SECURITY AND PRIVACY LIABILITY - CHAUCER INSURANCE COMPANY DAC (POLICY #CMP1016431-05) | UNKNOWN |
| 73.6.   CYBER NETWORK SECURITY AND PRIVACY LIABILITY - FORTEGRA SPECIALTY INSURANCE (POLICY #CMP1016431-05) | UNKNOWN |
| 73.7.   EXCESS HOSPITAL LIABILITY POLICY - COVERYS SPECIALTY INSURANCE COMPANY (POLICY #005NJ000045566) | UNKNOWN |
| 73.8.   HOSPITAL PROFESSIONAL AND GENERAL LIABILITY - PROFESSIONAL SECURITY INSURANCE COMPANY (POLICY #HPL09114877) | UNKNOWN |
| 73.9.   HOSPITAL UMBRELLA - PROFESSIONAL SECURITY INSURANCE COMPANY (POLICY #HUL09114877) | UNKNOWN |
| 73.10.  POLLUTION - ILLINOIS UNION INSURANCE COMPANY (CHUBB) (POLICY #PPL G72504252 004) | UNKNOWN |
| 73.11.  PROPERTY - EMPLOYERS' INSURANCE COMPANY OF WAUSAU (LIBERTY MUTUAL) (POLICY #YAC-L9L-478897-014) | UNKNOWN |
| 73.12.  SPECIAL CRIME - NATIONAL UNION FIRE INSURANCE COMPANY (POLICY #034770285/MF71241NY) | UNKNOWN |
| 73.13.  WORKERS COMPENSATION - PENNSYLVANIA MANUFACTURER'S ASSOCIATION INSURANCE COMPANY (POLICY #202475 1099647) | UNKNOWN |
| **74.** **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| **NONE** | |
| **75.** **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **NONE** | |
| **76.** **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **NONE** | |

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546
(Name)

| | Current value of debtor's interest |
|---|---|
| **77.** **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1.    INTERCOMPANY RECEIVABLE FROM CAREPOINT HEALTH SYSTEMS, INC. D/B/A JUST HEALTH FOUNDATION | $2,867,422.69 |
| 77.2.    INTERCOMPANY RECEIVABLE FROM GARDEN STATE HEALTHCARE ASSOCIATES, LLC | $263,833.11 |
| 77.3.    INTERCOMPANY RECEIVABLE FROM HUMCO OPCO LLC D/B/A CAREPOINT HEALTH-HOBOKEN UNIVERSITY MEDICAL CENTER | $8,759,000.55 |
| **78**    **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $11,890,256.35 |
| **79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?** ☑ No  ☐ Yes | |

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property | |
|---|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,121.00 | | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $238,891.95 | | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $41,657,699.39 | | |
| **83.** **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $4,291,811.00 | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,667,922.24 | | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,413,954.59 | | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $2,653,446.21 | |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | ＋ $11,890,256.35 | | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $75,161,656.52 | ＋ 91b. $2,653,446.21 | |
| **92.** **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | $77,815,102.73 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **1. Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
|---|---|

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| **2.1** | **Creditor's name**<br>BANKFINANCIAL, NA<br><br>**Creditor's mailing address**<br>150W060 N. FRONTAGE RD.<br>BURR RIDGE, IL  60524<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/10/2015<br><br>**Last 4 digits of account number:** 0072<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20151010072)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| **2.2** | **Creditor's name**<br>BANKFINANCIAL, NA<br><br>**Creditor's mailing address**<br>150W060 N. FRONTAGE RD.<br>BURR RIDGE, IL  60524<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/4/2014<br><br>**Last 4 digits of account number:** 0236<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20144440236)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) 24-12546 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.3** | **Creditor's name**<br>BANKFINANCIAL, NA<br><br>**Creditor's mailing address**<br>150W060 N. FRONTAGE RD.<br>BURR RIDGE, IL  60524<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/13/2015<br><br>**Last 4 digits of account number:** 9343<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20150149343)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| **2.4** | **Creditor's name**<br>BEVERLY BANK & TRUST COMPANY, NATIONAL ASSOCIATION<br><br>**Creditor's mailing address**<br>2050 MAIN ST<br>SUITE 230<br>IRVINE, CA  92614<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/16/2022<br><br>**Last 4 digits of account number:** 3812<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20222263812)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
| --- | --- | --- | --- |

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| 2.5 | **Creditor's name**<br>BRF FINANCE CO., LLC<br><br>**Creditor's mailing address**<br>299 PARK AVE<br>21ST FLOOR<br>NEW YORK, NY 10171<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/27/2019<br><br>**Last 4 digits of account number:** 7558<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20194447558)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.6 | **Creditor's name**<br>CAPITALA PRIVATE ADVISORS, LLC, AS CONTROL AGENT<br><br>**Creditor's mailing address**<br>4201 CONGRESS ST.<br>SUITE 360<br>CHARLOTTE, NC 28209<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/1/2024<br><br>**Last 4 digits of account number:** 3270<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20241383270)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| 2.7 | **Creditor's name** <br> CAPITALA PRIVATE ADVISORS, LLC, AS CONTROL AGENT <br><br> **Creditor's mailing address** <br> 4201 CONGRESS ST. <br> SUITE 360 <br> CHARLOTTE, NC  28209 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 11/10/2022 <br><br> **Last 4 digits of account number:** 2106 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20229342106) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.8 | **Creditor's name** <br> CAPITALA PRIVATE ADVISORS, LLC, AS CONTROL AGENT <br><br> **Creditor's mailing address** <br> 4201 CONGRESS ST. <br> SUITE 360 <br> CHARLOTTE, NC  28209 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 11/30/2022 <br><br> **Last 4 digits of account number:** 5104 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20229135104) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.9 | **Creditor's name**<br>CAPITALA PRIVATE ADVISORS, LLC, AS CONTROL AGENT<br><br>**Creditor's mailing address**<br>4201 CONGRESS ST.<br>SUITE 360<br>CHARLOTTE, NC  28209<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/3/2022<br><br>**Last 4 digits of account number:** 5120<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20229135120)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.10 | **Creditor's name**<br>CAPITALA SPECIALTY LENDING CORP., AS ADMINISTRATIVE AND COLLATERAL AGENT<br><br>**Creditor's mailing address**<br>4201 CONGRESS ST.<br>SUITE 360<br>CHARLOTTE, NC  28209<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/4/2011<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL ASSETS AND ALL PERSONAL PROPERTY OF DEBTOR<br><br>**Describe the lien**<br>LIMITED NON-RECOURSE GUARANTY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,000,000.00 | UNKNOWN |

| Official Form 206D | Schedule D: Creditors Who Have Claims Secured by Property | Page 5 of 36 |
|---|---|---|

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) 24-12546 |
|---|---|---|
| | (Name) | |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

**2.11**

**Creditor's name**
CIT FINANCE LLC

**Creditor's mailing address**
1 CIT DRIVE
LIVINGSTON, NJ  70390

**Creditor's email address**

**Date or dates debt was incurred**
7/18/2017

**Last 4 digits of account number:** 8718

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20174748718)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN   Column B: UNKNOWN

**2.12**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE.

**Creditor's mailing address**
PO BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**
UCCSPREP@CSCINFO.COM

**Date or dates debt was incurred**
3/9/2022

**Last 4 digits of account number:** 7261

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20222647261)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN   Column B: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital                Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | Column A | Column B |
| --- | --- | --- |
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* |  |

**2.13**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE.

**Creditor's mailing address**
PO BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**
UCCSPREP@CSCINFO.COM

**Date or dates debt was incurred**
11/15/2019

**Last 4 digits of account number:** 6206

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20198066206)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.14**

**Creditor's name**
CORPORATION SERVICE COMPANY, AS REPRESENTATIVE.

**Creditor's mailing address**
PO BOX 2576
SPRINGFIELD, IL  62708

**Creditor's email address**
UCCSPREP@CSCINFO.COM

**Date or dates debt was incurred**
4/2/2021

**Last 4 digits of account number:** 3425

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20212593425)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital       Case Number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

| | | *Column A* | *Column B* |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.15**

**Creditor's name**
CT CORP SYSTEM, AS REPRESENTATIVE. ATTN:  SRS;

**Creditor's mailing address**
330 N. BRAND BLVD.
SUITE 700
GLENDALE, CA  91203

**Creditor's email address**

**Date or dates debt was incurred**
2/15/2024

**Last 4 digits of account number:** 9466

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 57059466)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

**2.16**

**Creditor's name**
FIRST FINANCIAL CORPORATE LEASING, LLC

**Creditor's mailing address**
711 KIMBERLY AVE
SUITE 160
PLACENTIA, CA  98270

**Creditor's email address**

**Date or dates debt was incurred**
3/16/2016

**Last 4 digits of account number:** 0932

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20161690932)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.17 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/7/2017<br><br>**Last 4 digits of account number:** 7487<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20172287487)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.18 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/12/2016<br><br>**Last 4 digits of account number:** 8672<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20167688672)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.19 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/26/2016<br><br>**Last 4 digits of account number:** 0420<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20163150420)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.20 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/8/2015<br><br>**Last 4 digits of account number:** 9313<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20151509313)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.21 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA 98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/22/2016<br><br>**Last 4 digits of account number:** 3563<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20162413563)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.22 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA 98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/20/2017<br><br>**Last 4 digits of account number:** 2578<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20172602578)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| 2.23 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>10/9/2015<br><br>**Last 4 digits of account number:** 0268<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 2015460268)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.24 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/14/2015<br><br>**Last 4 digits of account number:** 1859<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20154051859)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital     Case number (if known) 24-12546
         (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.25 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/14/2015<br><br>**Last 4 digits of account number:** 4822<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153044822)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.26 | **Creditor's name**<br>FIRST FINANCIAL CORPORATE LEASING, LLC<br><br>**Creditor's mailing address**<br>711 KIMBERLY AVE<br>SUITE 160<br>PLACENTIA, CA  98270<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/24/2015<br><br>**Last 4 digits of account number:** 2668<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153702668)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.27**

**Creditor's name**
FIRST FINANCIAL CORPORATE LEASING, LLC

**Creditor's mailing address**
711 KIMBERLY AVE
SUITE 160
PLACENTIA, CA  98270

**Creditor's email address**

**Date or dates debt was incurred**
7/18/2017

**Last 4 digits of account number:** 8718

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20174748718)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.28**

**Creditor's name**
FIRST FINANCIAL CORPORATE LEASING, LLC

**Creditor's mailing address**
711 KIMBERLY AVE
SUITE 160
PLACENTIA, CA  98270

**Creditor's email address**

**Date or dates debt was incurred**
7/14/2015

**Last 4 digits of account number:** 4830

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153044830)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.29**

**Creditor's name**
FIRST FINANCIAL CORPORATE LEASING, LLC

**Creditor's mailing address**
711 KIMBERLY AVE
SUITE 160
PLACENTIA, CA  98270

**Creditor's email address**

**Date or dates debt was incurred**
2/6/2015

**Last 4 digits of account number:** 6266

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20150546266)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

**2.30**

**Creditor's name**
FIRST UTAH BANK

**Creditor's mailing address**
3820 S 2300 EAST
SALT LAKE CITY, UT  84109

**Creditor's email address**

**Date or dates debt was incurred**
3/16/2016

**Last 4 digits of account number:** 0932

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20161690932)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

Debtor Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital   Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- | --- |
| 2.31 | **Creditor's name**<br>FIRST UTAH BANK<br><br>**Creditor's mailing address**<br>3820 S 2300 EAST<br>SALT LAKE CITY, UT 84109<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/6/2015<br><br>**Last 4 digits of account number:** 6266<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20150546266)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.32 | **Creditor's name**<br>FIRST UTAH BANK<br><br>**Creditor's mailing address**<br>3820 S 2300 EAST<br>SALT LAKE CITY, UT 84109<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>7/14/2015<br><br>**Last 4 digits of account number:** 4822<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153044822)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case Number (if known) | 24-12546 |

(Name)

| Part 1: | Additional Page |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| 2.33 | **Creditor's name** <br> FIRST UTAH BANK <br><br> **Creditor's mailing address** <br> 3820 S 2300 EAST <br> SALT LAKE CITY, UT  84109 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 10/9/2015 <br><br> **Last 4 digits of account number: 0268** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 2015460268) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.34 | **Creditor's name** <br> FIRST UTAH BANK <br><br> **Creditor's mailing address** <br> 3820 S 2300 EAST <br> SALT LAKE CITY, UT  84109 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 9/14/2015 <br><br> **Last 4 digits of account number: 1859** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20154051859) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)  24-12546
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.35 | **Creditor's name**<br>FIRST UTAH BANK<br><br>**Creditor's mailing address**<br>3820 S 2300 EAST<br>SALT LAKE CITY, UT  84109<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/24/2015<br><br>**Last 4 digits of account number: 2668**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153702668)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.36 | **Creditor's name**<br>FIRST UTAH BANK<br><br>**Creditor's mailing address**<br>3820 S 2300 EAST<br>SALT LAKE CITY, UT  84109<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/22/2016<br><br>**Last 4 digits of account number: 3563**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20162413563)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.37 | **Creditor's name** FRESENIUS MEDICAL CARE HOLDINGS, INC. | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20184076565) | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 920 WINTER ST WALTHAM, MA  24510 | **Describe the lien** UCC LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 6/15/2018 **Last 4 digits of account number: 6565** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | | |
| 2.38 | **Creditor's name** GE HFS, LLC | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20216785472) | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 12854 KENAN DRIVE SUITE 201 JACKSONVILLE, FL  32258 | **Describe the lien** UCC LIEN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 8/26/2021 **Last 4 digits of account number: 5472** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☑ Unliquidated ☐ Disputed | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known)   24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.39 | **Creditor's name** <br> GE HFS, LLC <br><br> **Creditor's mailing address** <br> 12854 KENAN DRIVE <br> SUITE 201 <br> JACKSONVILLE, FL  32258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 7/29/2022 <br><br> **Last 4 digits of account number:** 2701 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20226362701) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.40 | **Creditor's name** <br> GE HFS, LLC <br><br> **Creditor's mailing address** <br> 12854 KENAN DRIVE <br> SUITE 201 <br> JACKSONVILLE, FL  32258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 5/16/2022 <br><br> **Last 4 digits of account number:** 6546 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20224126546) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☒ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☒ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)  24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| 2.41 | **Creditor's name** <br> GE HFS, LLC <br><br> **Creditor's mailing address** <br> 12854 KENAN DRIVE <br> SUITE 201 <br> JACKSONVILLE, FL  32258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 6/23/2021 <br><br> **Last 4 digits of account number:** 7519 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20214897519) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.42 | **Creditor's name** <br> GE HFS, LLC <br><br> **Creditor's mailing address** <br> 12854 KENAN DRIVE <br> SUITE 201 <br> JACKSONVILLE, FL  32258 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 7/13/2015 <br><br> **Last 4 digits of account number:** 1236 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153001236) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

**2.43**

**Creditor's name**
GENERAL ELECTRIC CAPITAL CORPORATION

**Creditor's mailing address**
P.O. BOX 414, W-490
MILWAUKEE, WI 53201

**Creditor's email address**

**Date or dates debt was incurred**
7/13/2015

**Last 4 digits of account number:** 1236

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153001236)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.44**

**Creditor's name**
HUNTINGTON TECHNOLOGY FINANCE, INC.

**Creditor's mailing address**
2285 FRANKLIN RD
BLOOMFIELD, MI 48302

**Creditor's email address**

**Date or dates debt was incurred**
12/1/2016

**Last 4 digits of account number:** 0719

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20167450719)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.45 | **Creditor's name**<br>HUNTINGTON TECHNOLOGY FINANCE, INC.<br><br>**Creditor's mailing address**<br>2285 FRANKLIN RD<br>BLOOMFIELD, MI  48302<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>2/10/2022<br><br>**Last 4 digits of account number:** 1162<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20221191162)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.46 | **Creditor's name**<br>HUNTINGTON TECHNOLOGY FINANCE, INC.<br><br>**Creditor's mailing address**<br>2285 FRANKLIN RD<br>BLOOMFIELD, MI  48302<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>12/13/2021<br><br>**Last 4 digits of account number:** 5134<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20210155134)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that supports this claim** |
|  | *Do not deduct the value of collateral.* | |

| 2.47 | **Creditor's name**<br>MAPLE HEALTHCARE, LLC<br><br>**Creditor's mailing address**<br>11 COLTS GAIT LANE<br>COLTS NECK, NJ  07722<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>6/27/2019<br><br>**Last 4 digits of account number: 7558**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20194447558)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.48 | **Creditor's name**<br>MAPLE HEALTHCARE, LLC<br><br>**Creditor's mailing address**<br>11 COLTS GAIT LANE<br>COLTS NECK, NJ  07722<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>11/4/2022<br><br>**Last 4 digits of account number: 6091**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20229166091)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
       (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

| 2.49 | **Creditor's name** MB FINANCIAL BANK, N.A. | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20153044830) | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
6111 NORTH RIVER RD
ROSEMONT, IL 60018

**Creditor's email address**

**Date or dates debt was incurred**
7/14/2015

**Last 4 digits of account number:** 4830

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

| 2.50 | **Creditor's name** MB FINANCIAL BANK, N.A. | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20151509313) | UNKNOWN | UNKNOWN |
| --- | --- | --- | --- | --- |

**Creditor's mailing address**
6111 NORTH RIVER RD
ROSEMONT, IL 60018

**Creditor's email address**

**Date or dates debt was incurred**
4/8/2015

**Last 4 digits of account number:** 9313

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known)   24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.51**

**Creditor's name**
MB FINANCIAL BANK, N.A.

**Creditor's mailing address**
6111 NORTH RIVER RD
ROSEMONT, IL  60018

**Creditor's email address**

**Date or dates debt was incurred**
5/26/2016

**Last 4 digits of account number: 0420**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20163150420)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN          UNKNOWN

**2.52**

**Creditor's name**
MB FINANCIAL BANK, N.A.

**Creditor's mailing address**
6111 NORTH RIVER RD
ROSEMONT, IL  60018

**Creditor's email address**

**Date or dates debt was incurred**
12/12/2016

**Last 4 digits of account number: 8672**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20167688672)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

UNKNOWN          UNKNOWN

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.53 | **Creditor's name**<br>MB FINANCIAL BANK, N.A.<br><br>**Creditor's mailing address**<br>6111 NORTH RIVER RD<br>ROSEMONT, IL  60018<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/7/2017<br><br>**Last 4 digits of account number:** 7487<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20172287487)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 2.54 | **Creditor's name**<br>MED ONE CAPITAL FUNDING, LLC<br><br>**Creditor's mailing address**<br>10712 S 1300 EAST<br>SANDY, UT  84094<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>4/19/2023<br><br>**Last 4 digits of account number:** 3370<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20232863370)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)  24-12546

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.55**

**Creditor's name**
MED ONE CAPITAL FUNDING, LLC

**Creditor's mailing address**
10712 S 1300 EAST
SANDY, UT  84094

**Creditor's email address**

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number: 8112**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20232218112)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.56**

**Creditor's name**
MED ONE CAPITAL FUNDING, LLC

**Creditor's mailing address**
10712 S 1300 EAST
SANDY, UT  84094

**Creditor's email address**

**Date or dates debt was incurred**
3/16/2022

**Last 4 digits of account number: 3812**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20222263812)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    Page 28 of 36

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.57**

**Creditor's name**
MED ONE CAPITAL FUNDING-NEW JERSEY

**Creditor's mailing address**
10712 S 1300 EAST
SANDY, UT  84094

**Creditor's email address**

**Date or dates debt was incurred**
3/16/2022

**Last 4 digits of account number: 3812**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20222263812)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

**2.58**

**Creditor's name**
MED ONE CAPITAL FUNDING-NEW JERSEY

**Creditor's mailing address**
10712 S 1300 EAST
SANDY, UT  84094

**Creditor's email address**

**Date or dates debt was incurred**
4/19/2023

**Last 4 digits of account number: 3370**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20232863370)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

UNKNOWN    UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital        Case number (if known) 24-12546
(Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.59**

**Creditor's name**
MED ONE CAPITAL FUNDING-NEW JERSEY

**Creditor's mailing address**
10712 S 1300 EAST
SANDY, UT  84094

**Creditor's email address**

**Date or dates debt was incurred**
3/23/2023

**Last 4 digits of account number:** 8112

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20232218112)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN   Value of collateral: UNKNOWN

**2.60**

**Creditor's name**
PENDRICK CAPITAL PARTNERS LLC

**Creditor's mailing address**
2331 MILL RD
SUITE 510
ALEXANDRIA, VA  22314

**Creditor's email address**

**Date or dates debt was incurred**
3/4/2024

**Last 4 digits of account number:** 6368

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20241426368)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN   Value of collateral: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
_____(Name)_____

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | *Column A* <br> **Amount of claim** <br> *Do not deduct the value of collateral.* | *Column B* <br> **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.61 | **Creditor's name** <br> SCC CAPITAL CORPORATION <br><br> **Creditor's mailing address** <br> 74 WEST PARK PLACE <br> STAMFORD, CT  69010 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 5/16/2022 <br><br> **Last 4 digits of account number:** 6546 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20224126546) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |
| 2.62 | **Creditor's name** <br> SHIFT CAPITAL INC. <br><br> **Creditor's mailing address** <br> 7950 NW 53RD STREET <br> SUITE 337 <br> DORAL, FL  33166 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 7/29/2024 <br><br> **Last 4 digits of account number:** 1271 <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 57321271) <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☑ Unliquidated <br> ☐ Disputed | UNKNOWN | UNKNOWN |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.63**

**Creditor's name**
SIGNATURE FINANCIAL LLC

**Creditor's mailing address**
225 BROADHOLLOW RD
SUITE 132W
MELVILLE, NY  17747

**Creditor's email address**

**Date or dates debt was incurred**
11/4/2014

**Last 4 digits of account number:** 0236

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20144440236)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

**2.64**

**Creditor's name**
SIGNATURE FINANCIAL LLC

**Creditor's mailing address**
225 BROADHOLLOW RD
SUITE 132W
MELVILLE, NY  17747

**Creditor's email address**

**Date or dates debt was incurred**
1/13/2015

**Last 4 digits of account number:** 9343

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20150149343)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
|---------|-----------------|

|  |  | Column A | Column B |
|--|--|----------|----------|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.65**

**Creditor's name**
SIGNATURE FINANCIAL LLC

**Creditor's mailing address**
225 BROADHOLLOW RD
SUITE 132W
MELVILLE, NY  17747

**Creditor's email address**

**Date or dates debt was incurred**
3/30/2015

**Last 4 digits of account number:** 4077

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20151324077)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

**2.66**

**Creditor's name**
SIGNATURE VESTMENTS LLC

**Creditor's mailing address**
40 WALL STREET
NY, NY  10005

**Creditor's email address**

**Date or dates debt was incurred**
2/29/2024

**Last 4 digits of account number:** 2515

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20241352515)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Column A: UNKNOWN    Column B: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | *Do not deduct the value of collateral.* |  |

**2.67**

**Creditor's name**
STERIS CORPORATION

**Creditor's mailing address**
5960 HEISLEY RD
MENTOR, OH  44060

**Creditor's email address**

**Date or dates debt was incurred**
11/20/2020

**Last 4 digits of account number:** 8761

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20208148761)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

**2.68**

**Creditor's name**
STERLING NATIONAL BANK

**Creditor's mailing address**
500 7TH AVE
3RD FLOOR
NEW YORK, NY  10018

**Creditor's email address**

**Date or dates debt was incurred**
12/1/2016

**Last 4 digits of account number:** 0719

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20167450719)

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Amount of claim: UNKNOWN    Value of collateral: UNKNOWN

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
|---|---|

|  |  | Column A | Column B |
|---|---|---|---|
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

| 2.69 | **Creditor's name** STRYKER FINANCE | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20195965590) | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
950 TRADE CENTRE WAY
SUITE 200
KALAMAZOO, MI 49002

**Creditor's email address**

**Date or dates debt was incurred**
8/27/2019

**Last 4 digits of account number:** 5590

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

| 2.70 | **Creditor's name** WINTHROP RESOURCES CORPORATION | **Describe debtor's property that is subject to a lien** SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20167450719) | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
11100 WAYZATA BLVD
SUITE 800
MINNETONKA, MN 55305

**Creditor's email address**

**Date or dates debt was incurred**
12/1/2016

**Last 4 digits of account number:** 0719

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.71 | **Creditor's name**<br>WINTRUST EQUIPMENT FINANCE, A DIVISION OF WINTRUST ASSET FINANCE INC.<br><br>**Creditor's mailing address**<br>9700 W HIGGINS RD.<br>SUITE 1015<br>ROSEMONT, IL 60018<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/16/2022<br><br>**Last 4 digits of account number:** 6546<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL PERSONAL PROPERTY OF DEBTOR (UCC INITIAL FILING NO. 20224126546)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | UNKNOWN | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $50,000,000.00 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
|---|---|

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** <br><br> CITY OF BAYONNE TAX COLLECTOR <br> 630 AVENUE C <br> BAYONNE, NJ  07002-3898 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.2 | **Priority creditor's name and mailing address** <br><br> CITY OF BAYONNE, NJ <br> 630 AVENUE C <br> BAYONNE, NJ  07002 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |
| 2.3 | **Priority creditor's name and mailing address** <br><br> CITY OF HOBOKEN, NJ <br> 94 WASHINGTON STREET <br> HOBOKEN, NJ  07030 <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed <br><br> **Basis for the claim:** <br> TAXES <br><br> **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | UNKNOWN | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 1: | Additional Page |
| --- | --- |

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

**2.4** **Priority creditor's name and mailing address**

CITY OF JERSEY CITY, NJ
280 GROVE STREET
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.5** **Priority creditor's name and mailing address**

COUNTY OF HUDSON - DEPT. OF FINANCE
AND ADMINISTRATION
567 PAVONIA AVE
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $6,665,708.70    Priority amount: $6,665,708.70

---

**2.6** **Priority creditor's name and mailing address**

DEPARTMENT OF TREASURY
1500 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

**2.7** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC  20224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $4,719,422.67    Priority amount: $4,719,422.67

---

**2.8** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE., NW
WASHINGTON, DC  20224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: UNKNOWN    Priority amount: UNKNOWN

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

**2.9** **Priority creditor's name and mailing address**

STATE OF NEW JERSEY - DIVISION OF TAXATION
3 JOHN FITCH WAY
5TH FLOOR
P.O. BOX 245
TRENTON, NJ 08695

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $1,005,010.78  Priority amount: $1,005,010.78

---

**2.10** **Priority creditor's name and mailing address**

STATE OF NEW JERSEY DEPT OF HEALTH
P. O. BOX 360
TRENTON, NJ 08625-0360

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: UNKNOWN  Priority amount: UNKNOWN

---

**2.11** **Priority creditor's name and mailing address**

STATE OF NEW JERSEY DEPT. OF TREASURY
P.O. BOX 002
TRENTON, NJ 08625-0002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXES

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: $62,894.00  Priority amount: $62,894.00

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

AARP
PO BOX 740819
ATLANTA, GA 30374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: $78.58

Debtor     Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.2**

**Nonpriority creditor's name and mailing address**

ABALINE SUPPLY CO
PO BOX 59
BAYONNE, NJ  07002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,705.80

**3.3**

**Nonpriority creditor's name and mailing address**

ABBOTT
22400 NETWORK PLACE
CHICAGO, IL  60673-1224

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$119,572.11

**3.4**

**Nonpriority creditor's name and mailing address**

ABBOTT LABS
PO BOX 100997
ATLANTA, GA  30384-0997

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,700.84

**3.5**

**Nonpriority creditor's name and mailing address**

ABBOTT NUTRITION
75 REMITTANCE DRIVE
SUITE 1310
CHICAGO, IL  60675-1310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,998.45

**3.6**

**Nonpriority creditor's name and mailing address**

ABBOTT VASCULAR
75 REMITTANCE DRIVE
SUITE 1138
CHICAGO, IL  60675-1138

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$167,967.97

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |

| | | Amount of claim |

**3.7** **Nonpriority creditor's name and mailing address**

ABBVIE, INC
1 N WAUKEGAN ROAD
NORTH CHICAGO, IL  60064

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,695.00

**3.8** **Nonpriority creditor's name and mailing address**

ABIOMED INC
PO BOX 6214
BOSTON, MA  02212-6214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,924.38

**3.9** **Nonpriority creditor's name and mailing address**

ACCESS
PO BOX 782998
PHILADELPHIA, PA  19178-2998

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$465,666.09

**3.10** **Nonpriority creditor's name and mailing address**

ACCESS HEALTHCARE LLC
CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ  07904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.11** **Nonpriority creditor's name and mailing address**

ACCESS HEALTHCARE LLC
CHASAN LAMPARELLO MALLON & CAPPUZZO, PC
300 LIGHTING WAY, SUITE 200
SECAUCUS, NJ  7904

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$158,939.80

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
_____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.12** 

**Nonpriority creditor's name and mailing address**

ACCUVEIN INC
40 GOOSE HILL ROAD
COLD SPRING HARBOR, NY  11724

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,244.82

---

**3.13**

**Nonpriority creditor's name and mailing address**

ACUMED
5885 NORTHWEST CORNEILUS BASS ROAD
HILLSBORO, OR  97124-9432

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.00

---

**3.14**

**Nonpriority creditor's name and mailing address**

ADVANCE MEDICAL DESIGNS INC
1241 ATLANTA INDUSTRIAL DRIVE
MARIETTA, GA  30066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,770.56

---

**3.15**

**Nonpriority creditor's name and mailing address**

ADVANCED MEDICAL STAFFING CORP
PO BOX 31246
TAMPA, FL  33631-3246

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,624.40

---

**3.16**

**Nonpriority creditor's name and mailing address**

ADVANCED NEUROSURGERY ASSCOC.
201 ROUTE 17 NORTH
SUITE 501
RUTHERFORD, NJ  07070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$352,350.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546
_____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.17**    **Nonpriority creditor's name and mailing address**

ADVANCED STERILIZATION PRODUCTS
33 TECHNOLOGY DRIVE
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,317.73

---

**3.18**    **Nonpriority creditor's name and mailing address**

AEQUOR HEALTHCARE SERVICES LLC
LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN &
MCPARTLAND LLP
475 COUNTY ROUTE 520
MARLBORO, NJ  07746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.19**    **Nonpriority creditor's name and mailing address**

AEQUOR HEALTHCARE SERVICES LLC
LAROCCA, HORNIK, GREENBERG, KITTREDGE, CARLIN &
MCPARTLAND LLP
475 COUNTY ROUTE 520
MARLBORO, NJ  7746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$245,407.96

---

**3.20**    **Nonpriority creditor's name and mailing address**

AESCULAP INC.
PO BOX 780426
PHILADELPHIA, PA  19178-0426

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,693.76

---

**3.21**    **Nonpriority creditor's name and mailing address**

AETNA HEALTHCARE
PO BOX 981106
EL PASO, TX  79998

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,528.31

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 7 of 170

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital   Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |

| | | Amount of claim |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,036.95 |
| | AETNA INC | *Check all that apply.* | |
| | PO BOX 14079 | ☐ Contingent | |
| | LEXINGTON, KY  40512-4079 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,972.90 |
| | AGILITI HEALTH, INC | *Check all that apply.* | |
| | PO BOX 851313 | ☐ Contingent | |
| | MINNEAPOLIS, MN  55485-1313 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,398.36 |
| | AGILITI SURGICAL, INC. | *Check all that apply.* | |
| | 11095 VIKING DRIVE | ☐ Contingent | |
| | SUITE 300 | ☐ Unliquidated | |
| | EDEN PRAIRIE, MN  55344 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,618.00 |
| | AGILITY PR SOLUTIONS | *Check all that apply.* | |
| | 55 CHALLENGER RD STE 202 | ☐ Contingent | |
| | RIDGEFIELD PARK, NJ  07660 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,200.00 |
| | AIR POWER, INC. | *Check all that apply.* | |
| | 25 COMMERCE ROAD N | ☐ Contingent | |
| | FAIRFIED, NJ  07004 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital     Case number (if known)    24-12546
          (Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,600.00

AKWETEY, JOSEPHINE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00

ALAA ALY SALAH-ELDIN MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69,615.40

ALCON VISION, LLC
LOCKBOX 735843
PO BOX 735843
DALLAS, TX  75373-5843

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,793.74

ALDO DESIGN GROUP
35 HAYWARD AVE
CARTERET, NJ  07008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,000.00

ALEXANDER KNIHNICKY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
     (Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.32** | **Nonpriority creditor's name and mailing address**
ALICIA RAMOS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.33** | **Nonpriority creditor's name and mailing address**
ALIMED INC
PO BOX 206417
DALLAS, TX  75320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$397.23

---

**3.34** | **Nonpriority creditor's name and mailing address**
ALL OTHER CREDIT BALANCES

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDIT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$959,897.51

---

**3.35** | **Nonpriority creditor's name and mailing address**
ALLERGAN
PO BOX 19534
IRVINE, CA  92623

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,912.00

---

**3.36** | **Nonpriority creditor's name and mailing address**
ALLIED RESOURCES MEDICAL STAFFING
135 DOWLIN FORGE ROAD
EXTON, PA  19341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$73,810.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>ALLSTATE INFORMATION MANAGEMENT<br>500 UNICORN PARK DRIVE<br>SUITE 503<br>WOBURN, MA  01801<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $363,624.74 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>ALMENANA, ELEONOR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,237.85 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br><br>ALONSO, ISABEL M<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,600.00 |
| 3.40 | **Nonpriority creditor's name and mailing address**<br><br>ALVAREZ, MERLYN G<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,441.95 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>AMBU INC<br>PO BOX 347818<br>PITTSBURGH, PA  15251-4818<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,299.18 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.42**

**Nonpriority creditor's name and mailing address**

AMELO-CUSTODIO, FLORENCIA B
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,480.31

---

**3.43**

**Nonpriority creditor's name and mailing address**

AMERICAN ACADEMY OF SLEEP MEDICINE
2510 NORTH FRONTAGE ROAD
DARIEN, IL  60561

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,968.00

---

**3.44**

**Nonpriority creditor's name and mailing address**

AMERICAN ANALYTICS, INC
9765 ETON AVE
CHATSWORTH, CA  91311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$675.00

---

**3.45**

**Nonpriority creditor's name and mailing address**

AMERICAN COLLEGE OF CARDIOLOGY
1891 PRESTON WHITE DRIVE
RESTON, VA  20191-4397

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,445.00

---

**3.46**

**Nonpriority creditor's name and mailing address**

AMERICAN MEDICAL STAFFING, INC
11350 MCCORMICK RD.
EP2, SUITE 401
HUNT VALLEY, MD  21031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,307.50

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital        Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.47** **Nonpriority creditor's name and mailing address**

AMERICAN RED CROSS
13500 SOUTH POINT BLVD
SUITE L
CHARLOTTE, NC  28273

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$416,026.32

**3.48** **Nonpriority creditor's name and mailing address**

AMERICHOICE
PO BOX 659408
SAN ANTONIO, TX  78265

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$247.30

**3.49** **Nonpriority creditor's name and mailing address**

AMERIGROUP NEW JESEY
4425 CORPORATION LANE
SUITE 100
VIRGINIA BEACH, VA  23462

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.45

**3.50** **Nonpriority creditor's name and mailing address**

AMERISOURCE RECEIVABLES FINANCIAL
LLC DBA ASD HEALTHCARE
PO BOX 959
VALLEY FORGE, PA  19482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,144.40

**3.51** **Nonpriority creditor's name and mailing address**

AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND, OH  44101-1939

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$708.28

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,250.00 |

**Nonpriority creditor's name and mailing address**

ANDRADE PLASTIC & RECONSTRUCTIVE
3371 RICHMOND AVE
STATEN ISLAND, NY  10312

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,250.00

---

| 3.53 |

**Nonpriority creditor's name and mailing address**

ANDREA COLLADO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$678.00

---

| 3.54 |

**Nonpriority creditor's name and mailing address**

ANGELITO ARAGO, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

| 3.55 |

**Nonpriority creditor's name and mailing address**

ANGIO DYNAMICS INC
PO BOX 1549
ALBANY, NY  12201-1549

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,916.35

---

| 3.56 |

**Nonpriority creditor's name and mailing address**

ANIM-DANSO, AGGIE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,193.64

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known) 24-12546
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.57** | **Nonpriority creditor's name and mailing address**
ANTHONY SAMMARTINO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**
| **As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes
| UNKNOWN

**3.58** | **Nonpriority creditor's name and mailing address**
AORN
2170 SOUTH PARKER ROAD
SUITE 400
DENVER, CO  08231

**Date or dates debt was incurred**

**Last 4 digits of account number:**
| **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes
| $3,980.00

**3.59** | **Nonpriority creditor's name and mailing address**
APEX SURGICAL, LLC
1201 N FEDERAL HWY 4606
FORT LAUDERDALE, FL  33304

**Date or dates debt was incurred**

**Last 4 digits of account number:**
| **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes
| $13,435.00

**3.60** | **Nonpriority creditor's name and mailing address**
APPLIED MEDICAL
PO BOX 3511
CAROL STREAM, IL  60132-3511

**Date or dates debt was incurred**

**Last 4 digits of account number:**
| **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes
| $14,527.68

**3.61** | **Nonpriority creditor's name and mailing address**
APPROVED STORAGE & WASTE HAULING
110 EDISON AVENUE
MOUNT VERNON, NY  10550

**Date or dates debt was incurred**

**Last 4 digits of account number:**
| **As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes
| $8,917.88

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.62** | **Nonpriority creditor's name and mailing address**

AQUARIUS HOLDCO, LLC
20 THURBER BLVD.
SMITHFIELD, RI  02917

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

**3.63** | **Nonpriority creditor's name and mailing address**

AQUINO, LEON D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,584.51

---

**3.64** | **Nonpriority creditor's name and mailing address**

ARAMARK UNIFORM
115 N. FIRST STREET
BURBANK, CA  91502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,233.04

---

**3.65** | **Nonpriority creditor's name and mailing address**

ARGON MEDICAL DEVICES
DEPT 0527
P O BOX 120527
DALLAS, TX  75312-0527

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,767.48

---

**3.66** | **Nonpriority creditor's name and mailing address**

ARIANA FERNANDEZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,304.16

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital  Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

### 3.67

**Nonpriority creditor's name and mailing address**

ARID SOLUTIONS, INC
1 STATION ROAD
LINCOLN PARK, NJ 07035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.88

### 3.68

**Nonpriority creditor's name and mailing address**

ARJOHUNTLEIGH INC
PO BOX 640799
PITTSBURGH, PA 15264

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,333.21

### 3.69

**Nonpriority creditor's name and mailing address**

ARMAC
71 PASSAIC AVE
FLORHAM PARK, NJ 07932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,230.81

### 3.70

**Nonpriority creditor's name and mailing address**

ARTHREX INC
PO BOX 403511
ATLANTA, GA 30384-3511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$78,789.24

### 3.71

**Nonpriority creditor's name and mailing address**

ASIA TRADING INT'L LLC
UNIPRO INTERNATIONAL
390 NYE AVE
IRVINGTON, NJ 07111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$962.62

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,541.42 |
| | ASOLUKA, ADAKU | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | 401K CONTRIBUTION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $734.65 |
| | ASSAY TECHNOLOGY, INC. | *Check all that apply.* | |
| | 1382 STEALTH STREET | ☐ Contingent | |
| | LIVERMORE, CA 94551 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,514.87 |
| | ASSURANT EMPLOYEE BENEFIT | *Check all that apply.* | |
| | PO BOX 803821 | ☐ Contingent | |
| | KANSAS CITY, MO 64141-6423 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,169.40 |
| | ATHENEX PHARMACEUTICAL DIV | *Check all that apply.* | |
| | 10 N MARTINGALE ROAD | ☐ Contingent | |
| | STE 230 | ☐ Unliquidated | |
| | SCHAUMBURG, IL 60173 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $112,000.00 |
| | ATLAS MEDICAL, LLC | *Check all that apply.* | |
| | LARKIN FARRELL | ☐ Contingent | |
| | 1250 BROADWAY, 36TH FL | ☐ Unliquidated | |
| | NEW YORK, NY 10001 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.77** **Nonpriority creditor's name and mailing address**

ATLAS MEDICAL, LLC
LARKIN FARRELL
1250 BROADWAY, 36TH FL
NEW YORK, NY 10001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.78** **Nonpriority creditor's name and mailing address**

ATLAS MEDSTAFF, LLC
11159 MILL VALLEY ROAD
OMAHA, NE 68154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,360.73

---

**3.79** **Nonpriority creditor's name and mailing address**

ATRICURE, LLC
7555 INNOVATION WAY
MASON, OH 45040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.80** **Nonpriority creditor's name and mailing address**

AUTOMATED ACCESS SYSTEMS, INC.
PO BOX 2082
MEDFORD, NJ 08055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,906.81

---

**3.81** **Nonpriority creditor's name and mailing address**

AVANOS MEDICAL SALES, LLC
PO BOX 732583
DALLAS, TX 75373-2583

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,369.17

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital                    Case number (if known)   24-12546

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

**3.82**

**Nonpriority creditor's name and mailing address**

AVANTE HEALTH SOLUTIONS
1137 E. PHILADELPHIA ST
ONTARIO, CA  91761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,024.44

**3.83**

**Nonpriority creditor's name and mailing address**

AVASURE
5801 SAFETY DRIVE
BELMONT, MI  49306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,931.30

**3.84**

**Nonpriority creditor's name and mailing address**

AXOGEN INC
13631 PROGRESS BLVD
SUITE 400
ALACHUA, FL  32615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,111.40

**3.85**

**Nonpriority creditor's name and mailing address**

AYA HEALTHCARE INC
PO BOX 123519
DALLAS, TX  75312-3519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$131,753.85

**3.86**

**Nonpriority creditor's name and mailing address**

BACATAN, JUAN C
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,292.93

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital        Case number (if known)  24-12546
         (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

BADIN, SIMON MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,452.00

---

**3.88** | **Nonpriority creditor's name and mailing address**

BALMACEDA, JANET C
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,375.19

---

**3.89** | **Nonpriority creditor's name and mailing address**

BALT USA, LLC
29 PARKER
SUITE 100
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,475.00

---

**3.90** | **Nonpriority creditor's name and mailing address**

BANKERS LIFE & CASUALITY CO
PO BOX 1935
CARMEL, IN  37422

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,216.00

---

**3.91** | **Nonpriority creditor's name and mailing address**

BANOGON, JAYNE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,877.22

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $677.97 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.92

BARBARA FULONG BERNAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$677.97

---

3.93

**Nonpriority creditor's name and mailing address**

BARCODES LLC
PO BOX 95637
CHICAGO, IL  60694-5637

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$479.81

---

3.94

**Nonpriority creditor's name and mailing address**

BARD ACCESS SYSTEMS
PO BOX 75767
CHARLOTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,160.50

---

3.95

**Nonpriority creditor's name and mailing address**

BARD PERIPHERAL VASCULAR
PO BOX 75767
CHARLOTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,664.09

---

3.96

**Nonpriority creditor's name and mailing address**

BAUSCH & LOMB SURGICAL
4395 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,269.48

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital       Case number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.97**

**Nonpriority creditor's name and mailing address**

BAXTER HEALTHCARE CORP
PO BOX 33037
NEWARK, NJ  07188-0037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$212,121.44

---

**3.98**

**Nonpriority creditor's name and mailing address**

BAY, RONNIE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

**3.99**

**Nonpriority creditor's name and mailing address**

BAYA-ESPEJO, MYRNA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,107.96

---

**3.100**

**Nonpriority creditor's name and mailing address**

BAYER HEALTH CARE
PO BOX 360172
PITTSBURGH, PA  15251-6172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,580.27

---

**3.101**

**Nonpriority creditor's name and mailing address**

BAYOT, ALAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,953.14

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
          (Name)

| Part 2: | Additional Page |

|  | Amount of claim |

**3.102** **Nonpriority creditor's name and mailing address**

BDO SEIDMAN, LLP
PO BOX 642743
PITTSBURGH, PA  15264-2743

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,421.75

---

**3.103** **Nonpriority creditor's name and mailing address**

BECKER HEALTH
4 WESTBROOK CORPORATE CENTER
SUITE 430
WESTCHESTER, IL  60154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$163,367.24

---

**3.104** **Nonpriority creditor's name and mailing address**

BECKMAN COULTER INC
DEPT. CH 10164
PALATINE, IL  60055-0164

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$223,611.95

---

**3.105** **Nonpriority creditor's name and mailing address**

BECTON DICKINSON
PO BOX 28983
NEW YORK, NY  10087-8983

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,965.17

---

**3.106** **Nonpriority creditor's name and mailing address**

BEDROCK LANDSCAPING
BIMONTE LAW LLC
300 MAIN STREET, SUITE 21-661
MADISON, NJ  07940

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $518.00

BEEKLEY CORP.
ONE PRESTIGE LANE
BRISTOL, CT  06010

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,900.00

BEHIN, BABAK MD
ADDRESS REDACTED

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,158.00

BELIMED, INC
PO BOX 602447
CHARLOTTE, NC  28260-2447

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,600.00

BELIZARIO, ESTER
ADDRESS REDACTED

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
401K CONTRIBUTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,464.55

BELK, DEMETRIA
ADDRESS REDACTED

**Check all that apply.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
401K CONTRIBUTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case Number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.112** **Nonpriority creditor's name and mailing address**

BELU TAMANG
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,160.00

---

**3.113** **Nonpriority creditor's name and mailing address**

BENEFIT PLAN MANAGER
100 VALLEY ROAD
SUITE 202
MT. ARLINGTON, NJ 07856

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,609.73

---

**3.114** **Nonpriority creditor's name and mailing address**

BENJAMIN, ENOZE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,453.78

---

**3.115** **Nonpriority creditor's name and mailing address**

BEN'S PRECISION INSTRUMENTS, INC
5417 12TH ST. E
FIFE, WA 98424

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,852.52

---

**3.116** **Nonpriority creditor's name and mailing address**

BERMAS, MARIZA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$520.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.117** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $214,122.87

BIO MERIEUX VITEK, INC
PO BOX 500308
ST LOUIS, MO  63150-0308

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $164,291.58

BIOFIRE DIAGNOSTICS, LLC
PO BOX 581463
SALT LAKE CITY, UT  84158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,265.76

BIOLAB SCIENCES, INC
13825 N NORTHSIGHT BLVD
SUITE 101
SCOTTSDALE, AZ  85260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,004.00

BIO-MED ASSOCIATES, INC.
4 MAIN STREET
FLEMINGTON, NJ  08822

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,426.00

BIO-MEDICAL EQUIPMENT SERVICE CO
3405 ROBARDS COURT
LOUISVILLE, KY  40218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,501.95

BIOMET MICROFIXATION
75 REMITTANCE DRIVE
SUITE 3071
CHICAGO, IL  60675-3071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.123** | **Nonpriority creditor's name and mailing address** | | $160,749.68

BIOMET, INC.
1800 W CENTER ST
WARSAW, IN  46580

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | | $35,521.74

BIO-RAD LABORATORIES INC
PO BOX 849740
LOS ANGELES, CA  90084-9740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | | $2,519.31

BIOSHINE
10 INDUSTRIAL ROAD
CARLSTADT, NJ  07072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | | $28,180.68

BIOTRONIK INC
PO BOX 205421
DALLAS, TX  75320-5421

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,750.00
Check all that apply.

BIOVENTUS, LLC
HEITNER & BREITSTEIN PC
198 US 9N, SUITE 207
MANALAPAN, NJ  7726

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,712.40
Check all that apply.

BISHNU PARIYAR
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,006.47
Check all that apply.

BLEJWAS ASSOCIATES INC
221-A EVANS WAY
BRANCHBURG, NJ  08876

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,043.99
Check all that apply.

BLOCK IMAGING INERNATIONAL, INC
1845 CEDAR STREET
HOLT, MI  48842

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,426.79
Check all that apply.

BOEHRINGER LABORATORIES, LLC
300 THOMS DRIVE
PHOENIXVILLE, PA  19460

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
_____
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.30
Check all that apply.

BOEKEL INDUSTRIES INC.
855 PENNSYLVANIA BOULEVARD
FEASTERVILLE, PA  19053

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,579.00
Check all that apply.

BONESUPPORT INC
60 WILLIAM ST STE 330
WELLESLY, MA  02481

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $404,416.16
Check all that apply.

BOSTON SCIENTIFIC CORP
P O BOX 786205
PHILADELPHIA, PA  19178-6205

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,501.35
Check all that apply.

BRACCO DIAGNOSTICS INC
PO BOX 978952
DALLAS, TX  75397-8952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,493.15
Check all that apply.

BRASSELER USA MEDICAL, LLC
ONE BRASSELER BLVD
SAVANNAH, GA  31419

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|--|

**3.137**    **Nonpriority creditor's name and mailing address**

BRECEVIC, DEBORAH O
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,741.00

---

**3.138**    **Nonpriority creditor's name and mailing address**

BSC SUPPLY
200 FIFTH AVENUE
SUITE 3020
WALTHAM, MA  02451

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$53,875.90

---

**3.139**    **Nonpriority creditor's name and mailing address**

BUSINESS COMMUNICATION SOLUTIONS
91 SOMERSET STREET
RARITAN, NJ  08869

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,029.60

---

**3.140**    **Nonpriority creditor's name and mailing address**

C 3 TECHNOLOGIES, LLC
501 ADAMS LANE
SUITE 1
NORTH BRUNSWICK, NJ  08902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,293.29

---

**3.141**    **Nonpriority creditor's name and mailing address**

CABATO, LUIS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,817.82

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| **3.142** | **Nonpriority creditor's name and mailing address**<br><br>CADET, DELPHINE D<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,166.12 |
| **3.143** | **Nonpriority creditor's name and mailing address**<br><br>CADWELL LABORATORIES<br>909 NORTH KELLOG STREET<br>KENNEWICK, WA  99336<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,156.10 |
| **3.144** | **Nonpriority creditor's name and mailing address**<br><br>CAGAS, EVANGELINE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,324.23 |
| **3.145** | **Nonpriority creditor's name and mailing address**<br><br>CAGULADA, ASTRID P<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,089.57 |
| **3.146** | **Nonpriority creditor's name and mailing address**<br><br>CALAZAN, FLORENCIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,428.11 |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case Number (if known)   24-12546
         (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>CALDERIN, ALEXANDRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,600.00 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>CAMPOS, NATHALIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,914.44 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>CAPERS, TERESA V<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,424.29 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>CAPITALA INVESTMENT ADVISORS LLC<br>4201 CONGRESS STREET<br>SUITE 360<br>CHARLOTTE, NC  28209<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $729,524.39 |
| 3.151 | **Nonpriority creditor's name and mailing address**<br><br>CARBONEL, AARON B<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,688.40 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.152** | **Nonpriority creditor's name and mailing address**

CARDIO MEDICAL PRODUCTS INC
385 FRANKLIN AVENUE
SUITE L
ROCKAWAY, NJ  07866

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,018.44

---

**3.153** | **Nonpriority creditor's name and mailing address**

CARDIOVASCULAR SYSTEMS INC
DEPT CH 19348
PALATINE, IL  60055-9348

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$65,692.09

---

**3.154** | **Nonpriority creditor's name and mailing address**

CAREFUSION 211 INC
88253 EXPEDITE WAY
CHICAGO, IL  60695-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$297.85

---

**3.155** | **Nonpriority creditor's name and mailing address**

CAREFUSION 2200 INC
25565 NETWORK PLACE
CHICAGO, IL  60673-1255

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$130,844.54

---

**3.156** | **Nonpriority creditor's name and mailing address**

CAREFUSION SOLUTIONS LLC PYXIS
25082 NETWORK PLACE
CHICAGO, IL  60673-1250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$460,782.00

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital     Case number (if known) 24-12546
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |

3.157 **Nonpriority creditor's name and mailing address**
CAREPOINT HEALTH CAPTIVE ASSURANCE CO.
PO BOX 905796
CHARLOTTE, NC  28290

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INSURANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$79,156.01

---

3.158 **Nonpriority creditor's name and mailing address**
CAREPOINT HEALTH PHARMACY
176 PALISADE AVENUE
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$322,599.37

---

3.159 **Nonpriority creditor's name and mailing address**
CARESTREAM MEDICAL LTD
200 TECHNOLOGY PARK
SUITE 1040
LAKE MARY, FL  32746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

3.160 **Nonpriority creditor's name and mailing address**
CARINO-MANUYAG, MAE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,930.04

---

3.161 **Nonpriority creditor's name and mailing address**
CARL ZEISS MEDITEC, INC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,562.86

---

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital  Case number (if known)  24-12546
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115,733.93

CARRIER CORPORATION
PO BOX 905303
CHARLOTTE, NC  28290-5303

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,922.39

CARVAJAL, JAIME
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,178.18

CASE MEDICAL INC
P O BOX 5069
SOUTH HACKENSACK, NJ  07606

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,982.57

CASIDSID, KARL ROGER D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,637.33

CASTILLO-MAMANTA, MARIA V
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|--------|--------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.167** **Nonpriority creditor's name and mailing address**
CASTRO, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.168** **Nonpriority creditor's name and mailing address**
CATALDO CACACE, MD, LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,500.00

---

**3.169** **Nonpriority creditor's name and mailing address**
CAVANAGH, BRITTANY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,039.46

---

**3.170** **Nonpriority creditor's name and mailing address**
CAVELLO, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,727.49

---

**3.171** **Nonpriority creditor's name and mailing address**
CEPHEID
904 CARIBBEAN DRIVE
SUNNYVALE, CA  94089

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,397.52

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital       Case number (if known)   24-12546
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.172**

**Nonpriority creditor's name and mailing address**

CERVANTES, ROGER G
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,285.07

---

**3.173**

**Nonpriority creditor's name and mailing address**

CH 750 PARK LLC
175 BELGROVE DRIVE
KEARNY, NJ  07032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$648,156.02

---

**3.174**

**Nonpriority creditor's name and mailing address**

CH HUDSON HOLDCO, LLC
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,241,933.00

---

**3.175**

**Nonpriority creditor's name and mailing address**

CHARLOTTE WILLIAMS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.06

---

**3.176**

**Nonpriority creditor's name and mailing address**

CHECKPOINT SURGICAL, INC.
6050 OAK TREE BOULEVARD
SUITE 360
INDEPENDENCE, OH  44131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,928.39

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546

(Name)

| Part 2: | Additional Page |

|  |  | Amount of claim |
|---|---|---|

**3.177**    **Nonpriority creditor's name and mailing address**

CHESAPEAKE MEDICAL STAFFING, INC
2401 YORK ROAD
TIMONIUM, MD  21093

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,542.50

---

**3.178**    **Nonpriority creditor's name and mailing address**

CHIKKAPPA, SUDARKODY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,097.02

---

**3.179**    **Nonpriority creditor's name and mailing address**

CHOI, ERIC Y
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,098.06

---

**3.180**    **Nonpriority creditor's name and mailing address**

CIGNA
PO BOX 5725
SCRANTON, PA  18505-5725

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,373.30

---

**3.181**    **Nonpriority creditor's name and mailing address**

CIGNA ACCENT
PO BOX 952366
ST. LOUIS, MO  63195-2366

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,263.36

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital   Case number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.182**

**Nonpriority creditor's name and mailing address**

CIGNA HEALTH (MASKER)
PO BOX 5200
SCRANTON, PA  18505

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,011.80

**3.183**

**Nonpriority creditor's name and mailing address**

CIGNA HEALTH CARE
PO BOX 188012
CHATTANOOGA, TN  37422-7223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,621.69

**3.184**

**Nonpriority creditor's name and mailing address**

CIGNA INTERNATIONAL REFUNDS
P.O. BOX 417179
BOSTON, MA  02241-7179

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,530.76

**3.185**

**Nonpriority creditor's name and mailing address**

CINTAS CORP
97627 EAGLE WAY
CHICAGO, IL  60678-7627

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,870.04

**3.186**

**Nonpriority creditor's name and mailing address**

CIR/SEIU BENEFITS PLAN
520 8TH AVENUE
SUITE 1200
NEW YORK, NY  10018

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,444.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known)  24-12546

_(Name)_

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.187**

**Nonpriority creditor's name and mailing address**

CLARE & SCOTT LLC
22 CHURCH STREET
PO BOX 17
LIBERTY CORNER, NJ  07938

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,197.54

---

**3.188**

**Nonpriority creditor's name and mailing address**

CLARIUS MOBILE HEALTH CORP.
205 - 2980 VIRTUAL WAY
VANCOUVER, BC  V5M 4X7

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,443.28

---

**3.189**

**Nonpriority creditor's name and mailing address**

CLAUDIO, CECILIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,319.47

---

**3.190**

**Nonpriority creditor's name and mailing address**

CLIFTON BUDD & DEMARIA, LLP
350 5TH AVENUE
SUITE 6110
NEW YORK, NY  10118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,966.00

---

**3.191**

**Nonpriority creditor's name and mailing address**

CLINICAL RESEARCH SYSTEMS, INC.
21 VICTORY ROAD
SUFFERN, NY  10901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.192** | **Nonpriority creditor's name and mailing address**
CLINTON, ANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,136.37

---

**3.193** | **Nonpriority creditor's name and mailing address**
COLLEGE OF AMERICAN PATHOLOGISTS
PO BOX 71698
CHICAGO, IL  60694-1698

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,220.88

---

**3.194** | **Nonpriority creditor's name and mailing address**
COLLIERS INTERNATIONAL
26791 NETWORK PLACE
CHICAGO, IL  60673-1267

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$208,335.00

---

**3.195** | **Nonpriority creditor's name and mailing address**
COLONIAL PENN LIFE INSURANCE CO
PO BOX 30969
AMARILLO, TX  79120

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$316.13

---

**3.196** | **Nonpriority creditor's name and mailing address**
COMPREHENSIVE CARE FOR
INNOVATION PAYMENT CONTRACTOR
PO BOX 809351
CHICAGO, IL  60680-9351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,151.00

---

Debtor Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital     Case number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.197** **Nonpriority creditor's name and mailing address**

COMPUTER KEYES
21929 MAKAH ROAD
WOODWAY, WA  98020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,736.35

---

**3.198** **Nonpriority creditor's name and mailing address**

CONMED CORPORATION
CHURCH STREET STATION
PO BOX 6814
NEW YORK, NY  10249-6814

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,024.75

---

**3.199** **Nonpriority creditor's name and mailing address**

CONMED LINVATEC CORP
11311 CONCEPT BLVD
LARGO, FL  33773

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,316.65

---

**3.200** **Nonpriority creditor's name and mailing address**

CONSTELLATION NEW ENERGY INC
1310 POINT STREET
BALTIMORE, MD  21231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$291,415.37

---

**3.201** **Nonpriority creditor's name and mailing address**

COOK MEDICAL INC
22988 NETWORK PLACE
CHICAGO, IL  60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,410.84

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital      Case number (if known)   24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.202** | **Nonpriority creditor's name and mailing address**

COOPER SURGICAL
PO BOX 712280
CINCINNATI, OH  45271-2280

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,088.98

---

**3.203** | **Nonpriority creditor's name and mailing address**

CORNEAGEN INC
1200 6TH AVE SUITE 300
SEATTLE, WA  98101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,000.00

---

**3.204** | **Nonpriority creditor's name and mailing address**

CORPORATE SCREENING SERVICES, INC
7271 ENGLE RD, STE 200
CLEVELAND, OH  44130

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,593.06

---

**3.205** | **Nonpriority creditor's name and mailing address**

COUNTRYWIDE ENTERPRISES INC.
P.O. BOX 3030
CHERRY HILL, NJ  08034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,448.56

---

**3.206** | **Nonpriority creditor's name and mailing address**

COUNTY OF HUDSON NJ
75 LIVINGSTON AVENUE, SECOND FLOOR
ROSELAND, NJ  07068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)  24-12546
_____
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.207**  **Nonpriority creditor's name and mailing address**

COVIDIEN LIEBEL-FLARSHEIM CO.
2111 EAST GALBRAITH ROAD
CINNCINATI, OH  45237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,042.36

---

**3.208**  **Nonpriority creditor's name and mailing address**

CR BARD DAVOL
PO BOX 75767
CHAROLTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,477.51

---

**3.209**  **Nonpriority creditor's name and mailing address**

CR BARD INC
PO BOX 75767
CHARLOTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,209.90

---

**3.210**  **Nonpriority creditor's name and mailing address**

CREST ULTRASONICS CORP
18 GRAPHICS DRIVE
EWING, NJ  08628

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.45

---

**3.211**  **Nonpriority creditor's name and mailing address**

CRESTPOINT MANAGEMENT LTD
9100 WATSON ROAD
ST. LOUIS, MO  63126

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,256.61

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.212** | **Nonpriority creditor's name and mailing address** | $525.00

CS SURGICAL INC.
662 WHITNEY DRIVE
SLIDELL, LA  70461

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.213** | **Nonpriority creditor's name and mailing address** | $15,780.00

CSL WATER TREATMENT
156 MT BETHEL RD
WARREN, NJ  07059

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.214** | **Nonpriority creditor's name and mailing address** | $14,014.00

CTM BIOMEDICAL, LLC
PO BOX 231
LAKE WORTH, FL  33460

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | UNKNOWN

CUSTOM HEALTHCARE SOLUTIONS, LLC
NATIONS LAW
33 BLEEKER STREET - SUITE 210
MILLBURN, NJ  07401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | $400,894.54

CVR MANAGEMENT LLC
7474 GREENWAY CENTER DRIVE
SUITE 1000
GREENBELT, MD  20770

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known)  24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $189,807.59

CVS-CAREMARK
1 CVS DRIVE
WOONSOCKET, RI  02895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00

DAHAL & ASSOCIATES
13751 BALMORAL GREENS AVE.
CLIFTON, VA  20124

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.219** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $232.56

DALUPAN, ANGELINE A.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.220** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,423.79

DAMICONE, KATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44,000.00

DANIEL KORYA, MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.222 | **Nonpriority creditor's name and mailing address**<br>DANIEL MOUSSOUROS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,410.00 |
| 3.223 | **Nonpriority creditor's name and mailing address**<br>DANMAR PRODUCTS INC.<br>221 JACKSON INDUSTRIAL DRIVE<br>ANN ARBOR, MI  48103-9104<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,283.75 |
| 3.224 | **Nonpriority creditor's name and mailing address**<br>DATA INNOVATIONS INC<br>PO BOX 101978<br>ATLANTA, GA  30392-1978<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,270.00 |
| 3.225 | **Nonpriority creditor's name and mailing address**<br>DAVID, ARMAN S<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,694.05 |
| 3.226 | **Nonpriority creditor's name and mailing address**<br>DE GUIA, SUSAN A<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,719.46 |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital      Case number (if known) 24-12546
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $650.00
|  | DE GUZMAN, MARCELO D | *Check all that apply.* |
|  | ADDRESS REDACTED | ☐ Contingent |
|  | **Date or dates debt was incurred** | ☐ Unliquidated |
|  |  | ☐ Disputed |
|  | **Last 4 digits of account number:** | **Basis for the claim:** |
|  |  | 401K CONTRIBUTION |
|  |  | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,138.10
|  | DE GUZMAN, MARY E | *Check all that apply.* |
|  | ADDRESS REDACTED | ☐ Contingent |
|  | **Date or dates debt was incurred** | ☐ Unliquidated |
|  |  | ☐ Disputed |
|  | **Last 4 digits of account number:** | **Basis for the claim:** |
|  |  | 401K CONTRIBUTION |
|  |  | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

**3.229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,460.16
|  | DE VERA, MARY ROSALIE E | *Check all that apply.* |
|  | ADDRESS REDACTED | ☐ Contingent |
|  | **Date or dates debt was incurred** | ☐ Unliquidated |
|  |  | ☐ Disputed |
|  | **Last 4 digits of account number:** | **Basis for the claim:** |
|  |  | 401K CONTRIBUTION |
|  |  | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

**3.230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,065.85
|  | DEGRACIA, LILIAN A | *Check all that apply.* |
|  | ADDRESS REDACTED | ☐ Contingent |
|  | **Date or dates debt was incurred** | ☐ Unliquidated |
|  |  | ☐ Disputed |
|  | **Last 4 digits of account number:** | **Basis for the claim:** |
|  |  | 401K CONTRIBUTION |
|  |  | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

**3.231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.88
|  | DEIRDRE SERRANO | *Check all that apply.* |
|  | ADDRESS REDACTED | ☐ Contingent |
|  | **Date or dates debt was incurred** | ☐ Unliquidated |
|  |  | ☐ Disputed |
|  | **Last 4 digits of account number:** | **Basis for the claim:** |
|  |  | EMPLOYEE REIMBURSEMENT |
|  |  | **Is the claim subject to offset?** |
|  |  | ☒ No |
|  |  | ☐ Yes |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital          Case number (if known)   24-12546
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.232**

**Nonpriority creditor's name and mailing address**

DELLA VECCHIA, MAUREEN E
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,022.24

---

**3.233**

**Nonpriority creditor's name and mailing address**

DENIS, MAGIE M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,010.00

---

**3.234**

**Nonpriority creditor's name and mailing address**

DEPUY SYNTHES SALES, INC./ANSPACH
4500 RIVERSIDE DRIVE
PALM BEACH GARDEN, FL  33410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$360,860.95

---

**3.235**

**Nonpriority creditor's name and mailing address**

DEVICOR MEDICAL PRODUCTS, INC
33075 COLLECTION CENTRE DRIVE
CHICAGO, IL  60693-0330

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,016.65

---

**3.236**

**Nonpriority creditor's name and mailing address**

DICKINSON, MARY A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,851.97

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known)    24-12546
          (Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.237** | **Nonpriority creditor's name and mailing address**

DIGIPLUS PRINTING INC
40-08 76 ST.
ELMHURST, NY  11372

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,095.00

---

**3.238** | **Nonpriority creditor's name and mailing address**

DIRECT TV
BUSINESS SERVICE CENTER
PO BOX 410347
CHARLOTTE, NC  28241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,032.00

---

**3.239** | **Nonpriority creditor's name and mailing address**

DIVERSATEK HEALTHCARE INC
27270 NETWORK PLACE
CHICAGO, IL  60673-1272

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,136.92

---

**3.240** | **Nonpriority creditor's name and mailing address**

DJ ACQUISITION MANAGEMENT CORP
6364 DEAN PARKWAY
ONTARIO, NY  14519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,714.50

---

**3.241** | **Nonpriority creditor's name and mailing address**

DLB ASSOCIATES
265 INDUSTRIAL WAY WEST
EATONTOWN, NJ  07724

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$75,558.88

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital   Case number (if known) 24-12546
(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.242**

**Nonpriority creditor's name and mailing address**
DORA JONES
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,144.00

---

**3.243**

**Nonpriority creditor's name and mailing address**
DR. ALEXANDER KNIHNICKY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$805.00

---

**3.244**

**Nonpriority creditor's name and mailing address**
DR. MANGIA ASSOCIATES, PC
239 WASHINGTON STREET
JERSEY CITY, NJ  07302-3828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,600.00

---

**3.245**

**Nonpriority creditor's name and mailing address**
DRAEGER MEDICAL INC
3135 QUARRY ROAD
TELFORD, PA  18969

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.13

---

**3.246**

**Nonpriority creditor's name and mailing address**
DRFIRST.COM, INC
PO BOX 791487
BALTIMORE, MD  12179-1487

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,459.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.247**

**Nonpriority creditor's name and mailing address**

DUFFY, MARIE T.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.63

---

**3.248**

**Nonpriority creditor's name and mailing address**

DURGA KHATRI PAUDEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$900.00

---

**3.249**

**Nonpriority creditor's name and mailing address**

DYNASTHETICS, LLC
3487 W. 2100 S. 300
SALT LAKE CITY, UT  84119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,535.49

---

**3.250**

**Nonpriority creditor's name and mailing address**

E.M. ADAMS CO., INC
PO BOX 880188
PORT ST. LUCIE, FL  34988-0188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,986.30

---

**3.251**

**Nonpriority creditor's name and mailing address**

EAST-COM SOLUTIONS LLC
125 B MAIN STREET
BLOOMINGDALE, NJ  07403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,172.15

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.252** | **Nonpriority creditor's name and mailing address**

EDLAW PHARMACEUTICAL INC
195 B CENTRAL AVENUE
FARMINGDALE, NY  11735

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

---

**3.253** | **Nonpriority creditor's name and mailing address**

EDWIN BERNAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,325.01

---

**3.254** | **Nonpriority creditor's name and mailing address**

EGWARAS, MABELLE D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,593.18

---

**3.255** | **Nonpriority creditor's name and mailing address**

ELEKTA INC
PO BOX 404199
ATLANTA, GA  30384-4199

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,250.00

---

**3.256** | **Nonpriority creditor's name and mailing address**

ELSY RIVERA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,131.80

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.257 | **Nonpriority creditor's name and mailing address**<br><br>EMPIRE REC<br>PO BOX 92221<br>CLEAVELAND, OH  44193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,853.00 |
| 3.258 | **Nonpriority creditor's name and mailing address**<br><br>ENCORE DATA PRODUCTS INC.<br>730 FRONT STREET<br>LOUISVILLE, CO  80027<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,167.00 |
| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>ENDO TECHNOLOGIES, LLC<br>6650 NEW NASHVILLE HWY<br>SUITE 100<br>SMYRNA, TN  37167<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,356.24 |
| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>ENDOLOGIX INC<br>PO BOX 848291<br>DALLAS, TX  75284-8291<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $339.59 |
| 3.261 | **Nonpriority creditor's name and mailing address**<br><br>ENSEMBLE HEALTH PARTNERS<br>11511 REED HARTMAN HWY<br>BLUE ASH, OH  45241<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65,199.00 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.262**    **Nonpriority creditor's name and mailing address**

EQUITABLE FIINANCIAL LIFE INSURANCE COMP
P. O. BOX 733463
DALLAS, TX  75373

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,633.78

---

**3.263**    **Nonpriority creditor's name and mailing address**

ERBE USA INC
2225 NORTHWEST PARKWAY
MARIETTA, GA  30067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,590.00

---

**3.264**    **Nonpriority creditor's name and mailing address**

ESCAN DATA SYSTEMS INC
33206 COLLECTION CENTER DR
CHICAGO, IL  60693-0331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$198,435.74

---

**3.265**    **Nonpriority creditor's name and mailing address**

ESOTERIX GENETIC LABORATORIES, LLC
PO BOX 12140
BURLINGTON, NC  27216-2140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,760.02

---

**3.266**    **Nonpriority creditor's name and mailing address**

ESTANISLAO, ANA R
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,831.01

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12540 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.267**

**Nonpriority creditor's name and mailing address**

ESTATE OF GLORIA JOHNSON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.268**

**Nonpriority creditor's name and mailing address**

ESTATE OF LUIS BOBE & MILDRED BOBE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.269**

**Nonpriority creditor's name and mailing address**

ESTATE OF NICAURY MORONTA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.270**

**Nonpriority creditor's name and mailing address**

EVERBANK NA
PO BOX 44060
JACKSONVILLE, FL 32231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.271**

**Nonpriority creditor's name and mailing address**

EVEREST SPICE , LLC
133 IDLEWOOD ROAD
EDISON, NJ 08817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$923.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital        Case Number (if known)    24-12546
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.272** | **Nonpriority creditor's name and mailing address**

EVOQUA WATER TECHNOLOGIES, LLC
P.O. BOX 33127
LOUISVILLE, KY  40232-3127

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,455.84

---

**3.273** | **Nonpriority creditor's name and mailing address**

EXTREMITY MEDICAL , LLC
300 INTERPACE PARKWAY
BUILDING A, 2ND FLOOR
PARSIPPANY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,389.00

---

**3.274** | **Nonpriority creditor's name and mailing address**

FALGUNI PATEL, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$427.98

---

**3.275** | **Nonpriority creditor's name and mailing address**

FAMILY DEVELOPMENT RESOURCES, INC
16292 BRINGHURST BLVD
SUITE 100
BLUFFDALE, UT  84065

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.40

---

**3.276** | **Nonpriority creditor's name and mailing address**

FARKAS & DONOHUE, LLC
25A HANOVER ROAD SUITE 320
FLORHAM PARK, NJ  07932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,894.23

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 58 of 170

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.277** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $207,054.95

FASTAFF LLC
PO BOX 911452
DENVER, CO  80291-1452

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | $2,600.00

FAULKNER, SANDRA A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.279** | **Nonpriority creditor's name and mailing address** | $53,287.06

FDR SERVICES CORP OF NEW YORK
44 NEWMANS CT
HEMPSTEAD, NY  11550

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.280** | **Nonpriority creditor's name and mailing address** | $348.34

FEDERAL EXPRESS
PO BOX 371461
PITTSBURGH, PA  15250-7461

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.281** | **Nonpriority creditor's name and mailing address** | $520.00

FELICIANO JR, JAIME
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.00 |
|---|---|---|---|

FERMIN LOPEZ
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | | $1,950.00 |
|---|---|---|---|

FERRER, MELINDA R
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | | $32,091.95 |
|---|---|---|---|

FISHER HEALTHCARE
PO BOX 3648
BOSTON, MA  02241-3648

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | | $81,653.76 |
|---|---|---|---|

FLEX FINANCIAL, DIV OF
25652 NETWORK PLACE
CHICAGO, IL  60673-1256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.286 | **Nonpriority creditor's name and mailing address** | | $5,207.27 |
|---|---|---|---|

FLEXICARE INC.
15281 BARRANCA PARKWAY
UNIT D
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.287**

**Nonpriority creditor's name and mailing address**

FLIK INTERNATIONAL CORP
2400 YORKMONT ROAD
CHARLOTTE, NC  28217

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

**3.288**

**Nonpriority creditor's name and mailing address**

FM SYLVAN INC
1001 STATE STREET
PERTH AMBOY, NJ  08861

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,684.00

**3.289**

**Nonpriority creditor's name and mailing address**

FOLEY INCORPORATED
PO BOX 787132
PHILADELPHIA, PA  19178-7132

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,276.63

**3.290**

**Nonpriority creditor's name and mailing address**

FORNARIS, ERHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,256.14

**3.291**

**Nonpriority creditor's name and mailing address**

FORTEC FIBERS INC
6245 HUDSON CROSSING PARKWAY
HUDSON, OH  44236

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,971.26

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.292** **Nonpriority creditor's name and mailing address**

FORTEC MEDICAL, INC.
10125 WELLMAN RD
STREETSBORO, OH 44241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$122,132.57

---

**3.293** **Nonpriority creditor's name and mailing address**

FORTEC MEDICAL, INC.
10125 WELLMAN RD
STREETSBORO, OH 44241

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.294** **Nonpriority creditor's name and mailing address**

FORTES SURGICAL SOLUTIONS, LLC
1328 SUNNYSIDE PLACE
PLAINFIELD, NJ 07060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,415.00

---

**3.295** **Nonpriority creditor's name and mailing address**

FRANCISCO, GABRIEL E
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.296** **Nonpriority creditor's name and mailing address**

FRANTZ LUBIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.297**

**Nonpriority creditor's name and mailing address**

FRESENIUS USA MARKETING INC
PO BOX 3936
BOSTON, MA  02241-3936

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,843.15

---

**3.298**

**Nonpriority creditor's name and mailing address**

FUSION MEDICAL STAFFING, LLC
PO BOX 82674
LINCOLN, NE  68501-2674

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$105,642.70

---

**3.299**

**Nonpriority creditor's name and mailing address**

G&S VALVES & FITTINGS CO., INC
PO BOX 3119
FORT LEE, NJ  07024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,931.00

---

**3.300**

**Nonpriority creditor's name and mailing address**

GAJEWSKI, DAWN M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,028.29

---

**3.301**

**Nonpriority creditor's name and mailing address**

GANGASARRAN, KHILMATTEE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.302**

**Nonpriority creditor's name and mailing address**

GAPUSAN, ELVIE D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,436.56

---

**3.303**

**Nonpriority creditor's name and mailing address**

GASPAR, CRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,179.01

---

**3.304**

**Nonpriority creditor's name and mailing address**

GATELY, THEA M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,249.22

---

**3.305**

**Nonpriority creditor's name and mailing address**

GAUMARD SCIENTIFIC CO. INC
14700 SW 136 ST
MIAMI, FL  33196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.14

---

**3.306**

**Nonpriority creditor's name and mailing address**

GE HEALTHCARE
PO BOX 96483
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600,024.53

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.307**

**Nonpriority creditor's name and mailing address**

GE HEALTHCARE FIN SERVICES
PO BOX 96483
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$193,440.21

---

**3.308**

**Nonpriority creditor's name and mailing address**

GENEDX INC
333 LUDLOW ST
NORTH TOWER, 6TH FL
STAMFORD, CT  06902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,150.00

---

**3.309**

**Nonpriority creditor's name and mailing address**

GENERAL HEALTHCARE
PO BOX 825973
PHILADELPHIA, PA  19182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.310**

**Nonpriority creditor's name and mailing address**

GENERAL HEALTHCARE RESOURCES
PO BOX 825973
PHILADELPHIA, PA  19182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$715,009.35

---

**3.311**

**Nonpriority creditor's name and mailing address**

GEORGE JOHN TSOULIAS MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,800.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
          (Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.312**  **Nonpriority creditor's name and mailing address**

GERBER LIFE INSURANCE
PO BOX 2271
OMAHA, NE  68103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.70

---

**3.313**  **Nonpriority creditor's name and mailing address**

GERMAIN, MARIE C
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,501.10

---

**3.314**  **Nonpriority creditor's name and mailing address**

GILL ASSOCIATES
2025 HAMBURG TURNPIKE
SUITE M
WAYNE, NJ  07470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,280.00

---

**3.315**  **Nonpriority creditor's name and mailing address**

GJLT MANAGEMENT LLC
D/B/A VANGUARD CLEANING
115 ROUTE 46 WEST, STE A8
MOUNTAIN LAKES, NJ  07046

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,838.52

---

**3.316**  **Nonpriority creditor's name and mailing address**

GLAUKOS CORPORATION
229 AVENIDA FABRICANTE
SAN CLEMENTE, CA  92672

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,753.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.317** **Nonpriority creditor's name and mailing address**

GLAXOSMITHKLINE PHARMACEUTICALS
PO BOX 740415
ATLANTA, GA  30374-0415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,479.80

---

**3.318** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIAL EQUIPMENT
29833 NETWORK PLACE
CHICAGO, IL  60673-1298

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$927.57

---

**3.319** **Nonpriority creditor's name and mailing address**

GLOBAL LIFE SCIENCES
100 RESULTS WAY
MARLBOROUGH, MA  01752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$799.31

---

**3.320** **Nonpriority creditor's name and mailing address**

GLOBO HOLDINGS, LLC
TWO LOGAN 100 N 18TH ST
SUITE 300 PMB 3465
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,361.00

---

**3.321** **Nonpriority creditor's name and mailing address**

GOLSTON PRODUCT SOLUTIONS
PO BOX 643650
PITTSBURGH, PA  15264-3650

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.38

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)   24-12546
_____
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|
| | | |

**3.322** | **Nonpriority creditor's name and mailing address**
GRAINGER
DEPT. 873681803
PALATINE, IL  60038-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,670.43

---

**3.323** | **Nonpriority creditor's name and mailing address**
GREEN STEAM LLC
1304 GOSHEN PARKWAY
SUITE 300
WEST CHESTER, PA  19380

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,450.00

---

**3.324** | **Nonpriority creditor's name and mailing address**
GREENBAUM ROWE SMITH & DAVIS LLP
P O BOX 5600
WOODBRIDGE, NJ  07095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$57,261.78

---

**3.325** | **Nonpriority creditor's name and mailing address**
GREENWALD SURGICAL CO INC
266 DEKALB ST
LAKE STATION, IN  46405-1519

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$963.00

---

**3.326** | **Nonpriority creditor's name and mailing address**
GSOURCE, LLC
19 BLAND STREET
EMERSON, NJ  07630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$740.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.327 | **Nonpriority creditor's name and mailing address**<br><br>GUARDIAN POWER CLEANING CORP<br>34 VAN WYCK ROAD<br>BLAUVELT, NY 10913<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,595.00 |
| 3.328 | **Nonpriority creditor's name and mailing address**<br><br>HALL, SUSAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $985.08 |
| 3.329 | **Nonpriority creditor's name and mailing address**<br><br>HANDLE WITH CARE BEHAVIOR<br>184 MCKINSTRY RD<br>GARDINER, NY 12525<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,366.20 |
| 3.330 | **Nonpriority creditor's name and mailing address**<br><br>HAROLD TEPLER, M.D.<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,700.00 |
| 3.331 | **Nonpriority creditor's name and mailing address**<br><br>HAZELDEN PUBLISHING<br>PO BOX 176<br>CENTER CITY, MN 55012-0176<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $735.55 |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.332** **Nonpriority creditor's name and mailing address**

HEALTH CARE LOGISTICS INC
PO BOX 400
CIRCLEVILLE, OH  43113-0400

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,076.28

---

**3.333** **Nonpriority creditor's name and mailing address**

HEALTH CARE TECHNOLOGY, INC
56 LOWLAND STREET
HOLLISTON, MA  01746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$605.64

---

**3.334** **Nonpriority creditor's name and mailing address**

HEALTH CONCEPTS SERVICES
155 VAN WAGENEN AVE
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,187.00

---

**3.335** **Nonpriority creditor's name and mailing address**

HEALTH FIRST
100 CHURCH STREET
NEW YORK, NY  10007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$601.99

---

**3.336** **Nonpriority creditor's name and mailing address**

HEALTH RESEARCH & EDUCATION TRUST
AMERICAN HOSPITAL ASSOCIATION
TWO CITYCENTER
800 10TH ST NW #400
WASHINGTON, DC  20001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.337** | **Nonpriority creditor's name and mailing address**

HEALTHSTREAM
P.O. BOX 102817
ATLANTA, GA  30368-2817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,467.92

---

**3.338** | **Nonpriority creditor's name and mailing address**

HEERA KANDEL-SAPKOTA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,264.00

---

**3.339** | **Nonpriority creditor's name and mailing address**

HELBER RAMOS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.340** | **Nonpriority creditor's name and mailing address**

HELENA LABORATORIES, CORP
PO BOX 676445
DALLAS, TX  75267-6445

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$504.07

---

**3.341** | **Nonpriority creditor's name and mailing address**

HEMANT SHAH, MD P.C.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,958.32

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.342**

**Nonpriority creditor's name and mailing address**

HERNANDEZ, CARMEN J
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$260.00

---

**3.343**

**Nonpriority creditor's name and mailing address**

HILL-ROM
PO BOX 643592
PITTSBURGH, PA  15264-3592

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,313.47

---

**3.344**

**Nonpriority creditor's name and mailing address**

HIMAGINE SOLUTIONS, LLC
PO BOX 743505
ATLANTA, GA  30374

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,589.60

---

**3.345**

**Nonpriority creditor's name and mailing address**

HOBOKEN GLASS CO.
805 CLINTON STREET
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,800.00

---

**3.346**

**Nonpriority creditor's name and mailing address**

HOBOKEN UNIVERSITY MEDICAL CENTER
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,400.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.347**

**Nonpriority creditor's name and mailing address**

HOLOGIC INC
24506 NETWORK PLACE
CHICAGO, IL  60673-1245

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$103,577.16

---

**3.348**

**Nonpriority creditor's name and mailing address**

HONEYWELL SECURITY
8309 INNOVATION WAY
CHICAGO, IL  60682

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,812.09

---

**3.349**

**Nonpriority creditor's name and mailing address**

HORIZON HEALTH
55 DODGE ROAD
GETZVILLE, NY  14068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$910,216.81

---

**3.350**

**Nonpriority creditor's name and mailing address**

HORIZON MENTAL HEALTH MANAGEMENT, LLC D/B/A
HORIZON HEALTH BEHAVIORAL HEALTH SERVICES
BUCHANAN INGERSOLL & ROONEY PC
550 BROAD STREET, SUITE 810
NEWARK, NJ  07102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.351**

**Nonpriority creditor's name and mailing address**

HORIZON NJ HEALTH
PO BOX 7117
LONDON, KY  40742

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,821.48

---

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
_____
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.352** **Nonpriority creditor's name and mailing address**

HOSPITAL ALLIANCE OF NEW JERSEY
50 WEST STATE STREET SUITE 1008
TRENTON, NJ 08608

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,000.00

**3.353** **Nonpriority creditor's name and mailing address**

HOST HEALTHCARE INC
7676 HAZARD CENTER DRIVE
500
SAN DIEGO, CA 92108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$590,728.06

**3.354** **Nonpriority creditor's name and mailing address**

HOST HEALTHCARE INC
7676 HAZARD CENTER DRIVE
500
SAN DIEGO, CA 92108

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

**3.355** **Nonpriority creditor's name and mailing address**

HOWARD J. POST DBA GRAPHICALLY SPEAKING
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$296.89

**3.356** **Nonpriority creditor's name and mailing address**

HUDSON ADC COMMUNICATIONS
35 BERGEN TURNPIKE
LITTLE FERRY, NJ 07643

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,058.60

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)    24-12546

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | ---: |

**3.357**  **Nonpriority creditor's name and mailing address**

HUDSON COUNTY CHAMBER OF
HARBORSIDE 5
185 HUDSON ST, STE 2730
JERSEY CITY, NJ  07311

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,000.00

---

**3.358**  **Nonpriority creditor's name and mailing address**

HUDSON INC
7 JONES PLACE
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,000.00

---

**3.359**  **Nonpriority creditor's name and mailing address**

HUDSON-ADC COMMUNICATIONS & ELECTRICAL, INC.
LAW OFFICES OF DANA WEFER, LLC
290 HACKENSACK AVENUE, P.O. BOX 374
WOOD-RIDGE, NJ  07075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.360**  **Nonpriority creditor's name and mailing address**

HUMC HOLDCO, LLC
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,881,884.98

---

**3.361**  **Nonpriority creditor's name and mailing address**

HYPERFINE, INC
530 OLD WHITFIELD STREET
GUILFORD, CT  06437

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,666.00

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital     Case Number (if known)   24-12546
_____
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

ICU MEDICAL
P.O. BOX 848908
LOS ANGELES, CA  90084-8908

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,358.01

---

**3.363** **Nonpriority creditor's name and mailing address**

IJKG OPCO, LLC D/B/A CAREPOINT HEALTH-BAYONNE
MEDICAL CENTER
29 E. 29TH STREET
BAYONNE, NJ  07002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,821,002.85

---

**3.364** **Nonpriority creditor's name and mailing address**

IMAGE FIRST
PO BOX 61323
KING OF PRUSSIA, PA  19406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,816.26

---

**3.365** **Nonpriority creditor's name and mailing address**

IMMUCOR INCORPORATED
PO BOX 102118
ATLANTA, GA  30368-2118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,730.31

---

**3.366** **Nonpriority creditor's name and mailing address**

IMPERATIVE CARE, INC.
DEPT 0137
PO BOX 120137
DALLAS, TX  75312-0137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,928.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)  24-12546
             (Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.367**

**Nonpriority creditor's name and mailing address**

IN2BONES USA LLC
6060 POPLAR AVENUE
SUITE 115
MEMPHIS, TN  38119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,275.00

---

**3.368**

**Nonpriority creditor's name and mailing address**

INARI MEDICAL, INC.
6001 OAK CANYON
SUITE 100
IRVINE, CA  92618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,915.00

---

**3.369**

**Nonpriority creditor's name and mailing address**

INNOVATIVE PRODUCT ACHIEVEMENTS
P O BOX 101829
ATLANTA, GA  30392-1829

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,162.00

---

**3.370**

**Nonpriority creditor's name and mailing address**

INSIGHT MANAGEMENT AND
CONSULTING SERVICES, INC
4800 S SAGINAW ST.
STE 1800
FLINT, MI  48507

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,346.20

---

**3.371**

**Nonpriority creditor's name and mailing address**

INSTRUMENT SPECIALISTS INC
32390 IH-10 WEST
BOERNE, TX  78006

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$418.68

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case number (if known)  24-12546
_____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.372** **Nonpriority creditor's name and mailing address**

INTEGRA LIFE SCIENCES CORP
ATTN: ERIC SCHWARTZ
1100 CAMPUS ROAD
PRINCETON, NJ  08540

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$577,738.03

---

**3.373** **Nonpriority creditor's name and mailing address**

INTEGRA REALTY RESOURCES
301 SOUTH LIVINGSTON AVE
STE 104
LIVINGSTON, NJ  07039

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.374** **Nonpriority creditor's name and mailing address**

INTELLIJOINT SURGICAL INC
809 WELLINGTON ST N UNIT 2
KITCHENER, ON  N2H 5L6

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,874.00

---

**3.375** **Nonpriority creditor's name and mailing address**

INTERMETRO INDUSTRIES CORP
651 NORTH WASINGTON ST
PO BOX A
WILKES-BARRE, PA  18705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,070.71

---

**3.376** **Nonpriority creditor's name and mailing address**

INTUITIVE SURGICAL
ATTN: GENERAL COUNSEL
5655 SPALDING DRIVE
PEACHTREE CORNERS, GA  30092

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$293,249.23

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.377**

**Nonpriority creditor's name and mailing address**

IRONBOUND SUPPLY CO INC
PO BOX 5210
NEWARK, NJ  07105-0210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,466.53

---

**3.378**

**Nonpriority creditor's name and mailing address**

ISAAC, ROMAN MD PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,500.00

---

**3.379**

**Nonpriority creditor's name and mailing address**

IT1 SOURCE, LLC
LB413006
PO BOX 35146
SEATTLE, WA  98124-5146

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,991.75

---

**3.380**

**Nonpriority creditor's name and mailing address**

J & J HEALTH CARE SYSTEMS INC.
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$213,872.44

---

**3.381**

**Nonpriority creditor's name and mailing address**

J&H RADIO
191 BELLEVILLE AVE
BELLEVILLE, NJ  07109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$340.13

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known)   24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.382** | **Nonpriority creditor's name and mailing address**

JACKSON THERAPY PARTNERS, LLC
3452 LAKE LYNDA DRIVE
STE. 200
ORLANDO, FL  32817

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,026.92

---

**3.383** | **Nonpriority creditor's name and mailing address**

JACKSON THERAPY PARTNERS, LLC
PORZIO, BROMBERG & NEWMAN P.C.
100 SOUTHGATE PARKWAY
MORRISTOWN, NJ  07962-1997

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.384** | **Nonpriority creditor's name and mailing address**

JARABA, RIZALINA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,849.54

---

**3.385** | **Nonpriority creditor's name and mailing address**

JAYESHKUMAR S PATEL MD PC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$38,175.00

---

**3.386** | **Nonpriority creditor's name and mailing address**

JB MEDICAL SOLUTION
32 MOLA BLVD
SUITE A
ELMWOOD PARK, NJ  07407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,390.00

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 80 of 170

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $172,068.56 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.387

JC OPCO, LLC
175 BELGROVE DRIVE
KEARNY, NJ  07032

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$172,068.56

---

3.388

**Nonpriority creditor's name and mailing address**

JCA INVENTORIES
829 TEMPLE AVENUE
BURLINGTON, NJ  07016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

3.389

**Nonpriority creditor's name and mailing address**

JEAN, MARC W
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,171.92

---

3.390

**Nonpriority creditor's name and mailing address**

JEFFREY RASKIN, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

3.391

**Nonpriority creditor's name and mailing address**

JERSEY CITY MUNICIPAL UTILITIES
PO BOX 57008
NEWARK, NJ  07101-5708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$436,538.26

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.392** | **Nonpriority creditor's name and mailing address**
JERSEY INFRARED CONSULTANTS
PO BOX 39
BURLINGTON, NJ  08016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,050.00

---

**3.393** | **Nonpriority creditor's name and mailing address**
JOHN HOSAY, JR. MDPA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,250.00

---

**3.394** | **Nonpriority creditor's name and mailing address**
JOHN MIRANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,683.00

---

**3.395** | **Nonpriority creditor's name and mailing address**
JOHNS HOPKINS UNIVERSITY, SOM
BLALOCK 910
600 N. WOLF STREET
BALTIMORE, MD  21287

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,454.00

---

**3.396** | **Nonpriority creditor's name and mailing address**
JOHNSON & JOHNSON
5972 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$297,902.65

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.397 | **Nonpriority creditor's name and mailing address**<br><br>JOINT COMMISSION<br>PO BOX 734506<br>CHICAGO, IL  60673-4506<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,315.00 |
| 3.398 | **Nonpriority creditor's name and mailing address**<br><br>JORDAN ABEND<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,643.00 |
| 3.399 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH POPOVICH,MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,300.00 |
| 3.400 | **Nonpriority creditor's name and mailing address**<br><br>JOSEPH, ILA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $332.51 |
| 3.401 | **Nonpriority creditor's name and mailing address**<br><br>KARKAS, MARY T<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,218.96 |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known) 24-12546
(Name)

| Part 2: | Additional Page |

| | | | Amount of claim |
|---|---|---|---|

**3.402** **Nonpriority creditor's name and mailing address**

KARL STORZ ENDOSCOPY AMERICA INC
PO BOX 53514
LOS ANGELES, CA  90074-3514

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$71,409.49

---

**3.403** **Nonpriority creditor's name and mailing address**

KATENA PRODUCTS INC
6 CAMPUS DRIVE STE 310
PARSIPPANY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,435.29

---

**3.404** **Nonpriority creditor's name and mailing address**

KEDRION BIOPHARMA, INC.
PO BOX 21573
NEW YORK, NY  10087-1573

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,825.35

---

**3.405** **Nonpriority creditor's name and mailing address**

KELYNIAM GLOBAL INC
97 RIVER ROAD
STE. A
CANTON, CT  06019

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,191.49

---

**3.406** **Nonpriority creditor's name and mailing address**

KEN'S MARINE SERVICES INC
PO BOX 4001
BAYONNE, NJ  07002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,874.90

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.407 | **Nonpriority creditor's name and mailing address**<br><br>KEY SURGICAL LLC<br>ATTN: ACCOUNTS RECEIVABLE<br>P O BOX 74809<br>CHICAGO, IL  60694-4809<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,467.44 |

| 3.408 | **Nonpriority creditor's name and mailing address**<br><br>KEYSTONE PERFUSION SERVICES, PC<br>PO BOX 2278<br>MOUNT PLEASANT, SC  29464<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116,001.00 |

| 3.409 | **Nonpriority creditor's name and mailing address**<br><br>KIHWAGA, NAOMI W<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,001.59 |

| 3.410 | **Nonpriority creditor's name and mailing address**<br><br>KIRWAN SURGICAL PRODUCTS LLC<br>180 ENTERPRISE DRIVE<br>MARSHFIELD, MA  02050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,093.00 |

| 3.411 | **Nonpriority creditor's name and mailing address**<br><br>KISH, KATHLEEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,597.98 |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital     Case Number (if known)  24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.412**

**Nonpriority creditor's name and mailing address**

KORCHEK TECHNOLOGIES LLC
115 TECHNOLOGY DRIVE
SUITE B206
TRUMBILL, CT  06611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,460.00

---

**3.413**

**Nonpriority creditor's name and mailing address**

KOVEN TECHNOLOGY INC
1215 WOODCREST EXECUTIVE DR
STE 320
ST LOUIS, MO  63141

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$748.00

---

**3.414**

**Nonpriority creditor's name and mailing address**

KRAMES STAYWELL, LLC
PO BOX 90477
CHICAGO, IL  60696-0477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$222.32

---

**3.415**

**Nonpriority creditor's name and mailing address**

KRISTEN FLYNN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$579.00

---

**3.416**

**Nonpriority creditor's name and mailing address**

LABORATORY SALES & SERVICE LLC
10 COUNTY LINE RD
SUITE 22
BRANCHURG, NJ  08876

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.56

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,811.58

LABORIE MEDICAL TECH
PO BOX 734615
CHICAGO, IL  60673-4615

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,552.53

LAGMAN, ERLINDA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,513.70

LAGRADA, CAROLINE S
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,948.26

LAMSIS, BRENDA A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $87.10

LANDAUER INC
PO BOX 809051
CHICAGO, IL  60680-9051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital     Case Number (if known)   24-12546
        (Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.422**

**Nonpriority creditor's name and mailing address**

LANTHEUS MEDICAL IMAGING INC
PO BOX 735876
DALLAS, TX 75373-5876

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,535.90

---

**3.423**

**Nonpriority creditor's name and mailing address**

LEE, PATRICIA A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,204.58

---

**3.424**

**Nonpriority creditor's name and mailing address**

LEICA BIOSYSTEMS RICHMOND
14008 COLLECTION CENTER DR
CHICAGO, IL 60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,917.75

---

**3.425**

**Nonpriority creditor's name and mailing address**

LEICA INC
111 DEER LAKE RD
DEERFIELD, IL 60015-5647

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$49,667.42

---

**3.426**

**Nonpriority creditor's name and mailing address**

LEICA MICROSYSTEMS INC
1700 LEIDER LANE
BUFFALO GROVE, IL 60089

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,103.52

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.427**

**Nonpriority creditor's name and mailing address**

LEMAITRE VASCULAR INC
PO BOX 978979
DALLAS, TX  75397-8979

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,331.15

---

**3.428**

**Nonpriority creditor's name and mailing address**

LENA MARCHESE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,680.00

---

**3.429**

**Nonpriority creditor's name and mailing address**

LGC CLINICAL DIAGNOSTICS, INC
37 BIRCH STREET
MILFORD, MA  01757

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,639.19

---

**3.430**

**Nonpriority creditor's name and mailing address**

LIBERMAN MONTERO, KARLA D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,714.41

---

**3.431**

**Nonpriority creditor's name and mailing address**

LIFENET HEALTH
PO BOX 79636
BALTIMORE, MD  21279-0636

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,697.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36,564.17

LINDE GAS & EQUIPMENT INC.
PO BOX 382000
PITTSBURGH, PA  15250-8000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | $4,429.86

LOGRO, SATURNINA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address** | $36,275.00

LONGO ELECTRICAL MECHANICAL
ONE HARRY SHUPE BLVD
PO BOX 511
WHARTON, NJ  07885-0511

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address** | $7,618.36

LONGTAIL ADVERTISING LLC
825 US HIGHWAY 1 SOUTH
ISELIN, NJ  08830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address** | $2,960.00

LOPEZ NORIS, LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.437 | **Nonpriority creditor's name and mailing address**<br>LORELLE MICHELSON, M.D.<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,150.00 |
| 3.438 | **Nonpriority creditor's name and mailing address**<br>LOURDES LABOO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EMPLOYEE REIMBURSEMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $779.88 |
| 3.439 | **Nonpriority creditor's name and mailing address**<br>LOZADA, PRISCILLA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $390.00 |
| 3.440 | **Nonpriority creditor's name and mailing address**<br>LUNA, ARIS Y<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,168.52 |
| 3.441 | **Nonpriority creditor's name and mailing address**<br>LYFT INC<br>P O BOX 734714<br>CHICAGO, IL  60673-4714<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,519.53 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.442** | **Nonpriority creditor's name and mailing address**
MADARANG, CLIFFORD J.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$303.38

---

**3.443** | **Nonpriority creditor's name and mailing address**
MAGNACARE PT/R
1600 STEWART AVE
WESTBURY, NY  11590

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,556.72

---

**3.444** | **Nonpriority creditor's name and mailing address**
MAINE MOLECULAR QUALITY
23 MILL BROOK ROAD
SACO, ME  04072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,368.74

---

**3.445** | **Nonpriority creditor's name and mailing address**
MAJOR MEDICAL HOSPITAL SERVICES
150 COOPER ROAD
SUITE G-20
WEST BERLIN, NJ  08091

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,082.09

---

**3.446** | **Nonpriority creditor's name and mailing address**
MALAPIT, AURORA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,178.24

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.447**

**Nonpriority creditor's name and mailing address**
MALAPIT, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$901.66

---

**3.448**

**Nonpriority creditor's name and mailing address**
MALCOLM, DARNETT A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,560.00

---

**3.449**

**Nonpriority creditor's name and mailing address**
MANDRACKIE, LINDA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,859.08

---

**3.450**

**Nonpriority creditor's name and mailing address**
MANGALONZO, DONNA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.75

---

**3.451**

**Nonpriority creditor's name and mailing address**
MANGRU, DHARTIE D
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,820.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.452**

**Nonpriority creditor's name and mailing address**

MANGUBAT, MALUZ S
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,108.85

---

**3.453**

**Nonpriority creditor's name and mailing address**

MANTILLA, EVELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,818.34

---

**3.454**

**Nonpriority creditor's name and mailing address**

MAO, WENYU
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,512.14

---

**3.455**

**Nonpriority creditor's name and mailing address**

MARGARITA M GIL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.456**

**Nonpriority creditor's name and mailing address**

MARIA ELAINE EVIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,662.49

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.457**

**Nonpriority creditor's name and mailing address**

MARIA PARMAGOS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,440.00

---

**3.458**

**Nonpriority creditor's name and mailing address**

MARINA BASTAWROSS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$800.00

---

**3.459**

**Nonpriority creditor's name and mailing address**

MARKS PLUMBING PARTS & COMMERCIAL
PO BOX 121554
FORT WORTH, TX  76121-1554

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,525.73

---

**3.460**

**Nonpriority creditor's name and mailing address**

MAUREEN SARNO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,125.00

---

**3.461**

**Nonpriority creditor's name and mailing address**

MAXIM HEALTHCARE STAFFING SERVICES, INC.
SKLAR LAW, LLC
20 BRACE ROAD, SUITE 205
CHERRY HILL, NJ  08034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.462**

**Nonpriority creditor's name and mailing address**

MAXIM HEALTHCARE STAFFING SERVICES, INC.
SKLAR LAW, LLC
20 BRACE ROAD, SUITE 205
CHERRY HILL, NJ  8034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$283,808.61

---

**3.463**

**Nonpriority creditor's name and mailing address**

MAZUMA CAPITAL
274 WEST 12300 SOUTH
DRAPER, UT  84020

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,010.77

---

**3.464**

**Nonpriority creditor's name and mailing address**

MAZUMA CAPITAL CORP
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.465**

**Nonpriority creditor's name and mailing address**

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 MOUNT KEMBLE AVENUE
PO BOX 2075
MORRISTOWN, NJ  07962-2075

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$69,814.45

---

**3.466**

**Nonpriority creditor's name and mailing address**

MCKAY CONSULTING INC
8590 BUSINESS PARK DRIVE
SHREVEPORT, LA  71105

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,000.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case number (if known)   24-12546
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|----------------|

**3.467**

**Nonpriority creditor's name and mailing address**

MCKESSON CORPORATION
P O BOX 409521
ATLANTA, GA  30384-9521

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,219.47

---

**3.468**

**Nonpriority creditor's name and mailing address**

MD BUYING GROUP
MARK S. CARTER, ESQUIRE
79 MAIN STREET
HACKENSACK, NJ  07601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.469**

**Nonpriority creditor's name and mailing address**

MD BUYING GROUP, LLC
16 MT BETHEL ROAD
SUITE 211
WARREN, NJ  07059

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,800.00

---

**3.470**

**Nonpriority creditor's name and mailing address**

MED ONE CAPITAL FUNDING-NJ LP
PO BOX 3514
(LB271128)
SEATTLE, WA  98124-5145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$183,698.01

---

**3.471**

**Nonpriority creditor's name and mailing address**

MEDASSIST
ATTN: A/R
10400 LINN STATION RD SUITE 100
LOUISVILLE, KY  40223

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,595.00

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 97 of 170

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.472**

**Nonpriority creditor's name and mailing address**

MEDCOMP MEDICAL COMPONENTS INC
1499 DELP DRIVE
HARLEYSVILLE, PA  19438

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,050.00

---

**3.473**

**Nonpriority creditor's name and mailing address**

MEDELA
38789 EAGLE WAY
CHICAGO, IL  60678-1387

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,799.08

---

**3.474**

**Nonpriority creditor's name and mailing address**

MEDELY INC.
1315 3RD STREET PROMENADE
SANTA MONICA, CA  90401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$280,108.61

---

**3.475**

**Nonpriority creditor's name and mailing address**

MEDICAL INFORMATION TECH
PO BOX 74569
CHICAGO, IL  60696

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$889,076.50

---

**3.476**

**Nonpriority creditor's name and mailing address**

MEDICAL SOLUTIONS, LLC
ANSELMI & CARVELLI, LLP
56 HEADQUARTERS PLAZA, WEST TOWER, FIFTH FLOOR
MORRISTOWN, NJ  07960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.477**

**Nonpriority creditor's name and mailing address**

MEDICAL SOLUTIONS, LLC
ANSELMI & CARVELLI, LLP
56 HEADQUARTERS PLAZA, WEST TOWER, FIFTH FLOOR
MORRISTOWN, NJ 7960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$84,687.60

---

**3.478**

**Nonpriority creditor's name and mailing address**

MEDICAL STAFFING NETWORK
PO BOX 840292
DALLAS, TX 75284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,817,761.72

---

**3.479**

**Nonpriority creditor's name and mailing address**

MEDICAL STAFFING SERVICES, INC. D/B/A EQUILIEM
HEALTHCARE
FREEDMAN & FRIEDLAND LLC
777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NJ 07604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.480**

**Nonpriority creditor's name and mailing address**

MEDICAL STAFFING SERVICES, INC. D/B/A EQUILIEM
HEALTHCARE
FREEDMAN & FRIEDLAND LLC
777 TERRACE AVENUE, SUITE 508
HASBROUCK HEIGHTS, NJ 7604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$147,168.37

---

**3.481**

**Nonpriority creditor's name and mailing address**

MEDIVATORS, INC
P.O. BOX 644063
PITTSBURGH, PA 15264-4063

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,902.67

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $391.50 |
|---|---|---|---|

MED-LABEL INC
PO BOX 721
FLANDERS, NJ  07836

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,134.30 |
|---|---|---|---|

MEDLINE INDUSTRIES INC
THE CKB FIRM
30 NORTH LASALLE ST. - SUITE 1520
CHICAGO, IL  60602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

MEDLINE INDUSTRIES INC
THE CKB FIRM
30 NORTH LASALLE ST. - SUITE 1520
CHICAGO, IL  60602

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $693,491.19 |
|---|---|---|---|

MED-METRIX, LLC
9 ENTIN RD
THIRD FLOOR
PARSIPPANNY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

MED-METRIX, LLC
9 ENTIN RD
THIRD FLOOR
PARSIPPANNY, NJ  07054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546

(Name)

| | Part 2: | Additional Page |
|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.487**

**Nonpriority creditor's name and mailing address**

MEDTRONIC INC POWERED SURGICAL
PO BOX 848079
DALLAS, TX  75284-8079

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$121,586.97

---

**3.488**

**Nonpriority creditor's name and mailing address**

MEDTRONIC SD USA,INC.
4642 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$545,134.88

---

**3.489**

**Nonpriority creditor's name and mailing address**

MELANIE D. GUTIERREZ POLANCO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.490**

**Nonpriority creditor's name and mailing address**

MENDONCA, KATHRYN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,081.08

---

**3.491**

**Nonpriority creditor's name and mailing address**

MERCEDES MEDICAL
12210 RANGELAND PKWY
BRADENTON, FL  34211-9512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.61

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.492** | **Nonpriority creditor's name and mailing address**

MERIT MEDICAL SYSTEMS INC
PO BOX 204842
DALLAS, TX  75320-4842

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,354.12

---

**3.493** | **Nonpriority creditor's name and mailing address**

MERLUZA, MANUELA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,168.83

---

**3.494** | **Nonpriority creditor's name and mailing address**

MESSER, LLC
200 SOMERSET CORPORATE BLVD
SUITE 7000
BRIDGEWATER, NJ  08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,739.67

---

**3.495** | **Nonpriority creditor's name and mailing address**

METLIFE
PO BOX 8500-3895
PHILADELPHIA, PA  19178-3895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$115.92

---

**3.496** | **Nonpriority creditor's name and mailing address**

METRO CT SURGICAL PC
39 VESTRY STREET
APT 1-A
NEW YORK, NY  10013

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,900.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.497** **Nonpriority creditor's name and mailing address**

MFI MEDICAL EQUIPMENT, INC.
10695 TREENA STREET 105
SAN DIEGO, CA  92131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,360.83

---

**3.498** **Nonpriority creditor's name and mailing address**

MICHAEL BENZ, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,650.00

---

**3.499** **Nonpriority creditor's name and mailing address**

MICRONIX SYSTEMS INC
44 COMMERCE STREET
SPRINGFIELD, NJ  07081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,987.00

---

**3.500** **Nonpriority creditor's name and mailing address**

MICROSURGICAL TECHNOLOGY
8415 154TH AVE NE
REDMOND, WA  98073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,678.14

---

**3.501** **Nonpriority creditor's name and mailing address**

MICRO-TECH ENDOSCOPY USA,INC
P.O.BOX 7410475
CHICAGO, IL  60674-0475

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,888.91

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.502**  **Nonpriority creditor's name and mailing address**

MICROTEK MEDICAL INC
FILE 4033P
PO BOX 911633
DALLAS, TX  75391-1633

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,554.99

---

**3.503**  **Nonpriority creditor's name and mailing address**

MICROVENTION, INC
35 ENTERPRISE
ALISO VIEJO, CA  92656

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,555.74

---

**3.504**  **Nonpriority creditor's name and mailing address**

MILLENNIUM SURGICAL CORP
P.O. BOX 775385
CHICAGO, IL  60677-5385

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,718.00

---

**3.505**  **Nonpriority creditor's name and mailing address**

MILLIPORE CORPORATION
25760 NETWORK PLACE
CHICAGO, IL  60673-1257

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$754.62

---

**3.506**  **Nonpriority creditor's name and mailing address**

MILTON, CYNTHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,365.24

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.507**

**Nonpriority creditor's name and mailing address**

MINDRAY DS USA INC
24312 NETWORK PLACE
CHICAGO, IL  60673-1243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,968.19

---

**3.508**

**Nonpriority creditor's name and mailing address**

MISHRA, PRIYA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,505.27

---

**3.509**

**Nonpriority creditor's name and mailing address**

MISONIX, INC
1938 NEW HIGHWAY
FARMINGDALE, NY  11735

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,195.19

---

**3.510**

**Nonpriority creditor's name and mailing address**

MITCHELL & TITUS, LLP
ATTN: FINANCE DEPT
80 PINE ST STE 3220
NEW YORK, NY  10005

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.511**

**Nonpriority creditor's name and mailing address**

MITTAL, RENU
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,543.49

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.512** | **Nonpriority creditor's name and mailing address**

MIZUHO OSI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,635.52

---

**3.513** | **Nonpriority creditor's name and mailing address**

MK CONNOLLY, LLC
589 FRANKLIN TURNPIKE
ALLENDALE, NJ  07401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,000.00

---

**3.514** | **Nonpriority creditor's name and mailing address**

MMS/A MEDICAL SUPPLY COMPANY
SOLUTIONS
PO BOX 94631
CLEVELAND, OH  44101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$120,136.03

---

**3.515** | **Nonpriority creditor's name and mailing address**

MOHAMMAD JAVED,MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,800.00

---

**3.516** | **Nonpriority creditor's name and mailing address**

MOISES, ELSIE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,018.02

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.517**

**Nonpriority creditor's name and mailing address**

MOISES, KATRINA M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,751.79

---

**3.518**

**Nonpriority creditor's name and mailing address**

MOJICA, MARITZA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$910.00

---

**3.519**

**Nonpriority creditor's name and mailing address**

MONKA, NEAL J
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,316.90

---

**3.520**

**Nonpriority creditor's name and mailing address**

MOPEC
800 TECH ROW
MADISON HEIGHTS, MI  48071

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$449.85

---

**3.521**

**Nonpriority creditor's name and mailing address**

MORANCIE, KEVIN I
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,702.06

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
       (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.522** | **Nonpriority creditor's name and mailing address**

MOSS TUBES INC
PO BOX 378
WEST SAND LAKE, NY  12196

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$550.00

---

**3.523** | **Nonpriority creditor's name and mailing address**

MPM MEDICAL SUPPLY
265 WILLOW BROOK ROAD
UNIT 10
FREEHOLD, NJ  07728

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,870.48

---

**3.524** | **Nonpriority creditor's name and mailing address**

MR DISPOSABLE INC
101 RICHARDSON ST
BROOKLYN, NY  11211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,508.00

---

**3.525** | **Nonpriority creditor's name and mailing address**

MSA SAFETY INCORPORATED
1000 CRANBERRY WOODS DRIVE
CRANBERRY TOWNSHIP, PA  16066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,082.53

---

**3.526** | **Nonpriority creditor's name and mailing address**

MUKASA, INNA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,925.98

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.527**

**Nonpriority creditor's name and mailing address**

MULKAY AND RENDO, PC
700 79TH ST
NORTH BERGEN, NJ  07047

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,160.00

---

**3.528**

**Nonpriority creditor's name and mailing address**

MULTI DISCIPLINARY SPECIALIST LLC
777 PASSAIC AVE
5TH FLOOR, STE 575
CLIFTON, NJ  07012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,950.00

---

**3.529**

**Nonpriority creditor's name and mailing address**

MUSULOSKELETAL TRANSPLANT FOUNDATION
125 MAY ST, STE 300
EDISON CORPORATE CENTER
EDISON, NJ  08837

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,342.20

---

**3.530**

**Nonpriority creditor's name and mailing address**

MVAP MEDICAL SUPPLIES INC
1415 LAURENCE DRIVE
NEWBURY PARK, CA  91320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$951.95

---

**3.531**

**Nonpriority creditor's name and mailing address**

NAMASTE MEDIA, INC
9817 HORACE HARDING EXPRESSWAY
8C
CORONA, NY  11368

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$480.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.532** **Nonpriority creditor's name and mailing address**

NANOSONICS, INC
7205 E 87TH STREET
INDIANAPOLIS, IN  46256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,771.33

---

**3.533** **Nonpriority creditor's name and mailing address**

NATALY GENAO
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,600.00

---

**3.534** **Nonpriority creditor's name and mailing address**

NATHAN, PRISCILLA J.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,988.91

---

**3.535** **Nonpriority creditor's name and mailing address**

NATUS MEDICAL INC
PO BOX 3604
CAROL STREAM, IL  60132-3604

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,712.56

---

**3.536** **Nonpriority creditor's name and mailing address**

NEPHRON 503B OUTSOURCING
P.O. BOX 746455
ATLANTA, GA  30374-6455

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,175.72

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)  24-12546

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.537**

**Nonpriority creditor's name and mailing address**

NEW INNOVATIONS, INC.
3540 FOREST LAKE DRIVE
UNIONTOWN, OH  44685

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,032.00

---

**3.538**

**Nonpriority creditor's name and mailing address**

NEW JERSEY HOSPITAL ASSOCIATION
PO BOX 828776
PHILADELPHIA, PA  19182-8776

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,817.00

---

**3.539**

**Nonpriority creditor's name and mailing address**

NEW JERSEY MEDICAL AND HEALTH ASSOCIATES
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$155,920.96

---

**3.540**

**Nonpriority creditor's name and mailing address**

NEW JERSEY POISON INFORMATION
140 BERGEN ST, STE G1600
NEWARK, NJ  07103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,116.00

---

**3.541**

**Nonpriority creditor's name and mailing address**

NEW WAVE ENDO-SURGICAL CORP.
6601 LYONS ROAD
SUITE D-8
COCONUT CREEK, FL  33073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,799.80

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.542**

**Nonpriority creditor's name and mailing address**

NEW WORLD MEDICAL
10763 EDISON CT
RANCHO CUCAMONGA, CA  91730

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.543**

**Nonpriority creditor's name and mailing address**

NEW YORK BLOOD CENTER
P O BOX 419137
BOSTON, MA  02241-9137

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,855.55

---

**3.544**

**Nonpriority creditor's name and mailing address**

NEW YORK METROPOLITAN
ORTHOPAEDICS AND SPINE, LLC
700 PLAZA DRIVE
SUITE 203
SECAUCUS, NJ  07094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$90,000.00

---

**3.545**

**Nonpriority creditor's name and mailing address**

NIGHTINGALE NURSES LLC
MANERI LAW FIRM, LLC
30 TWO BRIDGES ROAD, SUITE 260
FAIRFIELD, NJ  07004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.546**

**Nonpriority creditor's name and mailing address**

NIGHTINGALE NURSES LLC
MANERI LAW FIRM, LLC
30 TWO BRIDGES ROAD, SUITE 260
FAIRFIELD, NJ  7004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$377,624.20

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159.73 |
|---|---|---|---|

NIXON A/R
500 CENTERPOINT BLVD
NEW CASTLE, DE  19720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $107.35 |
|---|---|---|---|

NJ E-Z PASS
PO BOX 52005
NEWARK, NJ  07101-8205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

NJBMCH, INC
D/B/A HUDSON REG HOSPITAL & NJBMCH INC
61 SOUTH PARAMUS RD, STE 250
PARAMUS, NJ  07652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $679.51 |
|---|---|---|---|

NJIE, NDEY ASTOU
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN |
|---|---|---|---|

NJMHMC, LLC D/B/A HUDSON REGIONAL HOSPITAL
ATTN YAN OSHE, CHAIRMAN OF THE BOARD
ATTN: H. G. KAPRALOS, ESQ, CFO
55 MEADOWLANDS PARKWAY
SECAUCUS, NJ  07094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.552**

**Nonpriority creditor's name and mailing address**

NJSNA
1479 PENNINGTON ROAD
TRENTON, NJ  08618

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,200.00

---

**3.553**

**Nonpriority creditor's name and mailing address**

NOVO SURGICAL INC
407 PLAZA DRIVE
WESTMONT, IL  60559

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,916.06

---

**3.554**

**Nonpriority creditor's name and mailing address**

NUCLEAR DIAGNOSIS PRODUCTS, INC
P.O. BOX 787442
PHILADELPHIA, PA  19178-7442

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,421.39

---

**3.555**

**Nonpriority creditor's name and mailing address**

NURSES 24/7
PO BOX 823473
PHILADELPHIA, PA  19182

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$866,655.14

---

**3.556**

**Nonpriority creditor's name and mailing address**

NYAMWANGE, ELISEBAH M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,200.55

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.557** | **Nonpriority creditor's name and mailing address**

OASIS MEDICAL INC.
514 S VERMONT AVE
GLENDORA, CA  91740

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,463.32

---

**3.558** | **Nonpriority creditor's name and mailing address**

OCSAN, LORAINE B
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,950.00

---

**3.559** | **Nonpriority creditor's name and mailing address**

ODP BUSINESS SOLUTIONS
SHRAIBERG PAGE P.A.
2385 N.W. EXECUTIVE CENTER DRIVE, SUITE 300
BOCA RATON, FL  33431

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.560** | **Nonpriority creditor's name and mailing address**

OFFICE DEPOT INC
PO BOX 1413
CHARLOTTE, NC  28201-1413

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,784.01

---

**3.561** | **Nonpriority creditor's name and mailing address**

OFFICE FURNITURE SERVICE INC
901 PENHORN AVENUE
UNIT 3
SECAUCUS, NJ  07094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,700.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.562** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,400.00

O'HALLORAN, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.563**    **Nonpriority creditor's name and mailing address**    $3,909.44

OLAYA, ANIWAY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.564**    **Nonpriority creditor's name and mailing address**    $88,532.00

OLIVER FIRE PROTECTION &
501 FEHELEY DRIVE
KING OF PRUSSIA, PA  19406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.565**    **Nonpriority creditor's name and mailing address**    $84,372.64

OLYMPUS AMERICA INC
BOX 200194
PITTSBURGH, PA  15251-0194

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.566**    **Nonpriority creditor's name and mailing address**    $5,218.49

OMENGAN, ELEANOR GANA C
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.567**

**Nonpriority creditor's name and mailing address**

ORTHALIGN
120 COLUMBIA
SUITE 500
ALISO VIEJO, CA  92656

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,785.19

---

**3.568**

**Nonpriority creditor's name and mailing address**

ORTHO CLINICAL DIAGNOSTICS
PO BOX 3655
CAROL STREAM, IL  60132-3655

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,076.53

---

**3.569**

**Nonpriority creditor's name and mailing address**

ORTIZ, OMAIDA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.570**

**Nonpriority creditor's name and mailing address**

ORZEL, BARBARA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,197.45

---

**3.571**

**Nonpriority creditor's name and mailing address**

OSSDSIGN USA, INC
10320 LITTLE PATUXENT PARKWAY
SUITE 850
COLUMBIA, MD  21044

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,000.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.572**

**Nonpriority creditor's name and mailing address**

OSTEOMED
3885 ARAPAHO ROAD
ADDISON, TX  75001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,043.00

---

**3.573**

**Nonpriority creditor's name and mailing address**

O'TOOLE SCRIVO
14 VILLAGE ROAD
CEDAR GROVE, NJ  07009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.574**

**Nonpriority creditor's name and mailing address**

OUTLAW, ANNA M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,863.74

---

**3.575**

**Nonpriority creditor's name and mailing address**

PABILONIA, GEMMA F
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,600.00

---

**3.576**

**Nonpriority creditor's name and mailing address**

PADOLINA, BERNADETH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,211.70

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12540

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.577**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $6,200.00

PALISADE EYE ASSOCIATES PC
203 PALISADES AVENUE
JERSEY CITY, NJ  07306-1155

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.578**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $4,800.00

PANJIKUNNEL, LALY T
ADDRESS REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
401K CONTRIBUTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.579**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $27,271.85

PARAGON 28
DEPT 1532
PO BOX 30106
SALT LAKE CITY, UT  84130-0106

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.580**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $1,680.00

PARKINSON, PRUDI
ADDRESS REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
401K CONTRIBUTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.581**    **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**      $89,033.25

PARTS SOURCE INC.
PO BOX 645186
CINCINNATI, OH  45264-5186

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
         (Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|
| **3.582** | **Nonpriority creditor's name and mailing address**<br>PASAWA, ELAINE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,041.63 |
| **3.583** | **Nonpriority creditor's name and mailing address**<br>PASCUAL, CLARITA D<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,495.52 |
| **3.584** | **Nonpriority creditor's name and mailing address**<br>PASUCO, MAUREEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $346.00 |
| **3.585** | **Nonpriority creditor's name and mailing address**<br>PELINO, MARIA R<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,158.34 |
| **3.586** | **Nonpriority creditor's name and mailing address**<br>PENUMBRA INC<br>1351 HARBOR BAY PKWY<br>ALAMEDA, CA  94502<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $133,293.58 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.587 | **Nonpriority creditor's name and mailing address**<br><br>PERFORMANCE HEALTH SUPPLY INC<br>PO BOX 93040<br>CHICAGO, IL  60673-3040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,870.85 |
| 3.588 | **Nonpriority creditor's name and mailing address**<br><br>PFIZER, INC.<br>P O BOX 417510<br>BOSTON, MA  02241-7510<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $365.25 |
| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>PHARMACY ONESOURCE, INC.<br>525 JUNCTION ROAD, SUITE 5000<br>MADISON, WI  53717<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,235.72 |
| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>PHILIPS HEALTHCARE<br>PO BOX 100355<br>ATLANTA, GA  30384-0355<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $399.84 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>PHYSIO CONTROL INC<br>12100 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $901.93 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.592**

**Nonpriority creditor's name and mailing address**

PINGOL, VICTORIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,115.02

**3.593**

**Nonpriority creditor's name and mailing address**

PIONEER CREDIT RECOVERY
PO BOX 979113
ST LOUIS, MO  63197-9000

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,600.00

**3.594**

**Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL SERVICES
P.O. BOX 981022
BOSTON, MA  02298-1022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,554.24

**3.595**

**Nonpriority creditor's name and mailing address**

POLYMEDCO
PO BOX 95816
CHICAGO, IL  60694-5816

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,988.99

**3.596**

**Nonpriority creditor's name and mailing address**

POLYSCIENCES INC
400 VALLEY ROAD
WARRINGTON, PA  18976

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.00

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.597**

**Nonpriority creditor's name and mailing address**

PORTASOFT COMPANY INC
469 A SOUTH AVE EAST
WESTFIELD, NJ  07090

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$794.39

**3.598**

**Nonpriority creditor's name and mailing address**

POSEN ARCHITECTS, LLC
25 COLUMBIA STREET
WEST ORANGE, NJ  07052

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,453.75

**3.599**

**Nonpriority creditor's name and mailing address**

POSITIVE PROMOTIONS
15 GILPIN AVENUE
HAUPPAUGE, NY  11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$728.75

**3.600**

**Nonpriority creditor's name and mailing address**

PRADEEP THAPA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,240.00

**3.601**

**Nonpriority creditor's name and mailing address**

PRECISION DYNAMICS CORP
25124 SPRINGFIELD COURT
SUITE 200
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,382.94

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.602**

**Nonpriority creditor's name and mailing address**

PRECISION SURGICAL INC
6141 KELLERS CHURCH ROAD
PIPERSVILLE, PA  18947

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$206.00

---

**3.603**

**Nonpriority creditor's name and mailing address**

PRESS GANEY ASSOCIATES, INC
P.O. BOX 88335
MILWAUKEE, WI  53288-0335

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$164,530.72

---

**3.604**

**Nonpriority creditor's name and mailing address**

PRIMEPAY LLC
1487 DUNWOODY DRIVE
WEST CHESTER, PA  19380

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,061.68

---

**3.605**

**Nonpriority creditor's name and mailing address**

PRINCETON INSURANCE COMPANY
LAW OFFICES OF JOSEPH MOLINARO, L.L.C.
648 WYCKOFF AVENUE
WYCKOFF, NJ  07481

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.606**

**Nonpriority creditor's name and mailing address**

PRN HEALTH SERVICES, LLC
VAN LIESHOUT LAW OFFICES
122 EAST MAIN STREET, PO BOX 186
LITTLE CHUTE, WI  54140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$116,776.60

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.607 | **Nonpriority creditor's name and mailing address**<br><br>PROEDGE FM, LLC<br>15 BRIDLE PATH<br>ROSLYN, NY  11576<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,461.02 |
| 3.608 | **Nonpriority creditor's name and mailing address**<br><br>PROFESSIONAL TRANSCRIPTION COMPANY<br>PO BOX 120330<br>STATEN ISLAND, NY  10312-0330<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,765.40 |
| 3.609 | **Nonpriority creditor's name and mailing address**<br><br>PROFICIENT SURGICAL EQUIPMENT, INC<br>99 SEAVIEW BLVD.<br>SUITE C<br>PORT WASHINGTON, NY  11050<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $341.76 |
| 3.610 | **Nonpriority creditor's name and mailing address**<br><br>PRO-FIT PROSTHETHICS &<br>215 EDGEWOOD AVE<br>WEST BERLIN, NJ  08091<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,852.88 |
| 3.611 | **Nonpriority creditor's name and mailing address**<br><br>PRONTO REPAIRS, INC.<br>7 ROCKLAND PARK AVENUE<br>TAPPAN, NY  10983<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,991.76 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.612**

**Nonpriority creditor's name and mailing address**

PSA WORLDWIDE, LLC
11641 RIDGELINE DR.
120
COLORADO SPRINGS, CO  80921

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,198.15

---

**3.613**

**Nonpriority creditor's name and mailing address**

PUBLIC SERVICE ELECTRIC & GAS (PSE&G)
80 PARK PLAZA
NEWARK, NJ  07102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITY VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,292,230.98

---

**3.614**

**Nonpriority creditor's name and mailing address**

PURELY CLEAN SERVICE CORPORATION D/B/A PURELY
CLEAN SERVICES
15 EAST MIDLAND AVE, STE 3A
PARAMUS, NJ  07652

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$51,710.00

---

**3.615**

**Nonpriority creditor's name and mailing address**

Q'APEL MEDICAL, INC
DEPT 2154
PO BOX 122154
DALLAS, TX  75312-2154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,195.64

---

**3.616**

**Nonpriority creditor's name and mailing address**

QUALITY CARE ASSOCIATES, LLC
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,721,553.98

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.617**

**Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS INC
7402 COLLECTION CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$128,488.23

---

**3.618**

**Nonpriority creditor's name and mailing address**

QUINTO, QUINTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,138.50

---

**3.619**

**Nonpriority creditor's name and mailing address**

QUVA PHARMA INC.
1075 WEST PARK ONE DRIVE
SUITE 100
SUGAR LAND, TX  77478

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$772.55

---

**3.620**

**Nonpriority creditor's name and mailing address**

R.D. SALES DOOR & HARDWARE LLC
220 WEST PARKWAY UNIT 3
POMPTON PLAINS, NJ  07444

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,639.70

---

**3.621**

**Nonpriority creditor's name and mailing address**

RADCITI MANAGEMENT, LLC
68 WINDSOR DRIVE
PINE BROOK, NJ  07058

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,250.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.622** **Nonpriority creditor's name and mailing address**

RAGANIT, OPHELIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,596.08

---

**3.623** **Nonpriority creditor's name and mailing address**

RAMESH K DARJI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$780.00

---

**3.624** **Nonpriority creditor's name and mailing address**

RAMOS, ALLISON
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,740.25

---

**3.625** **Nonpriority creditor's name and mailing address**

RAPID MEDICAL, INC
1355 SHOTGUN ROAD
SUNRISE, FL  33326

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,252.50

---

**3.626** **Nonpriority creditor's name and mailing address**

RAWLINGS FINANCIAL SERVICES LLC
PO BOX 589
LAGRANGE, KY  40031-0589

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,646.81

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital        Case Number (if known)   24-12546

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.627** **Nonpriority creditor's name and mailing address**

RAZNATION, LLC
33702 NORTH FALL LAKE DR
AVON, OH  44011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,703.00

---

**3.628** **Nonpriority creditor's name and mailing address**

RCS INTERNATIONAL
712 OLD SHORE ROAD
UNIT 2
FORKED RIVER, NJ  08731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,817.75

---

**3.629** **Nonpriority creditor's name and mailing address**

READYREFRESH BY NESTLE
P.O. BOX 856192
LOUISVILLE, KY  40285-6192

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$652.20

---

**3.630** **Nonpriority creditor's name and mailing address**

RECONSTRUCTIVE ORTHOPAEDIC ASSOCIATES II, LLC,
D/B/A ROTHMAN ORTHOPAEDIC INSTITUTE
COZEN O'CONNOR
1650 MARKET ST, STE 2800
PHILADELPHIA, PA  19103

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.631** **Nonpriority creditor's name and mailing address**

RECOVERY FOR ATHLETES LLC
305 FIELDBROOK PLACE
CHARLOTTE, NC  28209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,631.36

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.632 Nonpriority creditor's name and mailing address**

REDONA, JUNE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,662.03

**3.633 Nonpriority creditor's name and mailing address**

REEVES, YANITZA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$828.05

**3.634 Nonpriority creditor's name and mailing address**

REGNO, MARGHERITA DEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.00

**3.635 Nonpriority creditor's name and mailing address**

REIMBURSEMENT SERVICES GROUP INC
GENERAL OFFICE PO BOX 27906
NEW YORK, NY  10087-7906

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,969.36

**3.636 Nonpriority creditor's name and mailing address**

REINVENT BIOLOGICS LLC
1200 W FREEWAY STE 300
FORT WORTH, TX  76102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.637**

**Nonpriority creditor's name and mailing address**

RELIABLE FIRE PROTECTION
20 MERIDIAN ROAD
SUITE 1
EATONTOWN, NJ  07724

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,342.81

---

**3.638**

**Nonpriority creditor's name and mailing address**

REMEDI8, LLC
8245 NIEMAN ROAD
LENEXA, KS  66214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,998.21

---

**3.639**

**Nonpriority creditor's name and mailing address**

REMEDI8, LLC
BEAM-WARD, KRUSE, WILSON & FLETES, LLC
8645 COLLEGE BLVD., SUITE 250
OVERLAND PARK, KS  66210

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.640**

**Nonpriority creditor's name and mailing address**

REVERB PARENT, INC
1010 N 102ND ST
300
OMAHA, NE  68114

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$41,610.60

---

**3.641**

**Nonpriority creditor's name and mailing address**

REYES, BRENDA R
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,600.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
_____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.642**

**Nonpriority creditor's name and mailing address**
REYES, MARIA Z
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,022.69

---

**3.643**

**Nonpriority creditor's name and mailing address**
REYNA, DALE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,238.16

---

**3.644**

**Nonpriority creditor's name and mailing address**
RICHARD BOIARDO, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,400.00

---

**3.645**

**Nonpriority creditor's name and mailing address**
RICHARD WOLF MEDICAL INSTRUMENTS
PO BOX 7873
CAROL STREAM, IL  60197-7873

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,909.68

---

**3.646**

**Nonpriority creditor's name and mailing address**
RICHARDS, LAYTON & FINGER
920 NORTH KING STREET
WILMINGTON, DE  19801

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,720.96

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.647**

**Nonpriority creditor's name and mailing address**

RICHMOND ELEVATOR COMPANY
17 RECTOR STREET
STATEN ISLAND, NY 10310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,868.62

---

**3.648**

**Nonpriority creditor's name and mailing address**

RIOS-ANDERSON, CYNTHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$967.41

---

**3.649**

**Nonpriority creditor's name and mailing address**

RIVERA, SYLVIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,727.83

---

**3.650**

**Nonpriority creditor's name and mailing address**

RJR INTERIOR MAINTENANCE, INC
30B VREELAND ROAD, SUITE 100
FLORHAM PARK, NJ 07932

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$199,250.00

---

**3.651**

**Nonpriority creditor's name and mailing address**

RLS (USA) INC.
MAIL CODE:7332
P O BOX 7247
PHILADEPHIA, PA 19170-0001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,492.84

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known) 24-12546
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|----------------|

**3.652**

**Nonpriority creditor's name and mailing address**

R-MED INC
3465 NAVARRE
PO BOX 167636
OREGON, OH  43616

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,311.54

---

**3.653**

**Nonpriority creditor's name and mailing address**

RN NETWORK
PO BOX 974088
DALLAS, TX  75397-4088

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$320,217.22

---

**3.654**

**Nonpriority creditor's name and mailing address**

ROBINSON, JOCELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,250.00

---

**3.655**

**Nonpriority creditor's name and mailing address**

ROCHE DIAGNOSTICS CORPORATION
PO BOX 71209
CHARLOTTE, NC  28272-1209

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,536.70

---

**3.656**

**Nonpriority creditor's name and mailing address**

ROCKWELL MEDICAL INC.
30142 S. WIXOM ROAD
WIXOM, MI  48393

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,519.64

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
         (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|---|---|---|

**3.657**

**Nonpriority creditor's name and mailing address**
ROLDAN, LISA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,910.62

---

**3.658**

**Nonpriority creditor's name and mailing address**
ROMAN, JERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,050.00

---

**3.659**

**Nonpriority creditor's name and mailing address**
ROSARIO, MYLENE DEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,714.70

---

**3.660**

**Nonpriority creditor's name and mailing address**
ROTHMAN NATIONAL MANAGEMENT SERVICES
ORGANIZATION, LLC
COZEN O'CONNOR
1010 KINGS HIGHWAY SOUTH
CHERRY HILL, NJ  08034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.661**

**Nonpriority creditor's name and mailing address**
ROYCE ROLLS RINGER CO.
PO BOX 1831
GRAND RAPIDS, MI  49501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.80

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.662**

**Nonpriority creditor's name and mailing address**

RUTGERS STATE UNIVERSITY OF NJ
180 UNIVERSITY AVE, RM 201
NEWARK, NJ  07102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.663**

**Nonpriority creditor's name and mailing address**

RX PROVISIONS, INC
4 BEAVER BROOK ROAD
SUITE 127
LINCOLN PARK, NJ  07035-1796

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,010.00

---

**3.664**

**Nonpriority creditor's name and mailing address**

S.S. WHITE TECHNOLOGIES, INC
8300 SHEEN DRIVE
ST. PETERSBURG, FL  33709

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,340.00

---

**3.665**

**Nonpriority creditor's name and mailing address**

SAKURA FINETEK U.S.A., INC
1750 WEST 214TH STREET
TORRANCE, CA  90501

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,135.00

---

**3.666**

**Nonpriority creditor's name and mailing address**

SALMAN CAPITAL LLC
35 JOURNAL SQUARE
4TH FLOOR
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$235,656.00

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.667**

**Nonpriority creditor's name and mailing address**

SANDHU, BALDEV S MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,050.00

---

**3.668**

**Nonpriority creditor's name and mailing address**

SANIDAD, ROSARIO L
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,200.00

---

**3.669**

**Nonpriority creditor's name and mailing address**

SANJIV SHAH
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.670**

**Nonpriority creditor's name and mailing address**

SANTORA CPA GROUP
220 CONTINENTAL DRIVE
SUITE 112
NEWARK, DE  19713-4309

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,168.95

---

**3.671**

**Nonpriority creditor's name and mailing address**

SANTOS, EILEEN G
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,269.52

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.672**

**Nonpriority creditor's name and mailing address**
SAPOUNTZIS, CHAWANNA L
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,950.11

---

**3.673**

**Nonpriority creditor's name and mailing address**
SARITA SHARMA PARAJULI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,200.00

---

**3.674**

**Nonpriority creditor's name and mailing address**
SARKER, GENEVIEVE S
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,381.83

---

**3.675**

**Nonpriority creditor's name and mailing address**
SCG CAPITAL
PORZIO BROMBERG & NEWMAN
100 SOUTHGATE PARKWAY P.O. BOX 1997
MORRISTOWN, NJ  07962

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.676**

**Nonpriority creditor's name and mailing address**
SCG CAPITAL CORP
74 WEST PARK PLACE
STAMFORD, CT  06901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$316,463.10

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)   24-12546
_____
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### 3.677

**Nonpriority creditor's name and mailing address**

SCIENTIA VASCULAR INC
PARR BROWN GEE & LOVELESS, PC
101 S. 200 E., SUITE 700
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount: UNKNOWN

---

### 3.678

**Nonpriority creditor's name and mailing address**

SCIENTIA VASCULAR LLC
3487 W. 2100 S.
SUITE 100
WEST VALLEY CITY, UT  84119

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount: $42,616.81

---

### 3.679

**Nonpriority creditor's name and mailing address**

SCIENTIFIC DEVICE LABORATORY
PO BOX 1006
DES PLAINES, IL  60017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount: $75.88

---

### 3.680

**Nonpriority creditor's name and mailing address**

SCITECH INSTRUMENTS, INC.
PO BOX 251
FRANKLIN, NJ  07416

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount: $1,160.00

---

### 3.681

**Nonpriority creditor's name and mailing address**

SCRIBEAMERICA
P.O. BOX 417756
BOSTON, MA  02241-7756

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount: $13,812.61

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)  24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.682**

**Nonpriority creditor's name and mailing address**

SECURITAS ELECTRONICS INC.
3800 TABS DRIVE
UNIONTOWN, OH  44685

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$255.90

**3.683**

**Nonpriority creditor's name and mailing address**

SECURITY EQUIPMENT CORPORATION
747 SUN PARK DRIVE
FENTON, MO  63026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$479.40

**3.684**

**Nonpriority creditor's name and mailing address**

SENIOR TV
975 E. TALLMADGE AVENUE
AKRON, OH  44310

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$305.88

**3.685**

**Nonpriority creditor's name and mailing address**

SEQUOIA BMC HOLDCO, LLC
308 WILLOW AVENUE
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,869,214.29

**3.686**

**Nonpriority creditor's name and mailing address**

SHAARI, JEFFREY MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,625.00

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

3.687 **Nonpriority creditor's name and mailing address**

SHAH, MIRAL R
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,918.27

---

3.688 **Nonpriority creditor's name and mailing address**

SHERWIN-WILLIAMS
748 COMMUNIPAW AVENUE
JERSEY CITY, NJ  07304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,009.32

---

3.689 **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP
PO BOX 952121
DALLAS, TX  75395-2121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,224.22

---

3.690 **Nonpriority creditor's name and mailing address**

SHOCKWAVE MEDICAL, INC
5403 BETSY ROSS DR
SANTA CLARA, CA  95054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,360.67

---

3.691 **Nonpriority creditor's name and mailing address**

SHOPRITE
900 MADISON ST
HOBOKEN, NJ  07030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
          (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.692**  **Nonpriority creditor's name and mailing address**

SHULMAN, ELLIOT MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,900.00

---

**3.693**  **Nonpriority creditor's name and mailing address**

SHULMAN, YALE MD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,500.00

---

**3.694**  **Nonpriority creditor's name and mailing address**

SIDRA AHMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$563.41

---

**3.695**  **Nonpriority creditor's name and mailing address**

SIEMENS HEALTHCARE DIAGNOSTICS INC
PO BOX 121102
DALLAS, TX  75312-1102

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,282.77

---

**3.696**  **Nonpriority creditor's name and mailing address**

SIEMENS INDUSTRY INC
50 ORVILLE DRIVE
BHOEMIA, NY  11716

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,150.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

### 3.697

**Nonpriority creditor's name and mailing address**

SIENTRA
6769 HOLLISTER AVENUE, SUITE 201
SANTA BARBARA, CA  93117

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,250.00

---

### 3.698

**Nonpriority creditor's name and mailing address**

SIMMS, PATRICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,203.06

---

### 3.699

**Nonpriority creditor's name and mailing address**

SIRONA COMPLETE CARE
3006 W MIDDLETOWN ROAD
COLUMBIANA, OH  44408

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,359.20

---

### 3.700

**Nonpriority creditor's name and mailing address**

SKELETAL DYNAMICS LLC
LOCKBOX 9492
PO BOX 9492
PHILADELPHIA, PA  19176-0280

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,117.00

---

### 3.701

**Nonpriority creditor's name and mailing address**

SMART WATER, INC.
1 BEEKMAN ROAD
SUITE 4
KENDELL PARK, NJ  08824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,750.00

---

Debtor     Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)     24-12546
           (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.702** **Nonpriority creditor's name and mailing address**

SMITH & NEPHEW ENDOSCOPY,INC
PO BOX 842935
DALLAS, TX  75284-2935

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$118,337.75

---

**3.703** **Nonpriority creditor's name and mailing address**

SMITH & NEPHEW ORTHOPAEDICS, INC
PO BOX 842935
DALLAS, TX  75284-2935

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$942.84

---

**3.704** **Nonpriority creditor's name and mailing address**

SMITH & NEPHEW-WOUND
75 REMITTANCE DRIVE
SUITE 6493
CHICAGO, IL  60675-6493

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,599.00

---

**3.705** **Nonpriority creditor's name and mailing address**

SMITHS MEDICAL ASD, INC
S-5155
PO BOX 7247-7784
PHILADELPHIA, PA  11970-7784

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,873.61

---

**3.706** **Nonpriority creditor's name and mailing address**

SODEXO, INC & AFFILIATES
PO BOX 360170
PITTSBURGH, PA  15251-6170

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$621,940.01

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.707** | **Nonpriority creditor's name and mailing address**

SOLSYS MEDICAL,LLC DBA
PO BOX 358026
PITTSBURGH, PA  15251-5026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,630.00

---

**3.708** | **Nonpriority creditor's name and mailing address**

SOMMA, MARIA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.709** | **Nonpriority creditor's name and mailing address**

SORIANO, RUBI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,238.43

---

**3.710** | **Nonpriority creditor's name and mailing address**

SOUL WARRIORS JS STUDIO, LLC
811 30TH STREET
UNION CITY, NJ  07087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

---

**3.711** | **Nonpriority creditor's name and mailing address**

SOUTHEAST REIMBURSEMENT
335 PARKWAY 575
SUITE 110
WOODSTOCK, GA  30188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,232.15

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.712** **Nonpriority creditor's name and mailing address**

SPARKLY CLEANING SERVICES, INC.
292 MAIN ST, STE 7A
HACKENSACK, NJ 07601-5719

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$58,003.20

---

**3.713** **Nonpriority creditor's name and mailing address**

SPECIALTY PROFESSIONAL SERVICES
17-20 WHITESTONE EXPRESSWAY
SUITE 303
WHITESTONE, NY 11357

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$108,810.00

---

**3.714** **Nonpriority creditor's name and mailing address**

SPECIALTY SURGICAL INSTRUMENTATION
SSI/ASPEN, PO BOX 719159
PHILADELPHIA, PA 19171-9159

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,475.21

---

**3.715** **Nonpriority creditor's name and mailing address**

SPECTRA LABORATORIES
PO BOX 3248
BOSTON, MA 02241-3248

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$870.50

---

**3.716** **Nonpriority creditor's name and mailing address**

SPINAL ELEMENTS
ATTN: YANG PAK
PO BOX 123885
DALLAS, TX 75312-3885

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.717**

**Nonpriority creditor's name and mailing address**

SSS MEDICAL
748 LINCOLN BOULEVARD
SUITE A
MIDDLESEX, NJ  08846

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$409.50

---

**3.718**

**Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
PO BOX 70242
PHILADELPHIA, PA  19176-0242

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,802.23

---

**3.719**

**Nonpriority creditor's name and mailing address**

STAPLES TECHNOLOGY SOLUTIONS
C/O STAPLES, INC.
PO BOX 95230
CHICAGO, IL  60694-5230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,592.66

---

**3.720**

**Nonpriority creditor's name and mailing address**

STAR-LO COMMUNICATIONS INC.
32 SOUTH JEFFERSON ROAD
UNIT B
WHIPPANY, NJ  07981

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$28,283.38

---

**3.721**

**Nonpriority creditor's name and mailing address**

STATLAB MEDICAL PRODUCTS INC
2090 COMMERCE DRIVE
MCKINNEY, TX  75069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,415.33

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.722**

**Nonpriority creditor's name and mailing address**

STAYWELL COMPANY
PO BOX 90477
CHICAGO, IL  60696-0477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$390.57

**3.723**

**Nonpriority creditor's name and mailing address**

STEELCO USA INC
7354 CENTRAL INDUSTRIAL DRIVE
WEST PALM BEACH, FL  33404

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,688.00

**3.724**

**Nonpriority creditor's name and mailing address**

STEFANIA MONTERO MERCHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

**3.725**

**Nonpriority creditor's name and mailing address**

STERIS CORPORATION
5960 HEISLEY RD
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,273.44

**3.726**

**Nonpriority creditor's name and mailing address**

STERIS IMS INC
3300 1ST AVE N
BIRMINGHAM, AL  35222

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,058.93

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,690.00 |
|---|---|---|---|

STERISERV
5960 HEISLEY RD
MENTOR, OH  44060

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,400.00 |
|---|---|---|---|

STEVEN BRAUNSTEIN, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,507.07 |
|---|---|---|---|

STEWART REGULATORY SOLUTIONS LLC
115 SILVER OAK WAY
BRANSON WEST, MO  65737

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $859.33 |
|---|---|---|---|

STRATUS AUDIO INC DBA AMN
PO BOX 675007
DETROIT, MI  48267-5007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66,725.34 |
|---|---|---|---|

STRYKER ENDOSCOPY
PO BOX 93276
CHICAGO, IL  60673-3276

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.732**

**Nonpriority creditor's name and mailing address**

STRYKER MEDICAL CORP
PO BOX 93308
CHICAGO, IL  60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$112,274.75

---

**3.733**

**Nonpriority creditor's name and mailing address**

STRYKER NEUROVASCULAR
21343 NETWORK PLACE
CHICAGO, IL  60673-1213

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$359,440.50

---

**3.734**

**Nonpriority creditor's name and mailing address**

STRYKER ORTHOPAEDIC
2825 AIRVIEW BLVD
NASHVILLE, TN  37203

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,974.05

---

**3.735**

**Nonpriority creditor's name and mailing address**

STRYKER SALES LLC
22491 NETWORK PLACE
CHICAGO, IL  60673

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$88,171.58

---

**3.736**

**Nonpriority creditor's name and mailing address**

STRYKER SUSTAINABILITY SOLUTIONS
PO BOX 29387
PHOENIX, AZ  85038-9387

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$67,752.54

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.737**

**Nonpriority creditor's name and mailing address**

SUMITRA MANANDHAR
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

---

**3.738**

**Nonpriority creditor's name and mailing address**

SUMMIT MEDICAL, LLC
815 VIKINGS PARKWAY STE 100
ST PAUL, MN  55121

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$324.15

---

**3.739**

**Nonpriority creditor's name and mailing address**

SUPERCO SPECIALTY PRODUCTS
25041 ANZA DRIVE
VALENCIA, CA  91355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,466.34

---

**3.740**

**Nonpriority creditor's name and mailing address**

SUPPLYWORKS
PO BOX 404284
ATLANTA, GA  30384-4284

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$192.49

---

**3.741**

**Nonpriority creditor's name and mailing address**

SURGICAL PRODUCT SOLUTIONS,LLC
901 PENNSYLVANIA AVE.
SUITE 4
PITTSBUGH, PA  15233

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,267.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.742 | **Nonpriority creditor's name and mailing address**<br><br>SURGICAL REVIEW CORPORATION<br>PO BOX 18136<br>RALEIGH, NC  27619<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16,650.00 |
| 3.743 | **Nonpriority creditor's name and mailing address**<br><br>SURGICAL SPECIALTIES CORP<br>PO BOX 419407<br>BOSTON, MA  02241-9407<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $498.91 |
| 3.744 | **Nonpriority creditor's name and mailing address**<br><br>SYMETRA LIFE INSURANCE COMPANY<br>777 108TH AVENUE NE<br>SUITE 1200<br>BELLEVUE, WA  98004-5135<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160,999.32 |
| 3.745 | **Nonpriority creditor's name and mailing address**<br><br>T.R.S. JANITORIAL SUPPLIES<br>115 CASTLE ROAD<br>SECAUCUS, NJ  07094<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,340.01 |
| 3.746 | **Nonpriority creditor's name and mailing address**<br><br>TACT CORPORATION OF NYC D/B/A TACT MEDICAL STAFFING<br>4 PARAGON WAY, 100<br>FREEHOLD, NJ  07728<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.747**

**Nonpriority creditor's name and mailing address**

TANDYM GROUP LLC
PO BOX 844276
BOSTON, MA  02284-4276

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$62,923.20

---

**3.748**

**Nonpriority creditor's name and mailing address**

TAVERONI, BRIDGETTE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,263.16

---

**3.749**

**Nonpriority creditor's name and mailing address**

TAX COLLECTOR OF JERSEY CITY
280 GROVE STREET
RM 101
JERSEY CITY, NJ  07302

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$476,810.72

---

**3.750**

**Nonpriority creditor's name and mailing address**

TECH ONE BIOMEDICAL, LLC
DEPARTMENT 3110
PO BOX 986500
BOSTON, MA  02298-6500

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,358.70

---

**3.751**

**Nonpriority creditor's name and mailing address**

TECH SERVICES SECURITY LLC
THE LAW OFFICE OF CRAIG ROTHENBERG, LLC
93 BAYARD STREET - SUITE 2
NEW BRUNSWICK, NJ  8901

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$138,237.66

---

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.752** **Nonpriority creditor's name and mailing address**

TELEFLEX FUNDING LLC
PO BOX 936729
ATLANTA, GA  31193-6729

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$26,803.37

---

**3.753** **Nonpriority creditor's name and mailing address**

TENEX HEALTH INC
26902 VISTA TERRACE
LAKE FOREST, CA  92630

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$949.00

---

**3.754** **Nonpriority creditor's name and mailing address**

TENGCO, CRISANTA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,889.25

---

**3.755** **Nonpriority creditor's name and mailing address**

TENNANT SALES & SERVICE COMPANY
PO BOX 71414
CHICAGO, IL  60694-1414

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,047.76

---

**3.756** **Nonpriority creditor's name and mailing address**

TERUMO MEDICAL CORPORATION
PO BOX 930299
ATLANTA, GA  31193-0299

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,813.73

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.757** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,735.91

THAKORE, MICHELLE C
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,250.00

THE CLEARPORT, LLC
744 MONTGOMERY STREET
JERSEY CITY, NJ  07306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $272,806.99

THE CUSTOM GROUP OF COMPANIES, INC
228 EAST 45TH STREET
12TH FLOOR
NEW YORK, NY  10017

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00

THE DAISY FOUNDATION
21128 21ST AVENUE WEST
LYNNWOOD, WA  98306

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.761** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,180.48

THE LONGTAIL AD
825 US HWY 1 SOUTH
ISELIN, NJ  08830

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)   24-12546
(Name)

| Part 2: | Additional Page |

|  | | Amount of claim |
|---|---|---|

**3.762**   **Nonpriority creditor's name and mailing address**

THE RAWLINGS COMPANY LLC
P.O. BOX 589
LA GRANGE, KY  40031

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$57,945.93

---

**3.763**   **Nonpriority creditor's name and mailing address**

THE SIGNWORKS, INC
150 CLEARBROOK ROAD
ELMSFORD, NY  10523

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,821.26

---

**3.764**   **Nonpriority creditor's name and mailing address**

THE SURGICAL EQUIPMENT PEOPLE, LLP
192 N SEVEN OAKS DRIVE
KNOXVILLE, TN  37922

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,036.11

---

**3.765**   **Nonpriority creditor's name and mailing address**

THE TACT CORPORATION OF NYC
82 NASSAU STREET
60450
NEW YORK, NY  10038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$238,657.00

---

**3.766**   **Nonpriority creditor's name and mailing address**

THERESA THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.767**

**Nonpriority creditor's name and mailing address**

THERMO ORION INCORPORATED
22 ALPHA ROAD
CHELMSFORD, MA  01824

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$448.89

---

**3.768**

**Nonpriority creditor's name and mailing address**

THOMAS P. KOUVEL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,000.00

---

**3.769**

**Nonpriority creditor's name and mailing address**

THOMAS, TRISHELL A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,231.16

---

**3.770**

**Nonpriority creditor's name and mailing address**

THOMPSON SURGICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,821.93

---

**3.771**

**Nonpriority creditor's name and mailing address**

TIBONI, ERIKA M
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,789.36

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital    Case Number (if known) 24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.772** **Nonpriority creditor's name and mailing address**

TIMOTHY CHOW
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☑ No
☐ Yes

$396.40

---

**3.773** **Nonpriority creditor's name and mailing address**

TOCEL, DENISE
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,337.13

---

**3.774** **Nonpriority creditor's name and mailing address**

TOLENTINO, JOY
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,159.22

---

**3.775** **Nonpriority creditor's name and mailing address**

TORRES, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,300.00

---

**3.776** **Nonpriority creditor's name and mailing address**

TORRES, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$791.42

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

TORRIZO, LOLITA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,702.15

**3.778** **Nonpriority creditor's name and mailing address**

TOSOH BIOSCIENCE INC
PO BOX 712415
CINCINNATI, OH  75271-2415

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,060.14

**3.779** **Nonpriority creditor's name and mailing address**

TOUAITIA, OUIZA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,097.91

**3.780** **Nonpriority creditor's name and mailing address**

TREACE MEDICAL CONCEPTS, INC.
100 PALMETTO PARK PL
PONTE VEDRA, FL  32081

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,578.71

**3.781** **Nonpriority creditor's name and mailing address**

TRESPECES, WINLOVE N
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,218.11

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.782** | **Nonpriority creditor's name and mailing address**

TRIF & MODUGNO FIRM
89 HEADQUARTERS PLAZA
MORRISTOWN, NJ  07960

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,710.00

---

**3.783** | **Nonpriority creditor's name and mailing address**

TRISTAN LUU
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$930.52

---

**3.784** | **Nonpriority creditor's name and mailing address**

TRI-STATE BIOLOGICS, INC
700 PLAZA DRIVE, STE 215
SECAUCUS, NJ  07094

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,702.29

---

**3.785** | **Nonpriority creditor's name and mailing address**

TWINSTERS CREATIONS, LLC
4300 PALISADE AVE
UNION CITY, NJ  07087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,400.00

---

**3.786** | **Nonpriority creditor's name and mailing address**

UBER TECHNOLOGIES, INC
1515 3RD STREET
SAN FRANCISCO, CA  94158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,319.04

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.787 | **Nonpriority creditor's name and mailing address**<br><br>UDOYEN, GRACE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>401K CONTRIBUTION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,538.71 |
| 3.788 | **Nonpriority creditor's name and mailing address**<br><br>UHC RECOVERY SERVICES<br>P.O. BOX 740804<br>ATLANTA, GA  30374<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $210.02 |
| 3.789 | **Nonpriority creditor's name and mailing address**<br><br>ULINE INC<br>12575 ULINE DRIVE<br>PLEASANT PRAIRIE, WI  53158<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,564.72 |
| 3.790 | **Nonpriority creditor's name and mailing address**<br><br>UNITED COOLING & REFRIGERATION<br>397 HOPE AVENUE<br>ROSELLE, NJ  07203<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $22,781.99 |
| 3.791 | **Nonpriority creditor's name and mailing address**<br><br>UNITED HEALTHCARE<br>PO BOX 740819<br>ATLANTA, GA  30374<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,822.69 |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.792** | **Nonpriority creditor's name and mailing address**

US INSTRUMENTS INC
500 NORTH MAIN STREET
LANOKA HARBOR, NJ  08734

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,191.50

---

**3.793** | **Nonpriority creditor's name and mailing address**

US MED-EQUIP, LLC
PO BOX 4339
HOUSTON, TX  77210-7339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$93,702.17

---

**3.794** | **Nonpriority creditor's name and mailing address**

US TEL INC
203 PATTERSON AVENUE
WALLINGTON, NJ  07057

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$943.11

---

**3.795** | **Nonpriority creditor's name and mailing address**

USA SHRED LLC
P. O. BOX 790057
MIDDLE VILLAGE, NJ  11379

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,597.93

---

**3.796** | **Nonpriority creditor's name and mailing address**

VAPOTHERM INC
P O BOX 933438
CLEVELAND, OH  44193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,191.57

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.797 | **Nonpriority creditor's name and mailing address**<br><br>VARIOUS INDIVIDUAL PATIENTS<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDIT BALANCE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104,080.05 |
| 3.798 | **Nonpriority creditor's name and mailing address**<br><br>VERATHON INC<br>PO BOX 935117<br>ATLANTA, GA  31193-5117<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,475.58 |
| 3.799 | **Nonpriority creditor's name and mailing address**<br><br>VERICEL CORPORATION 58<br>PO BOX 773060<br>DETRIOT, MI  48277-3060<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,272.00 |
| 3.800 | **Nonpriority creditor's name and mailing address**<br><br>VERONICA WIKSTEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $420.00 |
| 3.801 | **Nonpriority creditor's name and mailing address**<br><br>VICTOR A. ARENCIBIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,050.00 |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.802**

**Nonpriority creditor's name and mailing address**

VINCENT, JULIET
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,033.51

---

**3.803**

**Nonpriority creditor's name and mailing address**

VITAL RECORDS HOLDINGS, LLC
DEPT. 5874
BOX 11407
BINGINGHAM, AL  35246-5874

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$132,415.06

---

**3.804**

**Nonpriority creditor's name and mailing address**

VITALE, CALOGERA
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☑ No
☐ Yes

$650.00

---

**3.805**

**Nonpriority creditor's name and mailing address**

VIVEX BIOLOGICS, INC
3200 WINDY HILL ROAD SE
SUITE 1650-W
ATLANTA, GA  30339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,075.53

---

**3.806**

**Nonpriority creditor's name and mailing address**

VIZ.AI, INC
PO BOX 31001-4002
PASADENA, CA  91110-4001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,320.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.807** **Nonpriority creditor's name and mailing address**

VOYCE
333 EARLE OVINGTON BLVD., 2ND FL
UNIONDALE, NY  11553

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.808** **Nonpriority creditor's name and mailing address**

VOYCE INC
1580 SAWGRASS CORPORATE
PARKWAY SUITE 110
FORT LAUDERDALE, FL  33323

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,180.14

---

**3.809** **Nonpriority creditor's name and mailing address**

W.L. GORE & ASSOCIATES INC
PO BOX 751331
CHARLOTTE, NC  28275

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,642.00

---

**3.810** **Nonpriority creditor's name and mailing address**

WAGA, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,121.64

---

**3.811** **Nonpriority creditor's name and mailing address**

WANDA POLLARD
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,576.00

---

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | Case Number (if known) | 24-12546 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.812**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT-HEALTHCARE
LOCKBOX NUMBER 4648
350 EAST DEVON AVENUE
ITASCA, IL  60143

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,247.58

---

**3.813**

**Nonpriority creditor's name and mailing address**

WAYNE SIEGEL, M.D.
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,000.00

---

**3.814**

**Nonpriority creditor's name and mailing address**

WELCH ALLYN INC
4341 STATE STREET ROAD
SKANEATELES FALLS, NY  13153-0220

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,343.89

---

**3.815**

**Nonpriority creditor's name and mailing address**

WERFEN USA LLC
PO BOX 347934
PITTSBURGH, PA  15251-4934

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,207.47

---

**3.816**

**Nonpriority creditor's name and mailing address**

WESTERN PEST SERVICES
614 EAGLE ROCK AVENUE
WEST ORANGE, NJ  07052-2902

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,518.88

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.817** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,900.00

WHITMAN
100 FRANKLIN SQUARE DRIVE
SUITE 200
SOMERSET, NJ  08873

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.818** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,439.07

WILEY, ANNALIZA B
ADDRESS REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
401K CONTRIBUTION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.819** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $89,222.25

WILLIAM J. GUARINI, INC
ADDRESS REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,490.62

WINCROSS WATER SERVICES
10 COUNTY LINE RD, UNIT 29
SOMERVILLE, NJ  08876

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.12

WPS TRICARE FOR LIFE
P.O. BOX 7928
MADISON, WI  53707-7928

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
_____(Name)_____

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.822** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126,614.95

WRIGHT MEDICAL TECHNOLOGY INC
PO BOX 503482
ST. LOUIS, MO 63150-3482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | | $29,687.51

XODUS MEDICAL INC
WESTMORELAND BUSINESS PARK
702 PROMINENCE DRIVE
NEW KENSINGTON, PA 15068

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address** | | $3,360.79

YAGUAL, JESSICA A
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
401K CONTRIBUTION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | | $738.00

YVETTE ELFAWAL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | | $1,334.37

ZHI CHEN
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.827**

**Nonpriority creditor's name and mailing address**

ZIMMER TRI STATE
14235 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$960.50

---

**3.828**

**Nonpriority creditor's name and mailing address**

ZINIRA MUNSHI
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE REIMBURSEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,838.00

---

**3.829**

**Nonpriority creditor's name and mailing address**

ZOLL MEDICAL CORPORATION
PO BOX 27028
GPO
NEW YORK, NY  10087-7028

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EQUIPMENT LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

$77,699.20

---

**3.830**

**Nonpriority creditor's name and mailing address**

ZONES, LLC
1102 15TH ST SW, #102
AUBURN, WA  98001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,604.63

---

**3.831**

**Nonpriority creditor's name and mailing address**

ZYTER INC
2600 TOWER OAKS BLVD
SUITE 700
ROCKVILLE, MD  20852

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLES

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,000.00

---

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | $12,453,036.15 |
| **5b.** | Total claims from Part 2 | **5b.** + | $78,411,731.12 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $90,864,767.27 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN: ON-CALL AGREEMENT NO. 1002.4318C | ADVANCED NEUROSURGERY ASSOCIATES 201 ROUTE 17 NORTH SUITE 501 RUTHERFORD, NJ  07070 |
| | State the term remaining | 1/31/2026 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4119C | AETNA BETTER HEALTH MEDICAID 3 INDEPENDENCE WAY, STE 104 PRINCETON, NJ  08540-6626 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | MEDICAID HOSPITAL SERVICES AGREEMENT AND ALL AMENDMENTS | AETNA HEALTH INC., A NEW JERSEY COPRORATION 3 INDEPENDENCE WAY SUITE 400 PRINCETON, NJ  08540 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL AGREEMENT | AETNA NETWORK SERVICES LLC 9 ENTIN ROAD SUITE 203 PARSIPPANY, NJ  07054 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATION AGREEMENT NO. 1002.3328C | AIMS EDUCATION 4500 NEW BRUNSWICK AVE PISCATAWAY, NJ 08854 |
| | **State the term remaining** | 12/20/2025 | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CYBER NETWORK SECURITY AND PRIVACY LIABILITY INSURANCE (POLICY #CMP1016431-05) | ALLIANZ UNDERWRITERS INSURANCE 225 W WASHINGTON ST STE 1800 CHICAGO, IL 60606 |
| | **State the term remaining** | 12/19/2024 | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT (STAND ALONE) & DATA USE AGREEMENT NO. 1002.2049C | AMERICAN ACADEMY OF SLEEP MEDICINE 2510 NORTH FRONTAGE ROAD DARIEN, IL 60561 |
| | **State the term remaining** | 9/11/2025 | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | AUTOMOBILE INSURANCE (POLICY #SCV012210 24 01) | AMERICAN AUTOMOBILE 225 WEST WASHINGTON ST SUITE 1800 CHICAGO, IL 60606 |
| | **State the term remaining** | 1/31/2025 | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT (STAND ALONE) & DATA USE AGREEMENT NO. 1002.3055C | AMERICAN COLLEGE OF SURGEONS ("ACS") PO BOX 92425 CHICAGO, IL 60675 |
| | **State the term remaining** | 6/26/2025 | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY PARTICIPATING PROVIDER AGREEMENT (COMMUNITY) AND ALL AMENDMENTS | AMERICHOICE OF NEW JERSEY INC P.O. BOX 659408 SAN ANTONIO, TX 78265 |
| | **State the term remaining** | EVERGREEN | |
| | **List the contract number of any government contract** | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4004C | AMERICHOICE OF NEW JERSEY INC<br>P.O. BOX 659408<br>SAN ANTONIO, TX  78265 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | AMENDMENT TO PARTICIPATING PROVIDER AGREEMENT EFFECTIVE 05/15/2020 | AMERIGROUP NEW JERSEY, INC D/B/A AMERIGROUP COMMUNITY CARE<br>4425 CORPORATION LANE<br>SUITE 100<br>VIRGINIA BEACH, VA  23462 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | EVERGREEN | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.2740C | AMERIGROUP NEW JERSEY, INC<br>4425 CORPORATION LANE<br>SUITE 100<br>VIRGINIA BEACH, VA  23462 |
| | State the term remaining | 7/12/2025 | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.3999C | AMERIGROUP NEW JERSEY, INC<br>4425 CORPORATION LANE<br>SUITE 100<br>VIRGINIA BEACH, VA  23462 |
| | State the term remaining | 7/12/2025 | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4005C | AMERIHEALTH HMO, INC<br>1901 MARKET ST, STE 3<br>PHILADELPHIA, PA  19103-1465 |
| | State the term remaining | 10/31/2025 | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPATION AGREEMENT | AMERIHEALTH HMO, INC<br>259 PROSPECT PLAINS ROAD<br>BLD M<br>CRANBURY, NJ  08512 |
| | State the term remaining | 11/1/2015 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
_____(Name)_____

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT NO. 1002.4385C | ARCADIA UNIVERSITY 450 S EASTON RD GLENSIDE, PA  19038 |
| | State the term remaining | 2/2/2025 | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | CYBER NETWORK SECURITY AND PRIVACY LIABILITY INSURANCE (POLICY #C-4MFH-238430-C) | ARCH SPECIALTY INSURANCE CO 210 HUDSON ST STE 300 JERSEY CITY, NJ  07311-1107 |
| | State the term remaining | 12/19/2024 | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3184C | ARTIFICAL INTELLIGENCE IN MEDICINE INC. ("AIM") 403-2 BERKELEY ST TORONTO, ON  M5A 2W3 CANADA |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | CYBER NETWORK SECURITY AND PRIVACY LIABILITY INSURANCE (POLICY #CMP1016431-05) | ASCOT SPECIALTY INSURANCE 27 RICHMOND RD PEMBROKE  HM 08 BERMUDA |
| | State the term remaining | 12/19/2024 | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3407C | BECKMAN COULTER, INC DEPT. CH 10164 PALATINE, IL  60055-0164 |
| | State the term remaining | 5/10/2027 | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3208C | BECTON DICKISON AND COMPANY PO BOX 28983 NEW YORK, NY  10087-8983 |
| | State the term remaining | 11/30/2024 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.4270C | BIOMERIEUX VITEK, INC PO BOX 500308 ST LOUIS, MO 63150-0308 |
| | State the term remaining | 7/19/2026 | |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL FACILITY SERVICE AGREEMENT | BRAVO HEALTH PENNSYLVANIA, INC. 1500 SPRING GARDEN ST, STE 800 PHILADELPHIA, PA 19130-4071 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.1202C | CACTUS SOFTWARE 616 CYPRESS CREEK PKWY 800 HOUSTON, TX 77090 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.1385C | CARDIAC PULMONARY DIAGNOSTICS 707 HADDONFIELD-BERLIN RD, STE A VOORHEES, NJ 08043 |
| | State the term remaining | 4/15/2025 | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4442C | CAREFUSION SOLUTIONS, LLC 25082 NETWORK PLACE CHICAGO, IL 60673 |
| | State the term remaining | 8/8/2025 | |
| | List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2533C | CAREPOINT HEALTH FOUNDATION, INC 176 PALISADE AVE JERSEY CITY, NJ 07306-1121 |
| | State the term remaining | 5/4/2025 | |
| | List the contract number of any government contract | | |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital   Case Number (if known)   24-12546
       (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | AMENDED AND RESTATED CERTIFICATE OF FORMATION OF HUDSON HOSPITAL OPCO, LLC | CAREPOINT HEALTH SYSTEMS, INC. D/B/A JUST HEALTH FOUNDATION<br>308 WILLOW AVENUE<br>HOBOKEN, NJ  07030 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | AMNEDMENT TO THE AMENDED AND RESTATED AMENDED AND RESTATED OPERATING AGREEMENT OF HUDSON HOSPITAL OPCO, LLC | CAREPOINT HEALTH SYSTEMS, INC. D/B/A JUST HEALTH FOUNDATION<br>308 WILLOW AVENUE<br>HOBOKEN, NJ  07030 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | CYBER NETWORK SECURITY AND PRIVACY LIABILITY INSURANCE (POLICY #CMP1016431-05) | CHAUCER INSURANCE COMPANY DAC<br>112-114 ST STEPHENS GREEN<br>DUBLIN 2  D02 TD28<br>IRELAND |
| | State the term remaining | 12/19/2024 | |
| | List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL FACILITY SERVICE AGREEMENT | CIGNA HEALTH AND LIFE INSURANCE COMPANY<br>P.O. BOX 188012<br>CHATTANOOGA, TN  37422-7223 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AGREEMENT DATED 04/19/2021 AND ALL EXHIBITS | CIGNA HEALTHCARE OF NEW JERSEY, INC.<br>P.O. BOX 188012<br>CHATTANOOGA, TN  37422-7223 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.2673C AND ALL AMENDMENTS | CLOVER INSURANCE COMPANY F/K/A CAREPOINT INSURANCE COMPANY<br>HARBORSIDE FINANCIAL CTR<br>PLZ 10, STE 803<br>JERSEY CITY, NJ  07302 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital     Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2510C | COMPASSIONATE CARE HOSPICE OF CLIFTON, LLC 300 BROAD ACRES DR, STE 275 BLOOMFIELD, NJ 07003 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING HOSPITAL AGREEMENT - 06/01/2013 | CONNECTICARE BENEFITS, INC. 175 SCOTT SWAMP RD FARMINGTON, CT 06034-4050 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING HOSPITAL AGREEMENT - 06/01/2013 | CONNECTICARE INSURANCE COMPANY, INC. 175 SCOTT SWAMP RD FARMINGTON, CT 06034-4050 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING HOSPITAL AGREEMENT - 06/01/2013 | CONNECTICARE OF MASSACHUSETTS, INC. 175 SCOTT SWAMP RD FARMINGTON, CT 06034-4050 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING HOSPITAL AGREEMENT - 06/01/2013 | CONNECTICARE, INC. 175 SCOTT SWAMP RD FARMINGTON, CT 06034-4050 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | EXCESS HOSPITAL LIABILITY POLICY INSURANCE (POLICY #005NJ000045566) | COVERYS SPECIALTY INSURANCE COMPANY 1 FINANCIAL CENTER 13TH FL BOSTON, MA 02111 |
| | State the term remaining | 9/1/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2871C | CROSS COUNTRY STAFFING<br>6551 PARK OF COMMERCE BLVD<br>BOCA RATON, FL  33487 |
| | State the term remaining | 8/31/2025 | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4427C | CSL WATER QUALITY<br>156 MT BETHER RD<br>WARREN, NJ  07059 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT NO. 1002.3241C | EASTWICK COLLEGE<br>10 SOUTH FRANKLIN TURNPIKE<br>RAMSEY, NJ  07446 |
| | State the term remaining | 10/1/2025 | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY INSURANCE (POLICY #YAC-L9L-478897-014) | EMPLOYERS' INSURANCE COMPANY OF WAUSAU (LIBERTY MUTUAL)<br>28 LIBERTY ST.<br>5TH FL<br>NEW YORK, NY  10005 |
| | State the term remaining | 10/1/2025 | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4401C | ENDO TECHNOLOGIES, LLC<br>6650 NEW NASHVILLE HWY<br>SUITE 100<br>SMYRNA, TN  37167 |
| | State the term remaining | 8/31/2026 | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.3037C | EVERSIGHT NEW JERSEY<br>77 BRANT AVE, STE 100<br>CLARK, NJ  07066 |
| | State the term remaining | 5/31/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital     Case Number (if known)   24-12546

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | CYBER NETWORK SECURITY AND PRIVACY LIABILITY INSURANCE (POLICY #CMP1016431-05) | FORTEGRA SPECIALTY INSURANCE 10751 DEERWOOD PARK BLVD STE 200 JACKSONVILLE, FL  32256 |
| | State the term remaining | 12/19/2024 | |
| | List the contract number of any government contract | | |
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN GROUP: PROFESSIONAL SERVICE AGREEMENT NO. 1002.2904C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC P.O. BOX 20502 NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN GROUP: PROFESSIONAL SERVICE AGREEMENT NO. 1002.3471C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC P.O. BOX 20502 NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2908C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC P.O. BOX 20502 NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2945C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC P.O. BOX 20502 NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2947C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC P.O. BOX 20502 NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2948C | GARDEN STATE HEALTHCARE ASSOCIATES, LLC<br>P.O. BOX 20502<br>NEWARK, NJ  07101-5502 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3599C | GENOMIC<br>301 PENOBSCOT DR<br>REDWOOD CITY, CA  94063-4700 |
| | State the term remaining | 7/31/2025 | |
| | List the contract number of any government contract | | |
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN: CHARITY CARE FOLLOW-UP CARE AGREEMENT NO. 1002.2347C | GOTHAM CITY ORTHOPEDICS, LLC<br>20 E 46TH ST, STE 600<br>NEW YORK, NY  10017 |
| | State the term remaining | 11/30/2024 | |
| | List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2797C | GRACE HEALTHCARE SERVICES, LLC<br>105 FIELDCREST AVE, STE 402<br>EDISON, NJ  08837 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4433C | GUARDIAN POWER CLEANING CORP<br>34 VAN WYCK ROAD<br>BLAUVELT, NY  10913 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY PARTICIPATING PROVIDER AGREEMENT | HEALTH NET FEDERAL SERVICES, LLC<br>2107 WILSON BOULEVARD<br>SUITE 900<br>ARLINGTON, VA  22201 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital       Case Number (if known)   24-12546

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL FACILITY SERVICE AGREEMENT | HEALTHSPRING LIFE & HEALTH INSURANCE COMPANY, INC. 140 EAST 45TH STREET 9TH FLOOR NEW YORK, NY  10017 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3511C | HONEYWELL SECURITIES 8309 INNOVATION WAY CHICAGO, IL  60682 |
| | State the term remaining | 5/31/2026 | |
| | List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL AGREEMENT FOR MANAGED CARE PROGRAM EFFECTIVE 10/01/2017 | HORIZON CASUALTY SERVICES, INC. 3 PENN PLAZA EAST PP-14W NEWARK, NJ  07105 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.910C | HORIZON HEALTH BEHAVIORAL HEALTH SERVICES PO BOX 840839 DALLAS, TX  75284 |
| | State the term remaining | 3/30/2025 | |
| | List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL AGREEMENT | HORIZON HEALTHCARE OF NEW JERSEY, INC. D/B/A HORIZON NJ HEALTH 1700 AMERICAN BLVD. PENNINGTON, NJ  08534 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | NETWORK HOSPITAL AGREEMENT AND ALL APPENDICES | HORIZON HEALTHCARE SERVICES, INC. D/B/A HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY 3 PENN PLAZA EAST PP-14W NEWARK, NJ  07105 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor   Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)   24-12546
(Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4098C | HORIZON NJ HEALTH (MEDICAID) PO BOX 7117 LONDON, KY 40742 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2461C | HUDSON COUNTY PROSECUTOR'S OFFICE 595 NEWARK AVE JERSEY CITY, NJ 07306 |
| | State the term remaining | 4/6/2025 | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPATION AGREEMENT | HUMANA HEALTH PLAN INC 101 E MAIN ST LOUSVILLE, KY 40202 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PARTICIPATION AGREEMENT | HUMANA INSURANCE COMPANY P.O. BOX 1438 LOUISVILLE, KY 40201-1438 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT NO. 1002.1045C | HUMC OPCO LLC D/B/A CAREPOINT HEALTH - HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN, NJ 07030 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT NO. 1002.3033C | HUMC OPCO LLC D/B/A CAREPOINT HEALTH - HOBOKEN UNIVERSITY MEDICAL CENTER 308 WILLOW AVENUE HOBOKEN, NJ 07030 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case number (if known)  24-12546

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT NO. 1002.3032C | IJKG OPCO LLC D/B/A CAREPOINT HEALTH – BAYONNE MEDICAL CENTER 29 E. 29TH STREET BAYONNE, NJ  07002 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | POLLUTION INSURANCE (POLICY #PPL G72504252 004) | ILLINOIS UNION INSURANCE COMPANY (CHUBB) 436 WALNUT STREET PHILADELPHIA, PA  19106 |
| | State the term remaining | 1/15/2025 | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3499C | INSTRUMENTATION LABORATORY 180 HARTWELL RD BEDFORD, MA  01730 |
| | State the term remaining | 9/26/2026 | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3607C | INSTRUMENTATION LABORATORY 180 HARTWELL RD BEDFORD, MA  01730 |
| | State the term remaining | 11/30/2026 | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF INTENT NO. 1002.3862C | INTELERAD MEDICAL SYSTEMS INCORPORATED 305 CHURCH AT N HILLS ST RALEIGH, NC  27609 |
| | State the term remaining | 12/6/2024 | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.3048C | INTELLIGENT MEDICAL OBJECTS, INC. (IMO) P.O.BOX 3575 CAROL STEAM, IL  60132-3575 |
| | State the term remaining | 8/15/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital          Case Number (if known)    24-12546

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT (STAND ALONE) & DATA USE AGREEMENT NO. 1002.2158C | JERSEY HEALTH ALLIANCE 10 EXCHANGE PL, FL 15 JERSEY CITY, NJ  07302 |
| | State the term remaining | 9/7/2025 | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN: CHARITY CARE FOLLOW-UP CARE AGREEMENT NO. 1002.3338C | JERSEY NEUROSCIENCES ADDRESS REDACTED |
| | State the term remaining | 1/31/2025 | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.3351C | JOINT COMMISSION RESOURCES PO BOX 734506 CHICAGO, IL  60673-4506 |
| | State the term remaining | 2/6/2025 | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE (CAREPOINT HEALTH ENTITY AS TENANT) NO. 1002.2516C | JOURNAL SQUARE PLAZA URBAN RENEWAL ASSOCIATES 1 JOURNAL SQUARE PLAZA JERSEY CITY, NJ  07306 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4361C | KEYSTONE PERFUSION SERVICES, P.C. PO BOX 2278 MOUNT PLEASANT, SC  29464 |
| | State the term remaining | 12/17/2024 | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.2963C | KORCHEK TECHNOLOGIES LLC 115 TECHNOLOGY DRIVE SUITE B206 TRUMBILL, CT  06611 |
| | State the term remaining | 6/30/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4019C AND ALL APPENDICES | MAGNACARE ADMINISTRATIVE SERVICES, LLC P.O. BOX 1001 GARDEN CITY, NY  11530 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4419C | MAJOR MEDICAL HOSPITAL SERVICES, INC 150 COOPER ROAD SUITE G-20 WEST BERLIN, NJ  08091 |
| | State the term remaining | 12/31/2026 | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2592C | MEDICAL INFORMATION TECHNOLOGY, INC (MEDITECH) PO BOX 74569 CHICAGO, IL  60693 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2357C | MEDICAL RECORDS EXCHANGE, LLC D/B/A CHARTFAST 5415 SUGARLOAF PKWY, STE 1100 LAWRENCEVILLE, GA  30043 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.4405C | MEDTRONIC USA, INC 4642 COLLECTION CENTER DRIVE CHICAGO, IL  60693 |
| | State the term remaining | 9/20/2028 | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.4406C | MEDTRONIC USA, INC 4642 COLLECTION CENTER DRIVE CHICAGO, IL  60693 |
| | State the term remaining | 9/20/2028 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546

(Name)

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL STUDY AGREEMENT NO. 1002.1929C | MERCY COLLEGE<br>47 W 34TH ST<br>NEW YORK, NY  10001 |
| | State the term remaining | 2/8/2025 | |
| | List the contract number of any government contract | | |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.1840C | MOM365, INC<br>1862 LACKLAND HILL PKWY<br>MARYLAND HEIGHTS, MO  63146 |
| | State the term remaining | 7/9/2026 | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL STUDY AGREEMENT NO. 1002.1931C | MONTCLAIR STATE UNIVERSITY<br>1 NORMAL AVE<br>MONTCLAIR, NJ  07043 |
| | State the term remaining | 2/18/2025 | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN: ON-CALL AGREEMENT NO. 1002.2720C | MULTI DISCIPLINARY SPECIALISTS, LLC D/B/A MD SPECIALISTS<br>777 PASSAIC AVE<br>5TH FLOOR, STE 575<br>CLIFTON, NJ  07012 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.2834C | MYRIAD GENETIC LABORATORIES, INC.<br>320 S WAKARA WAY<br>SALT LAKE CITY, UT  84108-1214 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2175C | NATIONAL MEDICAL CARE, INC D/B/A NEW JERSEY MOBILE ACUTE<br>920 WINTER ST, STE A<br>WALTHAM, MA  02451-1519 |
| | State the term remaining | 12/2/2024 | |
| | List the contract number of any government contract | | |

| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital | | Case Number (if known) | 24-12546 |
| | (Name) | | | |

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.3873C | NATIONAL STAFFING SOLUTIONS 925 S SEMORAN BLVD, STE 108 WINTER PARK, FL  32792 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.3892C | NATIONAL STAFFING SOLUTIONS 925 S SEMORAN BLVD, STE 108 WINTER PARK, FL  32792 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | SPECIAL CRIME INSURANCE (POLICY #034770285/MF71241NY) | NATIONAL UNION FIRE INSURANCE COMPANY C/O AIG 1271 AVE OF THE AMERICAS NEW YORK, NY  10020-1304 |
| | State the term remaining | 1/1/2027 | |
| | List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT NO. 1002.198C | NEW JERSEY ORGAN AND TISSUE SHARING NETWORK, INC 691 CENTRAL AVE NEW PROVIDENCE, NJ  07974 |
| | State the term remaining | 5/14/2025 | |
| | List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | PHYSICIAN: ON-CALL AGREEMENT NO. 1002.3590C | NORTH EASTERN ORTHOPEDICS 11000 ROOSEVELT BLVD PHILADELPHIA, PA  19116 |
| | State the term remaining | 9/30/2025 | |
| | List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.4440C | OLIVER FIRE PROTECTION & SECURITY 501 FEHELEY DRIVE KING OF PRUSSIA, PA  19406 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | MANAGED CARE AGREEMENT NO. 1002.4024C | OPTUM (UNITED BEHAVIORAL HEALTH) 3436 MOMENTUM PLACE CHICAGO, IL 60689-5334 |
| | State the term remaining | 5/4/2025 | |
| | List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY PARTICIPATING PROVIDER AGREEMENT (OXFORD) AND ALL AMENDMENTS | OXFORD HEALTH PLANS (NJ), INC. P.O. BOX 292377 NASHVILLE, TN 37229-2377 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION INSURANCE (POLICY #202475 1099647) | PENNSYLVANIA MANUFACTURER'S ASSOCIATION INSURANCE COMPANY 380 SENTRY PKWY BLUE BELL, PA 19422-2357 |
| | State the term remaining | 7/27/2025 | |
| | List the contract number of any government contract | | |
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.4367C | POLYMEDCO LLC PO BOX 95816 CHICAGO, IL 60694-5816 |
| | State the term remaining | 8/4/2027 | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL PROFESSIONAL AND GENERAL LIABILITY INSURANCE (POLICY #HPL09114877) | PROFESSIONAL SECURITY INSURANCE COMPANY C/O MAG MUTUAL INSURANCE COMPANY 3535 PIEDMONT RD NE, BLDG 14-1000 ATLANTA, GA 30305 |
| | State the term remaining | 9/1/2025 | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | HOSPITAL UMBRELLA INSURANCE (POLICY #HUL09114877) | PROFESSIONAL SECURITY INSURANCE COMPANY C/O MAG MUTUAL INSURANCE COMPANY 3535 PIEDMONT RD NE, BLDG 14-1000 ATLANTA, GA 30305 |
| | State the term remaining | 9/1/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case number (if known) 24-12546
    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | HMO/POS ADDENDUM | QUALCARE, INC. 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ  08854 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | PROVIDER NETWORK PARTICIPATION AGREEMENT | QUALCARE, INC. 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ  08854 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | WORKERS COMPENSATION ADDENDUM | QUALCARE, INC. 30 KNIGHTSBRIDGE ROAD PISCATAWAY, NJ  08854 |
| | State the term remaining | UNKNOWN | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.3284C | QUINTILES OUTCOME 4820 EMPEROR BLVD DURHAM, NC  27703 |
| | State the term remaining | 12/31/2024 | |
| | List the contract number of any government contract | | |
| 2.111 | State what the contract or lease is for and the nature of the debtor's interest | TRANSFER AGREEMENT NO. 1002.2668C | SAINT PETER'S UNIVERSITY HOSPITAL 254 EASTON AVENUE MOB 3RD FL NEW BRUNSWICK, NJ  08901 |
| | State the term remaining | 6/30/2025 | |
| | List the contract number of any government contract | | |
| 2.112 | State what the contract or lease is for and the nature of the debtor's interest | REAL ESTATE LEASE (CAREPOINT HEALTH ENTITY AS TENANT) NO. 1002.2584C | SALMAN CAPITAL, LLC 35 JOURNAL SQUARE 4TH FLOOR JERSEY CITY, NJ  07306 |
| | State the term remaining | 5/27/2030 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2473C | SCRIBEAMERICA, LLC<br>PO BOX 417756<br>BOSTON, MA 02241-7756 |
| | State the term remaining | 4/15/2025 | |
| | List the contract number of any government contract | | |
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | FINANCIAL SERVICES AGREEMENT NO. 1002.4148C | SHARED MEDICAL EQUIPMENT GROUP, LLC<br>209 LIMESTONE PASS<br>COTTAGE GROVE, WI 53527 |
| | State the term remaining | 12/13/2024 | |
| | List the contract number of any government contract | | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2870C | SHIEL HOLDINGS, LLC<br>30 N GOULD ST, STE R<br>SHERIDAN, WY 82801 |
| | State the term remaining | 2/28/2025 | |
| | List the contract number of any government contract | | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT NO. 1002.2306C | SP PLUS CORPORATION<br>200 E RANDOLPH ST, STE 7700<br>CHICAGO, IL 60601 |
| | State the term remaining | 11/28/2024 | |
| | List the contract number of any government contract | | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT NO. 1002.4287C | SPECTRUM HEALTH CARE, INC.<br>74-80 PACIFIC AVE<br>JERSEY CITY, NJ 07304 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.2833C | STAT LABORATORY<br>10716 S ROBERTS RD<br>PALOS HILLS, IL 60465 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known)    24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY CHAIN & MATERIALS MANAGEMENT AGREEMENT NO. 1002.4093C | STRYKER SALES CORPORATION<br>1111 OLD EAGLE RD<br>WAYNE, PA  19087 |
| | State the term remaining | 3/17/2025 | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING HOSPITAL AGREEMENT | UNITED BEHAVIORAL HEALTH, INC<br>425 MARKET STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA  94105 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY PARTICIPATING PROVIDER AGREEMENT - 04/15/2019 | UNITED BEHAVIORAL HEALTH, INC<br>425 MARKET STREET<br>14TH FLOOR<br>SAN FRANCISCO, CA  94105-2426 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY PARTICIPATING PROVIDER AGREEMENT (COMMUNITY) AND ALL AMENDMENTS | UNITEDHEALTHCARE INSURANCE COMPANY<br>170 WOOD AVENUE SOUTH<br>3RD FLOOR<br>ISELIN, NJ  08830 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | FACILITY PARTICIPATING PROVIDER AGREEMENT (OXFORD) AND ALL AMENDMENTS | UNITEDHEALTHCARE INSURANCE COMPANY<br>170 WOOD AVENUE SOUTH<br>3RD FLOOR<br>ISELIN, NJ  08830 |
| | State the term remaining | EVERGREEN | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | AFFILIATION AGREEMENT NO. 1002.3011C | UNIVERSITY OF MEDICINE AND DENTISTRY OF NEW JERSEY - UNIVERSITY HOSPITAL<br>100 BERGEN ST<br>NEWARK, NJ  07103 |
| | State the term remaining | 6/30/2025 | |
| | List the contract number of any government contract | | |

Debtor    Hudson Hospital Opco LLC d/b/a CarePoint Health Christ Hospital    Case Number (if known) 24-12546
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING HOSPITAL AGREEMENT - 06/01/2013 | VYTRA HEALTH PLANS MANAGED SYSTEMS, INC. 395 N SERVICE RD, STE 110 MELVILLE, NY  11747-3139 |
| | **State the term remaining** | EVERGREEN | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICARE ADVANTAGE AND/OR MEDICAID/FAMILYCARE PARTICIPATING PROVIDER AGREEMENT - 02/11/2016 | WELLCARE HEALTH PLANS OF NEW JERSEY, INC. 550 BROAD STREET 12TH FLOOR NEWARK, NJ  07102 |
| | **State the term remaining** | EVERGREEN | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING PROVIDER AGREEMENT AND ALL AMENDMENTS | WELLCARE HEALTH PLANS OF NEW JERSEY, INC. 550 BROAD STREET 12TH FLOOR NEWARK, NJ  07102 |
| | **State the term remaining** | EVERGREEN | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor     Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital

United States Bankruptcy Court for the:     District of Delaware

Case number     24-12546
(if known)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors       12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.    **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Hudson Hospital Opco LLC d/b/a CarePoint Health-Christ Hospital |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (if known) | 24-12546 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/23/2024
MM / DD / YYYY

**X** /s/ Shamiq Syed
Signature of individual signing on behalf of debtor

Shamiq Syed
Printed name

Chief Financial Officer
Position or relationship to debtor