Nicholas P. Corrado, Esq.
CORRADO & MARTELLA PC
921 Summit Avenue
Jersey City, NJ 07307
(201) 653-5200
Attorney for the Creditor

RECEIVED

2025 MAR 24    AM 10: 51

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

**In Re:   HUDSON HOSPITAL OPCO LLC d/b/a
CAREPOINT HEALTH - CHRIST HOSPITAL**

             **Debtor**

**vs**

**KEYSTONE PERFUSION SERVICES PC**

             **Creditor**

**CASE NO: 24-12546
CHAPTER 11**

**NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS**

----------------------------------------------------------------

To:

Clerk
United States Bankruptcy District of Delaware
824 N. Market St. #500, Wilmington, DE 19801

    PLEASE TAKE NOTICE that the undersigned attorney of law appears for the Creditor, Keystone Perfusion Services PC, and Pursuant to the Rules of the Bankruptcy Court R. 2002 and 9010, the undersigned requests all notices given or required to be served in this case, be given to and served upon the undersigned at the office, address and telephone number set forth above.

    PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, Orders and Notice of any applications, notices, petitions, pleadings, complaints, and demands, transmitted or conveyed by mail, delivery, telephone, overnight mail, telex or otherwise, which affect the Debtor(s), estate, or property of the state; and it also includes plans and disclosure statements filed herein by any party pursuant to Fed R Bankr. P 3017 (a).

January 28, 2025

_____
Nicholas P. Corrado, Esq.
Counsel for Keystone Perfusion Services PC, Creditor

Keystone Perfusion Services PC

By:_____
Louis Verdetto, President

                              Creditor