**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related to Docket No. 1671** |

**REQUEST OF ACCESS INFORMATION MANAGEMENT CORPORATION
FOR MAINTENANCE AND INDEXING OF JANUARY 9, 2026 ORDER
[DOCKET NO. 1671] AS A JUDGMENT OF THE COURT IN EACH
DEBTOR'S CASE AND FOR CERTIFICATION OF THE JUDGMENT**

Access Information Management Corporation hereby requests, pursuant to Federal Rule of Bankruptcy Procedure 5003, 28 U.S.C. § 1963, and Paragraph 2(c) of the Court's *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered on January 9, 2025 at Docket No. 1671, a true copy of which is attached as **Exhibit 1** hereto (the "**Order and Judgment**"), which Order and Judgment provides, pursuant to the consent of the Debtors (as identified above and in Footnote No. 1 below),

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

for entry of judgment for Access Information Management Corporation and against each of the Debtors in the amount of $675,000.00, that the Clerk:

1.      Pursuant to Federal Rule of Bankruptcy Procedure 5003, enter in each of the Debtors' bankruptcy cases, and index and keep, the Order and Judgment as required therein; and

2.      Pursuant to 28 U.S.C. § 1963, certify the Order and Judgment in each of the Debtors' bankruptcy cases, for registration in other district courts, the forms for which, for each of the Debtors, are attached in **Exhibit 2** hereto.

Dated; January 27, 2026

**SAUL EWING LLP**

By:      */s/ John D. Demmy*
         John D. Demmy (Bar No. 2802)
         Jennifer Morgan Becnel-Guzzo (Bar No. 4492)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE 19899
         Telephone: (302) 421-6848
         Email: john.demmy@saul.com
                 jennifer.becnel-guzzo@saul.com

         *Attorneys for Access Information Management Corporation*