## EXHIBIT 2

## Forms of Certification

## EXHIBIT 2-A

**Forms of Certification of Judgment in CarePoint Health Systems, Inc.
Case No. 24-12534 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| CAREPOINT HEALTH SYSTEMS, INC., | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

57040494.1 01/27/2026

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____
             Deputy Clerk

Dated: January __, 2026

# EXHIBIT 2-B

**Forms of Certification of Judgment in Bayonne Intermediate Holdco, LLC
Case No. 24-12533 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC.,<br>*et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT<br>CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| BAYONNE INTERMEDIATE HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-C

**Forms of Certification of Judgment in Benego CarePoint LLC
Case No. 24-12535 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al*.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| BENEGO CAREPOINT LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
    Deputy Clerk

Dated: January \_\_, 2026

2

## EXHIBIT 2-D

**Forms of Certification of Judgment in Briar Hill CarePoint LLC
Case No. 24-12536 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS, INC.,<br>*et al.*,[1]<br><br>         Debtors.<br><br>──────────────────────<br><br>ACCESS INFORMATION MANAGEMENT<br>CORPORATION,<br><br>         Movant/Plaintiff,<br><br>   v.<br><br>BRIAR HILL CAREPOINT LLC,<br><br>         Respondent/Defendant. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br><br><br><br><br>Adv. No. N/A |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
　　　　　Deputy Clerk

Dated: January __, 2026

2

**EXHIBIT 2-E**

**Forms of Certification of Judgment in CarePoint Health Management Associates
Intermediate Holdco, LLC
Case No. 24-12537 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS, INC.,<br>*et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT<br>CORPORATION,<br><br>                    Movant/Plaintiff,<br><br>          v.<br><br>CAREPOINT HEALTH MANAGEMENT<br>ASSOCIATES INTERMEDIATE HOLDCO, LLC,<br><br>                    Respondent/Defendant. | Adv. No. N/A |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

57040494.1 01/27/2026

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____
           Deputy Clerk

Dated: January __, 2026

**EXHIBIT 2-F**

**Forms of Certification of Judgment in CarePoint Health Management Associates, LLC
d/b/a CarePoint Health
Case No. 24-12538 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| CAREPOINT HEALTH MANAGEMENT ASSOCIATES, LLC D/B/A CAREPOINT HEALTH, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

57040494.1 01/27/2026

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____

        Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-G

**Forms of Certification of Judgment in CH Hudson Holdco, LLC
Case No. 24-12540 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| CH HUDSON HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
            Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-H

**Forms of Certification of Judgment in Christ Intermediate Holdco, LLC
Case No. 24-12541 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| CHRIST INTERMEDIATE HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

_____

Clerk of the Bankruptcy Court

By: _____

      Deputy Clerk

Dated: January \_\_, 2026

**EXHIBIT 2-I**

**Forms of Certification of Judgment in Evergreen Community Assets
Case No. 24-12542 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS, INC.,<br>*et al.*,[1]<br><br>        Debtors.<br><br>———<br><br>ACCESS INFORMATION MANAGEMENT<br>CORPORATION,<br><br>        Movant/Plaintiff,<br><br>    v.<br><br>EVERGREEN COMMUNITY ASSETS,<br><br>        Respondent/Defendant. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br><br><br>Adv. No. N/A |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
        Deputy Clerk

Dated: January __, 2026

## <u>EXHIBIT 2-J</u>

**Forms of Certification of Judgment in Garden State Healthcare Associates, LLC
Case No. 24-12543 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| GARDEN STATE HEALTHCARE ASSOCIATES, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____

        Deputy Clerk

Dated: January __, 2026

2

**EXHIBIT 2-K**

**Forms of Certification of Judgment in Hoboken Intermediate Holdco, LLC
Case No. 24-12544 (JKS)**

57040494.1 01/27/2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| HOBOKEN INTERMEDIATE HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____

Deputy Clerk

Dated: January \_\_, 2026

2

# EXHIBIT 2-L

**Forms of Certification of Judgment in Hudson Hospital Holdco, LLC**
**Case No. 24-12545 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| HUDSON HOSPITAL HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court

By: _____
        Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-M

**Forms of Certification of Judgment in Hudson Hospital Opco LLC d/b/a CarePoint
Health-Christ Hospital
Case No. 24-12546 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CAREPOINT HEALTH SYSTEMS, INC.,<br>*et al*.,[1]<br><br>            Debtors.<br><br>---<br><br>ACCESS INFORMATION MANAGEMENT<br>CORPORATION,<br><br>            Movant/Plaintiff,<br><br>      v.<br><br>HUDSON HOSPITAL OPCO LLC D/B/A<br>CAREPOINT HEALTH-CHRIST HOSPITAL,<br><br>            Respondent/Defendant. | Chapter 11<br><br>Case No. 24-12534 (JKS)<br><br>(Jointly Administered)<br><br><br><br>Adv. No. N/A |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____
Clerk of the Bankruptcy Court


By: _____
        Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-N

**Forms of Certification of Judgment in HUMC Holdco, LLC
Case No. 24-12547 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| HUMC HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

_____
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-O

**Forms of Certification of Judgment in HUMCO Opco LLC d/b/a CarePoint Health-Hoboken University Medical Center
Case No. 24-12548 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| HUMCO OPCO LLC D/B/A CAREPOINT HEALTH-HOBOKEN UNIVERSITY MEDICAL CENTER, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

57040494.1 01/27/2026

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____

Deputy Clerk

Dated: January __, 2026

## EXHIBIT 2-P

**Forms of Certification of Judgment in IJKG, LLC**
**Case No. 24-12549 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| IJKG, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

1   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

_____

Clerk of the Bankruptcy Court

By: _____

Deputy Clerk

Dated: January \_\_, 2026

## **EXHIBIT 2-Q**

**Forms of Certification of Judgment in Just Health MSO, LLC
Case No. 24-12550 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| JUST HEALTH MSO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
<u>REGISTRATION IN ANOTHER DISTRICT</u>**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

_____

Clerk of the Bankruptcy Court

By: _____

       Deputy Clerk

Dated: January \_\_, 2026

2

## EXHIBIT 2-R

**Forms of Certification of Judgment in IJKG Opco, LLC d/b/a CarePoint Health-Bayonne Medical Center
Case No. 24-12551 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| IJKG OPCO, LLC D/B/A CAREPOINT HEALTH-BAYONNE MEDICAL CENTER, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

 

_____

Clerk of the Bankruptcy Court

By: _____
                Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-S

**Forms of Certification of Judgment in New Jersey Medical and Health Associates
Case No. 24-12552 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al*.,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| NEW JERSEY MEDICAL AND HEALTH ASSOCIATES, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and that this Certification is made pursuant to the *Order With Respect to Motion of Access Information Management Corporation for Allowance and Payment of Administrative Expense Claims* entered in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

_____

Clerk of the Bankruptcy Court

By: _____

    Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-T

**Forms of Certification of Judgment in Quality Care Associates, LLC
Case No. 24-12553 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| QUALITY CARE ASSOCIATES, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

 

_____

Clerk of the Bankruptcy Court

 

By: _____

          Deputy Clerk

Dated: January __, 2026

2

## EXHIBIT 2-U

**Forms of Certification of Judgment in Sequoia BMC Holdco, LLC
Case No. 24-12554 (JKS)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CAREPOINT HEALTH SYSTEMS, INC., *et al.*,[1] | Case No. 24-12534 (JKS) |
| Debtors. | (Jointly Administered) |
| ACCESS INFORMATION MANAGEMENT CORPORATION, | |
| Movant/Plaintiff, | |
| v. | Adv. No. N/A |
| SEQUOIA BMC HOLDCO, LLC, | |
| Respondent/Defendant. | |

**CERTIFICATION OF JUDGMENT FOR
REGISTRATION IN ANOTHER DISTRICT**

I, Clerk of the United States Bankruptcy Court, do certify that the attached judgment is a

true and correct copy of the original judgment entered on January 9, 2026 [DI 1671] as it appears

in the records of this Court in the jointly administered chapter 11 proceedings at Case No. 24-

---

[1]     The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: (i) Bayonne Intermediate Holdco, LLC (7716); (ii) Benego CarePoint, LLC (2199); (iii) Briar Hill CarePoint, LLC (iv) CarePoint Health Management Associates Intermediate Holdco, LLC (none); (v) CarePoint Health Management Associates, LLC d/b/a CarePoint Health (3478); (vi) CarePoint Health Systems, Inc. d/b/a Just Health Foundation (6996); (vii) CH Hudson Holdco, LLC (3376); (viii) Christ Intermediate Holdco, LLC (3376); (ix) Evergreen Community Assets (1726); (x) Garden State Healthcare Associates, LLC (4414); (xi) Hoboken Intermediate Holdco, LLC (2105); (xii) Hudson Hospital Holdco, LLC (3869); (xiii) Hudson Hospital Opco, LLC d/b/a CarePoint Health-Christ Hospital (0608); (xiv) HUMC Holdco, LLC (3488); (xv) HUMCO Opco, LLC d/b/a CarePoint Health-Hoboken University Medical Center (7328); (xvi) IJKG, LLC (7430); (xvii) Just Health MSO, LLC (1593); (xviii) New Jersey Medical and Health Associates d/b/a CarePoint Health Medical Group (0232); (xix) Quality Care Associates, LLC (4710); (xx) Sequoia BMC Holdco, LLC (9812); (xxi) IJKG Opco LLC d/b/a CarePoint Health-Bayonne Medical Center. The address for CarePoint Health Systems Inc. is 308 Willow Avenue, Hoboken, NJ 07030.

12534 (the "Jointly Administered Proceeding"), which judgment is not subject to any stay; and

that this Certification is made pursuant to the *Order With Respect to Motion of Access Information*

*Management Corporation for Allowance and Payment of Administrative Expense Claims* entered

in the Jointly Administered Proceeding on January 9, 2025 at Docket No. 1671.

 

 

_____
Clerk of the Bankruptcy Court

By: _____
       Deputy Clerk

Dated: January \_\_, 2026

2